IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DANIEL ABRAMOV, individually and on
behalf of all others similarly situated,

          Plaintiff,

v.

FLUENCE ENERGY, INC., *et al.*,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:25-cv-444 (PTG/IDD)

**ORDER**

    This matter is before the Court on the parties' Joint Motion for Extension of Time to Respond to Complaint ("Motion") [Dkt. No. 11]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

    ORDERED that the Motion is **GRANTED in part and DENIED in part**. Defendants are relieved from the obligation of responding to the present Complaint, but shall respond to any amended complaint filed in this matter by the Court-appointed lead plaintiff and lead counsel. It is further

    ORDERED that, within twenty-one (21) days after entry of an order appointing lead plaintiff(s) and lead counsel, Plaintiff(s) shall file an amended complaint, if any. It is further

    ORDERED that, within twenty-one (21) days of the filing of an amended complaint, Defendants shall file an answer or otherwise respond to Plaintiffs' amended complaint.

    ENTERED this 28th day of March 2025.

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia