**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>                 Defendants. | Case No. 1:25-cv-00444-PTG-IDD<br><br>**MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT JIM HARRISON AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES STABILITY, LLC,<br><br>                 Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

Pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member Jim Harrison ("Movant") hereby moves the Honorable Magistrate Judge Ivan D. Davis, United States District Court for the Eastern District of Virginia, for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff in this action against Fluence Energy, Inc. ("Fluence" or the "Company"), and certain Fluence senior officers (referred to collectively as "Defendants"); (3) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Offit Kurman as Liaison Counsel in this action; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying memorandum of law in support thereof, the declaration of Douglas R. Kay in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

The portion of this motion to consolidate is made on the grounds that the Related Actions arise from the same operative facts, name similar defendants, and are appropriate for consolidation.

Movant makes this motion for appointment as Lead Plaintiff on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1. Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of common stock of Fluence;

2. Movant has timely filed this motion pursuant to the PSLRA; and

3. Movant satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Movant as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Movant's selection of Lead and Liaison Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: May 12, 2025                          JIM HARRISON


By: ___*/s/* Douglas R. Kay_____
                    Counsel

Douglas R. Kay (Bar No. 35468)
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, VA 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835
Email: dkay@offitkurman.com

*Liaison Counsel for Movant Jim Harrison*

Lucas E. Gilmore*, pro hac vice application forthcoming* (Cal. Bar No. 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: lucasghbsslaw.com

*Attorneys for Movant Jim Harrison*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 12th day of May, 2025, a true and correct copy of the foregoing document was filed electronically with the clerk of this Court using the CM/ECF system, in accordance with Local Rules, which will send a notice of electronic filing to all registered users.

_/s/_ Douglas R. Kay
Douglas R. Kay (Bar No. 35468)
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, VA 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835
Email: dkay@offitkurman.com

_Liaison Counsel for Movant Jim Harrison_

-3-