# Exhibit C



**Loss Analysis for Jim Harrison - Fluence Energy, Inc. (FLNC)**
**Class Period 10/28/21 - 02/10/25**