# Exhibit E

**Offit | Kurman®**



# Douglas Kay

Deputy Managing Principal

dkay@offitkurman.com
Tysons Corner, VA – 703.745.1810



A seasoned advocate with over three decades of trial experience, Virginia-based attorney Doug Kay focuses his practice on complex commercial litigation and business disputes.

Doug regularly handles high-stake cases representing businesses in state, federal, and appellate courts across Virginia, Washington, D.C., and beyond. He frequently serves as local counsel in federal and state courts in Virginia, where he provides valuable insight and strategic guidance on local procedures and practices to ensure that clients' cases are handled competently, efficiently, and successfully.

**Business & Commercial Litigation**

An experienced commercial litigator, Doug leverages his broad range of practical experience to help his clients resolve their most threatening and difficult business and legal problems. He regularly handles cases related to:

- Breach of contract

- Fraud

- Breach of fiduciary duty

- Business conspiracy

- Tortious interference with prospective economic advantage

- Misappropriation of trade secrets

- Employment disputes

Doug is particularly skilled in diagnosing and solving problems in their earliest stages and has a proven track record of helping his clients avoid costly and unnecessary litigation. He is calm and experienced when confronted with a matter that must be resolved in a court of law, administrative hearing, or through alternative dispute resolution (ADR). He strives to reach the best result for his clients' problems.

## Services

- Alternative Dispute Resolution
- Cannabis Law
- Commercial Litigation
- Estates and Trusts Litigation
- Government Contracting and Procurement
- Privacy and Data Protection
- Restrictive Covenants and Trade Secret Protection

In addition to business disputes, Doug handles trust and estate litigation. He is experienced with inheritance-related disputes involving will and trust beneficiaries, executors and administrators, trustees, and attorneys-in-fact under powers of attorney. Doug has tried fiduciary cases related to breach of fiduciary duty, incapacity, undue influence, and will contests.

**Law Firm Management & Expert Witness Work (Attorney Fee Disputes)**

In addition to his legal practice, Doug serves as a department chair at Offit Kurman where he plays an integral role in managing four different practice groups comprising more than seventy-five lawyers located across the entire Offit Kurman geographic footprint. Doug also possesses extensive experience serving as an expert witness in attorney fee disputes. His hands-on experience in law firm operations provides a solid foundation for his reliable evaluations in fee-related conflicts. By combining his managerial insights with his in-depth knowledge of legal billing practices, Doug offers well-substantiated opinions on behalf of parties embroiled in attorney fee disputes. Similarly, his insights from this expert witness work benefit his management role, enhancing Offit Kurman's commitment to excellence and reinforcing the integrity of our legal services.

**Background**

Doug was commissioned an officer in the United States Navy while in law school. Following law school, he served on active duty as a Judge Advocate at Naval Air Station Whidbey Island. After his military service, he worked as an Assistant Commonwealth's Attorney for Fairfax County before entering private practice as a civil litigation associate at a large law firm and later becoming a named partner at a boutique firm. Doug joined Offit Kurman as a principal in 2013, became a shareholder in 2016, and was elected to the firm's board of directors in 2020. He has held several leadership roles at Offit Kurman, including practice group leader, practice group director, and his current position as department chair since 2021.

**Education**

- California Western School of Law (J.D.)
  - Law Review; Article at 29 Cal. W. Law Rev. 307
- Virginia Polytechnic Institute and State University (B.A.)

**State Bar Admissions**

- Virginia
- District of Columbia

**Court Admissions**

- Virginia Supreme Court

- District of Columbia Court of Appeals
- United States District Court for the Eastern District of Virginia
- United States District Court for the Western District of Virginia
- United States District Court for the District of Columbia
- United States Court of Appeals for the Armed Forces
- United States Court of Appeals for the Fourth Circuit
- Supreme Court of the United States

**Professional Affiliations**

- Virginia Bar Association, Board of Governors, 2024-Present

- Commissioner, Ad Hoc Police Practices Review Commission, 2015

- Fairfax Police Civilian Review Panel, Panel Member, 2017-2021, Past Chair and Vice Chair

- Virginia State Bar Council for 19th Judicial Circuit, 2017-2023

- Virginia State Bar Standing Committee on Professionalism, 2018-2022

- Virginia State Bar Professionalism Course, Faculty, 2021-2022

- Fairfax Bar Association, Past President

- Fairfax Bar Association, Board of Directors, 2008-2017

- FBA Legislative Affairs Committee, Past Chairman

- FBA Judicial Screening Committee, Past Member

**Recognitions**

- Named *The Best Lawyers in America*® for Commercial Litigation (2024-2025)

- Fellow, Litigation Counsel of America, honorary trial lawyer society, Peer Selected

- Martindale-Hubbell AV Preeminent® Rated Attorney

*The AV Preeminent*® *rating is Martindale-Hubbell's*® *highest possible designation, and a unique marker of excellence among members of the legal profession. Attorneys who achieve this rating are recognized by their peers for their abilities in and out of court, as well as for demonstrating high standards of ethical behavior.*

---

# Publications & News

Press Releases

**Offit Kurman Announces New Deputy Managing Principal and Department Chair**

March 20, 2025



Publications and Presentations

### Douglas Kay to Speak at Virginia Bar Association Annual Meeting on Succession Planning

January 15, 2025



Publications and Presentations

### Douglas Kay to Speak on Artificial Intelligence at the 134th Annual Meeting of the Virginia Bar Association

January 11, 2024



© 2025 Offit Kurman, Attorneys At Law. All Rights Reserved.