**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA, <br><br> Defendants. | Case No. 1:25-cv-00444-PTG-IDD <br><br> **[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT JIM HARRISON AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES STABILITY, LLC, <br><br> Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

Having considered the motion of Jim Harrison ("Movant") for entry of an Order: (1) consolidating the above-captioned Related Actions; (2) appointing Movant as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class and Offit Kurman as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Abramov v. Fluence Energy, Inc., et al.*, No. 1:25-cv-00444-PTG-IDD and *Kramer v. Fluence Energy, Inc., et al.*, No. 1:25-cv-00634-PTG-IDD are hereby consolidated as:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re FLUENCE ENERGY, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 1:25-cv-00444-PTG-IDD CLASS ACTION |
| This Document Relates To: ALL ACTIONS | ) ) ) ) | |

(a)      The file in Case No. 1:25-cv-00444-PTG-IDD shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred

to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)     This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause; and

3.     The Court hereby appoints Movant as Lead Plaintiff in this action. Movant satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

4.     Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel and Offit Kurman as Liaison Counsel for the Class, and the Court approves that selection;

5.     Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

6.     Lead Counsel shall have the following responsibilities and duties:

a.     to coordinate the briefing and argument of motions;

b.     to coordinate the conduct of discovery proceedings;

c.     to coordinate the examination of witnesses in depositions;

d.     to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.     to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.     to coordinate all settlement negotiations with counsel for defendants;

g.     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

h.     to supervise any other matters concerning the prosecution, resolution, or settlement of this action.

7.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs;

8.     Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

9.     Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2025

_____
HON.  IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE

-3-