**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA, <br><br> Defendants. | Case No. 1:25-cv-00444-PTG-IDD <br><br> **DECLARATION OF DOUGLAS R. KAY IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT JIM HARRISON AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES STABILITY, LLC, <br><br> Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

I, Douglas R. Kay, declare as follows:

1.      I am the deputy managing principal at the law firm Offit Kurman, liaison counsel for named plaintiff and class member Jim Harrison.  I am an attorney licensed to practice law in the State of Virginia.  I make this declaration in support of Movant's Motion to Consolidate the Related Actions, Appoint Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on March 11, 2025;

Exhibit B:      Movant's sworn Certification;

Exhibit C:      Charts of Movant's estimated losses;

Exhibit D:       Movant's Declaration;

Exhibit E:      Hagens Berman's firm résumé; and

Exhibit F:      Online Bio of Douglas R. Kay, Deputy Managing Principal of Offit Kurman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of May 2025, at Tysons Corner, Virginia.

JIM HARRISON

By:   ___*/s/* Douglas R. Kay_____
                Counsel

Douglas R. Kay (Bar No. 35468)
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, VA 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835
Email: dkay@offitkurman.com

-2-

*Liaison Counsel for Movant Jim Harrison*

000700-00/2755446 V1