**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>Defendants. | Case No. 1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

**NOTICE OF MARIA SAWDYK'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Maria Sawdyk ("Sawdyk") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Sawdyk as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange

1

Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Sawdyk's selection of Glancy Prongay & Murray LLP as Lead Counsel and Butler Curwood PLC as Local Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Sawdyk seeks consolidation of related actions, appointment as lead plaintiff, and approval of her choice of counsel pursuant to the Exchange Act and the Federal Rules of Civil Procedure. This motion is based on this notice, the attached memorandum of law, the declaration of Paul M. Falabella, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: May 12, 2025                  **BUTLER CURWOOD PLC**

By: _/s/ Paul M. Falabella_
Paul M. Falabella (VSB No. 81199)
Craig J. Curwood (VSB No. 43975)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
       craig@butlercurwood.com

*Local Counsel for Maria Sawdyk*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Maria Sawdyk and Proposed Lead Counsel for the Class*