**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00444-PTG-IDD |
| Plaintiff, | |
| v. | |
| FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA, | |
| Defendants. | |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-00634-PTG-IDD |
| Plaintiff, | |
| v. | |
| FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Maria Sawdyk's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Fluence Energy, Inc. Securities Litigation*, Master File No. 1:25-cv-00444;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Maria Sawdyk as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Butler Curwood PLC as Local Counsel and for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025      _____

HON. PATRICIA TOLLIVER GILES
UNITED STATES DISTRICT JUDGE

1