**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>Defendants. | Case No. 1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

**DECLARATION OF PAUL M. FALABELLA IN SUPPORT OF MARIA SAWDYK'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Paul M. Falabella, hereby declare as follows:

1.      I am an attorney with the law firm Butler Curwood PLC, counsel for Lead Plaintiff Movant Maria Sawdyk ("Sawdyk") and proposed Local Counsel for the class in the above-captioned action. I make this declaration in support of Maria Sawdyk's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I

1

have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     Press release published March 11, 2025 on *Globe Newswire*, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:     Sawdyk's Signed PSLRA Certitication;

Exhibit C:     Analysis of Sawdyk's financial interest; and

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of May 2025.

*/s/ Paul M. Falabella*
Paul M. Falabella

2