**BLOCK & LEVITON LLP**

**Source:** *Block & Leviton LLP*

*March 11, 2025 15:14 ET*

# SHAREHOLDER ALERT: Fluence Energy, Inc. Sued For Securities Fraud by Block & Leviton LLP; May 12 Deadline To Seek To Serve As Lead Plaintiff

BOSTON, March 11, 2025 (GLOBE NEWSWIRE) -- On behalf of an individual investor, Block & Leviton LLP filed a class action lawsuit today against Fluence Energy, Inc. (Nasdaq: FLNC), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. A copy of the Complaint is available on Block & Leviton's website.

The suit alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material facts, including that: (1) Fluence's relationship with its founders and largest sources of revenue, Siemens AG and The AES Corporation, was poised to decline; (2) Siemens Energy, Siemens AG's U.S. affiliate, had accused the Company of engineering failures and fraud; (3) Fluence's margins and revenue growth were inflated as Siemens and AES were moving to divest;

# EXHIBIT A

and (4) based on the foregoing, Defendants lacked a reasonable basis for their positive statements related to Fluence's battery energy storage business, as well as related financial results, growth, and prospects. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common stock, Plaintiff and other Class Members have suffered significant losses and damages.

The suit was brought in the Eastern District of Virginia, and filed by Block & Leviton LLP. The case is captioned *Daniel Abramov v. Fluence Energy, Inc., et al.*, No. 1:25-cv-00444 (E.D. Va.). The suit is brought on behalf of all those who purchased or otherwise acquired Fluence Energy, Inc. common stock between November 29, 2023, and February 10, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired Fluence Energy, Inc. stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than May 12, 2025**, the deadline established by this notice. You may contact Block & Leviton to learn more about serving as a lead plaintiff.

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's case webpage, by calling (888) 256-2510, or by emailing shareholders@blockleviton.com.

CONTACT:

Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(888) 256-2510
shareholders@blockleviton.com
www.blockleviton.com