# EXHIBIT C

Financial Interest Analysis

**Company Name:** Fluence Energy, Inc.
**Ticker:** FLNC
**Class Period:** 10/28/2021 - 02/10/2025
**Name:** Maria Sawdyk

### LIFO Loss Excluding In-And-Out Transactions

#### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/26/2024 | 900 | $19.0399 | -$17,135.9100 | | $0.0000 | -$17,135.91 |
| 11/26/2024 | 500 | $19.1552 | -$9,577.6000 | | $0.0000 | -$9,577.60 |
| 11/26/2024 | 2,000 | $19.5150 | -$39,030.0000 | | $0.0000 | -$39,030.00 |
| 11/27/2024* | 2,500 | $18.3700 | -$45,925.0000 | | $0.0000 | -$45,925.00 |
| 12/4/2024 | 1,100 | $16.9600 | -$18,656.0000 | | $0.0000 | -$18,656.00 |
| 12/10/2024 | 1,000 | $16.5100 | -$16,510.0000 | | $0.0000 | -$16,510.00 |
| 1/15/2025 | 2,000 | $14.7600 | -$29,520.0000 | | $0.0000 | -$29,520.00 |
| 2/3/2025 | 1,000 | $12.5600 | -$12,560.0000 | | $0.0000 | -$12,560.00 |
| 2/11/2025 | 2,000 | $6.7800 | -$13,560.0000 | | $0.0000 | -$13,560.00 |
| 2/24/2025 | 100 | $6.5300 | -$653.0000 | | $0.0000 | -$653.00 |
| 2/25/2025 | 1,400 | $6.5000 | -$9,100.0000 | | $0.0000 | -$9,100.00 |
| 3/13/2025 | 1,500 | $5.2100 | -$7,815.0000 | | $0.0000 | -$7,815.00 |
| 3/27/2025 | 2,000 | $5.0900 | -$10,180.0000 | | $0.0000 | -$10,180.00 |
| 4/4/2025 | 2,000 | $4.0400 | -$8,080.0000 | | $0.0000 | -$8,080.00 |
| 4/16/2025 | 5,000 | $3.6150 | -$18,075.0000 | | $0.0000 | -$18,075.00 |
| 4/23/2025 | 5,000 | $3.6500 | -$18,250.0000 | | $0.0000 | -$18,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **30,000** | | | | **Subtotal:** | **-$274,627.51** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $151,245.97 |
| | | | $5.0415 | | **Mod. LIFO Total:** | **-$123,381.54** |

#### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/30/2022 | 50 | $16.5600 | -$828.0000 | | $0.0000 | -$828.00 |
| 2/22/2024 | 50 | $13.9532 | -$697.6600 | | $0.0000 | -$697.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **100** | | | | **Subtotal:** | **-$1,525.66** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $504.15 |
| | | | $5.0415 | | **Mod. LIFO Total:** | **-$1,021.51** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **Combined Total:** | **-$124,403.05** |

Notes

In this analysis, losses are only attributed to shares held through corrective disclosures, as determined by the Last-In-First-Out ("LIFO") methodology. The 90-Day Average Price used in this financial interest analysis is the average closing price between February 11, 2025 and May 9, 2025.

*Denotes shares transferred into the account; pricing reflects the closing price on the transfer date.