UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA, <br><br> Defendants. | Case No.: 1:25-cv-00444-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC, <br><br> Defendants. | Case No.: 1:25-cv-00634-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |

MOTION OF CATHY J. SNYDER FOR
CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Cathy J. Snyder ("Movant") respectfully moves this Court

for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant

as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

This Motion is made and based on the accompanying Memorandum of Law, the Declaration of Elizabeth K. Tripodi, the [Proposed] Order Consolidating the Actions, Appointing Movants as Lead Plaintiff, and Approving Movant's Selection of Levi & Korsinsky as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who the competing lead plaintiff movants are at this time. As a result, counsel for Movant respectfully requests that the meet and confer requirement in Rule 7(E) of the Local Rules be waived for this Motion.

Dated: May 12, 2025                                    Respectfully Submitted,

                                                       **LEVI & KORSINSKY, LLP**

                                       By: /s/ *Elizabeth K. Tripodi*
                                           Elizabeth K. Tripodi (VA Bar #73483)
                                           **LEVI & KORSINSKY, LLP**
                                           1101 Vermont Ave., NW, Suite 800
                                           Washington, DC 20005
                                           Tel: (202) 524-4290
                                           Fax: (202) 333-2121
                                           Email: etripodi@zlk.com

                                           Adam M. Apton (*pro hac vice* forthcoming)
                                           **LEVI & KORSINSKY, LLP**
                                           33 Whitehall Street, 17th Floor
                                           New York, NY 10004
                                           Tel: (212) 363-7500

2

Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I, Elizabeth K. Tripodi, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the above-captioned docket on this 12th day of May, 2025.

/s/ *Elizabeth K. Tripodi*
Elizabeth K. Tripodi