**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>Defendants. | Case No.: 1:25-cv-00444-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>Defendants. | Case No.: 1:25-cv-00634-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |

**DECLARATION OF ELIZABETH K. TRIPODI IN SUPPORT OF CATHY J.**
**SNYDER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF COUNSEL**

I, Elizabeth K. Tripodi, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"),

counsel for lead plaintiff movant Cathy J. Snyder ("Movant") and proposed Lead Counsel for the

Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for appointment as Lead Plaintiff and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to her transactions of Fluence Energy, Inc. ("Fluence" or the "Company") common stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Fluence common stock;

**Exhibit C**:    Press Release published March 11, 2025, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Abramov v. Fluence Energy, Inc., et. al.,* Case No. 1:25-cv-00444-PTG-IDD;

**Exhibit D**:    Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of May, 2025.

/s/ *Elizabeth K. Tripodi*
Elizabeth K. Tripodi

2