# EXHIBIT B

| Client Name | Cathy J. Snyder |
|---|---|
| Company Name | Fluence Energy, Inc. |
| Ticker Symbol | FLNC |
| Security Type | |
| Class Period Start | 10/28/2021 |
| Class Period End | 2/10/2025 |
| 90-DAY Lookback Period Start | 2/11/2025 |
| 90-DAY Lookback Period End | 5/12/2025 |
| 90-DAY Lookback Average | $ 05.05 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $104,503.67 |
| DURA LIFO* Total | $104,503.67 |
| Gross Shares Purchased | 4,688 |
| Net Shares Retained | 4,688 |
| Net Funds Expended | $129,559.46 |

### Cathy J. Snyder

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-28-2021 | 1000 | 34.3338 | $ 34,333.80 | | | | | | - | 1000 | 1000 | $ 05.05 | $ 5,051.75 | $ 29,282.05 | $ 29,282.05 |
| 11-23-2021 | 1600 | 37.89 | $ 60,624.00 | | | | | | - | 1600 | 1600 | $ 05.05 | $ 8,082.79 | $ 52,541.21 | $ 52,541.21 |
| 02-07-2022 | 1530 | 16.36933 | $ 25,045.07 | 03-21-2025 | | 1530 | $ 05.91 | | $ 9,042.30 | 1530 | - | $ 05.05 | | $ 16,002.77 | $ 16,002.77 |
| 02-07-2022 | 488 | 16.36933 | $ 7,988.23 | | | | | | - | 488 | 488 | $ 05.05 | $ 2,465.25 | $ 5,522.98 | $ 5,522.98 |
| 05-11-2023 | 70 | 22.405 | $ 1,568.35 | 03-21-2025 | | 70 | $ 05.91 | | $ 413.70 | 70 | - | $ 05.05 | | $ 1,154.65 | $ 1,154.65 |
| Total: | 4,688 | | $129,559.46 | | | 1600 | | | $9,456 | 4,688 | 3,088 | | $ 15,599.79 | $ 104,503.67 | $ 104,503.67 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.