# EXHIBIT C



NEWSROOM   SERVICES   CONTACT US   ENGLISH ⌄   SIGN IN   REGISTER   🔍

BLOCK & LEVITON LLP

# SHAREHOLDER ALERT: Fluence Energy, Inc. Sued For Securities Fraud by Block & Leviton LLP; May 12 Deadline To Seek To Serve As Lead Plaintiff

March 11, 2025 15:14 ET | Source: **Block & Leviton LLP**     Follow

## Release Summary

Block & Leviton LLP filed a securities fraud class action lawsuit against Fluence Energy, Inc. (Nasdaq: FLNC). Investors should contact the firm by May 12.

## Company Profile

**Block & Leviton LLP**

**Location:** Boston, MA

**Industry:** Support Services

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**



BOSTON, March 11, 2025 (GLOBE NEWSWIRE) -- On behalf of an individual investor, Block & Leviton LLP filed a class action lawsuit today against Fluence Energy, Inc. (Nasdaq: FLNC), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. A copy of the Complaint is available on Block & Leviton's website.

The suit alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material facts, including that: (1) Fluence's relationship with its founders and largest sources of revenue, Siemens AG and The AES Corporation, was poised to decline; (2) Siemens Energy, Siemens AG's U.S. affiliate, had accused the Company of engineering failures and fraud; (3) Fluence's margins and revenue growth were inflated as Siemens and AES were moving to divest; and (4) based on the foregoing, Defendants lacked a reasonable basis for their positive statements related to Fluence's battery energy storage business, as well as related financial results, growth, and prospects. As a result of Defendants' wrongful acts and omissions, and the precipitous



NEWSROOM   SERVICES   CONTACT US

SIGN IN   REGISTER

The suit was brought in the Eastern District of Virginia, and filed by Block & Leviton LLP. The case is captioned *Daniel Abramov v. Fluence Energy, Inc., et al.*, No. 1:25-cv-00444 (E.D. Va.). The suit is brought on behalf of all those who purchased or otherwise acquired Fluence Energy, Inc. common stock between November 29, 2023, and February 10, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired Fluence Energy, Inc. stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than May 12, 2025**, the deadline established by this notice. [You may contact Block & Leviton to learn more about serving as a lead plaintiff.](#)

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's [case webpage](#), by calling (888) 256-2510, or by emailing [shareholders@blockleviton.com](#).

CONTACT:

Block & Leviton LLP

260 Franklin Street, Suite 1860

Boston, MA 02110

(888) 256-2510

[shareholders@blockleviton.com](#)

[www.blockleviton.com](#)

## Tags

[$FLNC](#)   [FLNC Stock](#)   [Fluence Energy lawsuit](#)   [Block & Leviton](#)

Case 1:25-cv-00444-PTG-IDD SHAREHOLDER ALERT: Fluence Energy, Inc. Sued For... Page 4 of 5 PageID# 271



NEWSROOM          SERVICES          CONTACT
                                    US

SIGN
IN

REGISTER

**Related Links**

- [Fluence Energy Case Page - Contact Block & Leviton](#)

# Recommended Reading

March 11, 2025 16:36 ET

Source: [Block & Leviton LLP](#)

**enCore Energy Corp. Investigated For Securities Fraud; Investors Should Contact Block & Leviton to Potentially Recover Losses**

Block & Leviton is investigating enCore Energy Corp. (Nasdaq: EU) for potential securities law violations. Investors should contact the firm to learn more.



March 07, 2025 11:57 ET

Source: [Block & Leviton LLP](#)

**ELF INVESTOR ALERT: e.l.f. Beauty, Inc. Sued For Securities Fraud; Investors Should Contact Block & Leviton to Potentially Recover Losses**

Block & Leviton announces a security fraud lawsuit has been filed against e.l.f. Beauty (NYSE: ELF). Investors should contact the firm to recover losses.



# Explore



**Borderless.xyz Achieves SOC 2 Type 2 Certification...**

March 12, 2025 13:48 ET

**TSplus Earns Spot on G2's 2025 Best Software Award...**

March 12, 2025 13:36 ET

3/12/25, 1:59 PM

Case 1:25-cv-00444-PTG-IDD   SHAREHOLDER ALERT: Fluence Energy, Inc. Sued
Document 24-3   Filed 05/12/25   Page 5 of 5 PageID# 272

GlobeNewswire
by notified

NEWSROOM          SERVICES          CONTACT US                    SIGN IN          REGISTER

delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media: in

· Français

· Deutsch

Home

· Newsroom

· RSS Feeds

· Notified

Legal

· Contact us

· Resources