UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>    Defendants. | Case No.  1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>    Defendants. | Case No.  1:25-cv-00634-PTG-IDD |

**MOTION OF KAI CHEN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of his motion filed herewith, Kai Chen ("Chen") hereby respectfully moves this Court, the Honorable Patricia Tolliver Giles, United States District Court, Eastern District of Virginia, Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Chen as Lead Plaintiff on behalf of a class (the "Class") consisting of all those who purchased, or otherwise acquired, Fluence Energy, Inc. common stock between October 28, 2021 and February 10, 2025, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Kaplan Law Firm as Liaison Counsel for the Class.

Dated:  May 12, 2025

Respectfully submitted,

**THE KAPLAN LAW FIRM**

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan (Va. Bar No. 51027)
1100 N. Glebe Road, Suite 1010
Arlington, Virginia 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

*Counsel for Lead Plaintiff Movant Kai Chen and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

1

Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Kai Chen and Proposed Lead Counsel for the Class*

**HAO & HAN LAW FIRM**
Junbo Hao
12B05, Tower A
Ocean Express Building
Chaoyang District, Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff Movant Kai Chen*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 12, 2025.

/s/ Matthew B. Kaplan
Matthew B. Kaplan (Va. Bar No. 51027)

3