UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated, | Case No.  1:25-cv-00444-PTG-IDD |
| Plaintiff, | |
| v. | |
| FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA, | |
| Defendants. | |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated, | Case No.  1:25-cv-00634-PTG-IDD |
| Plaintiff, | |
| vs. | |
| FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC, | |
| Defendants. | |

**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF MOTION OF KAI CHEN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Matthew B. Kaplan, hereby declare as follows:

1.    I am the principal of The Kaplan Law Firm ("Kaplan Law"), Liaison Counsel for Kai Chen ("Chen"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Chen's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Kaplan Law as Liaison Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Chen's financial interest in this litigation; |
| Exhibit B: | Press release published via *Globe Newswire* on March 11, 2025, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Chen; |
| Exhibit D: | Declaration executed by Chen; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Resume of Matthew B. Kaplan. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 12, 2025, at Arlington, Virginia.

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on May 12, 2025.

/s/ Matthew B. Kaplan
Matthew B. Kaplan (Va. Bar No. 51027)

2