# EXHIBIT A

**Fluence Energy, Inc. ( FLNC)**
**Class Period: October 28, 2021 to February 10, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $5.0415 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kai Chen | 11/25/2024 | 5,000 | $23.4400 | ($117,200) | | | | | | | |
| Kai Chen | 1/10/2025 | 1,500 | $16.6000 | ($24,900) | | | | | | | |
| Kai Chen | 1/22/2025 | 2,000 | $13.5200 | ($27,040) | | | | | | | |
| Kai Chen | 2/3/2025 | 2,000 | $12.6800 | ($25,360) | | | | | | | |
| **Kai Chen** | | **10,500** | | **($194,500)** | | **0** | | **$0** | **10,500** | **$52,936** | **($141,564)** |

*Avg Closing Prices from February 11, 2025 to May 9, 2025