UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>                    Defendants. | Case No. 1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>                    Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

**NOTICE OF MOTION AND MOTION OF TRUNG NGUYEN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that putative class member Trung Nguyen ("Mr. Nguyen") by and through his undersigned counsel, will and hereby does move this Court for the entry of an order: (1) consolidating the above-captioned related cases; (2) appointing Mr. Nguyen as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Mr. Nguyen's selection of Block & Leviton LLP as Lead

Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the putative class; and (4) granting any further relief as the Court deems just and proper.

This Motion is made on the grounds that the above-captioned related actions involve substantially the same facts, and because Mr. Nguyen is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Mr. Nguyen submits herewith the Memorandum of Points and Authorities in Support Thereof, the Declaration of Steven J. Toll ("Toll Decl."), all exhibits thereto, and such other written or oral argument as may be permitted by the Court.

DATED: May 12, 2025

Respectfully submitted,

/s/ Steven J. Toll
Steven J. Toll (Va. Bar No. 15300)
Julie Goldsmith Reiser
S. Douglas Bunch
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Trung Nguyen*

/s/ Jeffrey Block
Jeffrey C. Block (*pro hac vice* forthcoming)
Jacob A. Walker (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for Trung Nguyen and Proposed Lead*
*Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of May 2025, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send notification to counsel of

record.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com