**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>Defendants. | Case No. 1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Having considered the Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), filed by Trung Nguyen, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The case shall be captioned *In re Fluence Energy, Inc. Securities Litigation*, No. 1:25-cv-00444-PTG-IDD;

3. All securities class actions relating to the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

5. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Trung Nguyen is appointed as Lead Plaintiff; and

6. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Trung Nguyen's selections of Block & Leviton LLP and Cohen Milstein Sellers & Toll PLLC are approved and appointed as Lead Counsel and Liaison Counsel, respectively. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    a. the briefing and argument of any and all motions;

    b. the preparation and filing of all pleadings;

    c. the conduct of any and all discovery proceedings;

    d. settlement negotiations with counsel for Defendants;

    e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

        f.   the supervision of all other matters concerning this prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____

_____

THE HONORABLE PATRICIA TOLLIVER GILES
UNITED STATES DISTRICT JUDGE