**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

------------------------------------------------------- x
DANIEL ABRAMOV, individually and on     :    Civil Action No. 1:25-cv-00444-PTG-IDD
behalf of all others similarly situated,     :
    :    <u>CLASS ACTION</u>
         Plaintiff,     :
    :
v.     :
    :
FLUENCE ENERGY, INC., JULIAN     :
NEBREDA, and AHMED PASHA,     :
    :
         Defendants.     :
------------------------------------------------------- x
------------------------------------------------------- x
IGOR KRAMER, Individually and on Behalf    :    Civil Action No. 1:25-cv-00634-PTG-IDD
of All Others Similarly Situated,     :
    :    <u>CLASS ACTION</u>
         Plaintiff,     :
    :
v.     :
    :
FLUENCE ENERGY, INC., MANUEL     :
PÉREZ DUBUC, DENNIS FEHR, JULIAN     :
NEBREDA, MANAVENDRA SIAL, AES     :
CORPORATION, and AES GRID     :
STABILITY, LLC,     :
    :
         Defendants.     :
------------------------------------------------------- x

**MOTION OF ERSTE ASSET MANAGEMENT GMBH FOR CONSOLIDATION,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF**
**<u>COUNSEL</u>**

4918-4249-7090.v1

Proposed Lead Plaintiff Erste Asset Management GmbH ("Erste AM"), hereby moves this Court pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Erste AM as Lead Plaintiff pursuant to the PSLRA; (3) approving Erste AM's selection of Motley Rice LLC and Robbins Geller Rudman & Dowd LLP as Lead Counsel and The Office of Craig C. Reilly, Esq. as liaison counsel for the proposed class; and (4) granting such further relief as the Court may deem just and proper.[1] In support of this Motion, Erste AM submits the accompanying Memorandum of Law dated May 12, 2025, Declaration of Craig C. Reilly in Support of the Motion (and exhibits attached thereto), and a [Proposed] Order.  This Motion is made on the grounds that Erste AM is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Erste AM has a substantial financial interest in the relief sought by the class in the action as a result of the losses it suffered on its purchases of Fluence Energy, Inc. stock during the Class Period.  Erste AM also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members and because it will fairly and adequately represent the interests of the class.

---

[1]  Section 21D(a)(3)(B) of the PSLRA provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that class member has previously filed a complaint or otherwise appeared in the action.  Consequently, counsel for Erste AM have no way of knowing whether any other members of the class will seek lead plaintiff at this time.  As a result, counsel for Erste AM have been unable to confer with opposing counsel as prescribed in Local Civil Rule 7(E) prior to the filing of this motion.  Upon review of any competing motions seeking lead plaintiff appointment, counsel for Erste AM will confer with opposing counsel to determine if a hearing on this motion is necessary and, if so, will arrange to set a hearing date.

4918-4249-7090.v1

DATED:  May 12, 2025                         Respectfully submitted,

**THE OFFICE OF CRAIG C. REILLY, ESQ.**

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB #20942)
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone:  (703) 549-5354
Facsimile:  (703) 549-5355
craig.reilly@ccreillylaw.com

*Liaison Counsel*

**MOTLEY RICE LLC**
Gregg S. Levin
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Danielle S. Myers
Michael Albert
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

*Counsel for Erste Asset Management GmbH and
Proposed Lead Counsel for the Class*

4918-4249-7090.v1