**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

```
--------------------------------------------------------- x
```
DANIEL ABRAMOV, individually and on     :    Civil Action No. 1:25-cv-00444-PTG-IDD
behalf of all others similarly situated,    :
         :    <u>CLASS ACTION</u>
         Plaintiff,    :
         :
v.    :
         :
FLUENCE ENERGY, INC., JULIAN    :
NEBREDA, and AHMED PASHA,    :
         :
         Defendants.    :
```
--------------------------------------------------------- x
--------------------------------------------------------- x
```
IGOR KRAMER, Individually and on Behalf    :    Civil Action No. 1:25-cv-00634
of All Others Similarly Situated,    :
         :    <u>CLASS ACTION</u>
         Plaintiff,    :
         :
v.    :
         :
FLUENCE ENERGY, INC., MANUEL    :
PÉREZ DUBUC, DENNIS FEHR, JULIAN    :
NEBREDA, MANAVENDRA SIAL, AES    :
CORPORATION, and AES GRID    :
STABILITY, LLC,    :
         :
         Defendants.    :
```
--------------------------------------------------------- x
```

**[PROPOSED] ORDER GRANTING THE MOTION OF ERSTE ASSET**
**MANAGEMENT GMBH FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4928-1721-4018.v1

UPON CONSIDERATION OF the motion filed by Erste Asset Management GmbH ("Erste AM") for consolidation, appointment as lead plaintiff, and approval of selection of counsel, and good cause appearing therefore, it is hereby ordered:

1.      The motion of Erste Asset Management GmbH ("Erste AM") is **GRANTED**.

2.      Pursuant to Federal Rule of Civil Procedure 42, the above-captioned related actions are hereby **CONSOLIDATED** for all purposes into one action.

3.      These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

4.      A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be captioned *In re Fluence Energy, Inc. Securities Litigation*, Civil Action No. 1:25-cv-00444-PTG-IDD.  All orders, pleadings, motions, and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion, or document is filed with a caption indicating that it is applicable to fewer than all of the consolidated actions, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

5.      For newly filed or transferred actions that arise out of the subject matter of this action hereinafter filed in this Court or transferred or removed to this Court from another court, the Clerk of this Court shall:

    a.      file a copy of this Order in the separate file for such action;

    b.      mail a copy of this Order to the attorneys for the plaintiff(s) in the newly

4928-1721-4018.v1

filed or transferred or removed case and to any new defendant(s) in the newly filed or transferred or removed case; and

c.      make the appropriate entry in the docket for this action.

6.      Each new case that arises out of the subject matter of this Consolidated Action and is filed in this Court or transferred or removed to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

7.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

8.      Erste AM is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

9.      Erste AM's selection of Lead Counsel is **APPROVED**, and Motley Rice LLC and Robbins Geller Rudman & Dowd LLP are **APPOINTED** to serve as Lead Counsel and The Office of Craig C. Reilly, Esq. is approved as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____
The Honorable Patricia Tolliver Giles
United States District Judge
Eastern District of Virginia

4928-1721-4018.v1