**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

---

DANIEL ABRAMOV, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,

        Defendants.

    :   Civil Action No. 1:25-cv-00444-PTG-IDD

    :   <u>CLASS ACTION</u>

---

IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,

        Defendants.

    :   Civil Action No. 1:25-cv-00634

    :   <u>CLASS ACTION</u>

---

**DECLARATION OF CRAIG C. REILLY IN SUPPORT OF THE MOTION OF ERSTE ASSET MANAGEMENT GMBH FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

4927-0311-5842.v1

I, CRAIG C. REILLY, declare as follows:

1.    I am a member in good standing of the bar of Virginia and am admitted to practice before this Court.  I am the principal of The Office of Craig C. Reilly, Esq., and liaison counsel for proposed Lead Plaintiff Erste Asset Management GmbH ("Erste AM") in the above-captioned actions.  I submit this declaration in support of Erste AM's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Erste AM's sworn Certification;

Exhibit B:    Chart of Erste AM's Estimated Losses;

Exhibit C:    Notice of pendency of first-filed class action published in *GlobeNewswire*, a national business-oriented wire service, on March 11, 2025; and

Exhibit D:    Declaration of Dr. Leopold Specht in Support of Lead Plaintiff's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of May, 2025, at Alexandria, Virginia.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB #20942)

4927-0311-5842.v1