# Exhibit B

Movant's Purchases and Losses (LIFO)  Class Period: 10/28/2021 - 02/10/2025  Fluence Energy, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **ERSTE WWF STOCK ENVIRONMENT** | 12/10/2024 | 10,101 | $16.90 | $170,706.90 | 01/31/2025 | 10,101 | $14.07 | $142,121.07 | |
| | 12/10/2024 | 18,290 | $16.90 | $309,101.00 | 02/04/2025 | 18,290 | $12.33 | $225,515.70 | |
| | 12/10/2024 | 29,682 | $16.90 | $501,625.80 | held | 29,682 | $5.04 | $149,642.76 | |
| | 11/26/2024 | 11,301 | $20.30 | $229,410.30 | held | 11,301 | $5.04 | $56,974.36 | |
| | 11/26/2024 | 35,732 | $19.86 | $709,637.52 | held | 35,732 | $5.04 | $180,144.03 | |
| | 11/06/2024 | 31,944 | $18.85 | $602,144.40 | held | 31,944 | $5.04 | $161,046.71 | |
| | 06/05/2024 | 5,000 | $23.39 | $116,950.00 | 06/28/2024 | 5,000 | $19.13 | $95,650.00 | |
| | 06/05/2024 | 8,000 | $23.39 | $187,120.00 | 07/29/2024 | 8,000 | $16.24 | $129,920.00 | |
| | 06/05/2024 | 4,517 | $23.39 | $105,652.63 | 09/26/2024 | 4,517 | $22.17 | $100,141.89 | |
| | 06/05/2024 | 9,120 | $23.39 | $213,316.80 | 10/08/2024 | 9,120 | $20.61 | $187,963.20 | |
| | 06/05/2024 | 4,352 | $23.39 | $101,793.28 | held | 4,352 | $5.04 | $21,940.75 | |
| | 12/06/2023 | 7,510 | $22.57 | $169,500.70 | 01/12/2024 | 7,510 | $20.96 | $157,409.60 | |
| | 12/06/2023 | 9,910 | $22.57 | $223,668.70 | 01/17/2024 | 9,910 | $18.97 | $187,992.70 | |
| | 12/06/2023 | 5,000 | $22.57 | $112,850.00 | 02/15/2024 | 5,000 | $21.33 | $106,650.00 | |
| | 12/06/2023 | 5,455 | $22.57 | $123,119.35 | 02/22/2024 | 5,455 | $14.09 | $76,860.95 | |
| | 12/16/2022 | 14,837 | $20.47 | $303,713.39 | 06/16/2023 | 14,837 | $27.09 | $401,934.33 | |
| | 12/16/2022 | 23,481 | $20.47 | $480,656.07 | 02/22/2024 | 23,481 | $14.09 | $330,847.29 | |
| | 08/11/2022 | 37,070 | $17.09 | $633,526.30 | 02/22/2024 | 37,070 | $14.09 | $522,316.30 | |
| | 08/11/2022 | 13,510 | $17.09 | $230,885.90 | 02/29/2024 | 13,510 | $15.73 | $212,512.30 | |
| | 08/11/2022 | 8,300 | $17.09 | $141,847.00 | 03/13/2024 | 8,300 | $14.58 | $121,014.00 | |
| | 08/11/2022 | 15,320 | $17.09 | $261,818.80 | 04/05/2024 | 15,320 | $16.39 | $251,094.80 | |
| | 08/11/2022 | 5,760 | $17.09 | $98,438.40 | 04/18/2024 | 5,760 | $15.46 | $89,049.60 | |
| | 08/11/2022 | 131,092 | $17.09 | $2,240,362.28 | held | 131,092 | $5.04 | $660,904.55 | |
| | 08/09/2022 | 188,948 | $16.36 | $3,091,189.28 | held | 188,948 | $5.04 | $952,587.44 | |
| | | **634,232** | | **$11,359,034.80** | | **634,232** | | **$5,522,234.32** | **($5,836,800.48)** |
| **ERSTE GREEN INVEST** | 01/03/2025 | 10,315 | $17.64 | $181,956.60 | held | 10,315 | $5.04 | $52,003.41 | |
| | 11/06/2024 | 73,237 | $18.99 | $1,390,770.63 | held | 73,237 | $5.04 | $369,226.70 | |
| | 12/06/2023 | 4,770 | $22.35 | $106,609.50 | 02/15/2024 | 4,770 | $21.33 | $101,744.10 | |
| | 12/06/2023 | 6,532 | $22.35 | $145,990.20 | 09/24/2024 | 6,532 | $21.80 | $142,397.60 | |
| | 12/06/2023 | 8,910 | $22.35 | $199,138.50 | 10/28/2024 | 8,910 | $21.46 | $191,208.60 | |
| | 12/06/2023 | 5,102 | $22.35 | $114,029.70 | held | 5,102 | $5.04 | $25,721.90 | |
| | 08/11/2022 | 52,574 | $17.09 | $898,489.66 | held | 52,574 | $5.04 | $265,053.52 | |
| | 08/09/2022 | 192,426 | $16.37 | $3,150,013.62 | held | 192,426 | $5.04 | $970,121.89 | |
| | | **353,866** | | **$6,186,998.41** | | **353,866** | | **$2,117,477.70** | **($4,069,520.71)** |
| **ERSTE GREEN INVEST MIX** | 11/14/2023 | 33,000 | $17.76 | $586,080.00 | 10/30/2024 | 33,000 | $21.79 | $719,070.00 | |
| | 11/14/2023 | 7,000 | $17.76 | $124,320.00 | held | 7,000 | $5.04 | $35,290.73 | |
| | 07/10/2023 | 30,000 | $24.51 | $735,300.00 | held | 30,000 | $5.04 | $151,245.97 | |
| | 08/12/2022 | 64,000 | $18.12 | $1,159,680.00 | held | 64,000 | $5.04 | $322,658.06 | |
| | | **134,000** | | **$2,605,380.00** | | **134,000** | | **$1,228,264.76** | **($1,377,115.24)** |

Movant's Purchases and Losses (LIFO)   Class Period: 10/28/2021 - 02/10/2025   Fluence Energy, Inc.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ERSTE RESPONSIBLE STOCK AMERICA** | 08/15/2024 | 10,450 | $17.44 | $182,248.00 | held | 10,450 | $5.04 | $52,684.01 | |
| | 08/06/2024 | 5,700 | $14.36 | $81,852.00 | held | 5,700 | $5.04 | $28,736.73 | |
| | 06/13/2023 | 2,800 | $28.84 | $80,752.00 | held | 2,800 | $5.04 | $14,116.29 | |
| | 01/03/2023 | 55,000 | $16.54 | $909,700.00 | held | 55,000 | $5.04 | $277,284.27 | |
| | | **73,950** | | **$1,254,552.00** | | **73,950** | | **$372,821.31** | **($881,730.69)** |
| **ERSTE RESPONSIBLE STOCK GLOBAL** | 03/07/2023 | 25,000 | $20.52 | $513,000.00 | 01/22/2025 | 25,000 | $13.39 | $334,750.00 | |
| | 01/18/2023 | 70,000 | $21.86 | $1,530,200.00 | 01/22/2025 | 70,000 | $13.39 | $937,300.00 | |
| | | **95,000** | | **$2,043,200.00** | | **95,000** | | **$1,272,050.00** | **($771,150.00)** |
| **Movant's Total** | | **1,291,048** | | **$23,449,165.21** | | **1,291,048** | | **$10,512,848.09** | ***($12,936,317.12)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $5.04 as of May 09, 2025 for common stock.

Prices listed are rounded up to two decimal places.