**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>FLUENCE ENERGY, INC., JULIAN NEBREDA, and AHMED PASHA,<br><br>     Defendants. | Case No. 1:25-cv-00444-PTG-IDD |
| IGOR KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>FLUENCE ENERGY, INC., MANUEL PÉREZ DUBUC, DENNIS FEHR, JULIAN NEBREDA, MANAVENDRA SIAL, AES CORPORATION, and AES GRID STABILITY, LLC,<br><br>     Defendants. | Case No. 1:25-cv-00634-PTG-IDD |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF TRUNG NGUYEN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Steven J. Toll, declare as follows:

1.     I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), liaison counsel for the proposed lead plaintiff Trung Nguyen ("Mr. Nguyen") in the above-captioned action.  I submit this declaration in support of Mr. Nguyen's motion for consolidation of related actions, appointment as Lead Plaintiff for the Class and approval of his

selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A:** Notice of pendency of class action published by Block & Leviton through GlobeNewswire on March 11, 2025;

**Exhibit B:** Certification of Mr. Nguyen;

**Exhibit C:** Mr. Nguyen's loss estimate, prepared by counsel;

**Exhibit D:** Declaration of Mr. Nguyen;

**Exhibit E:** Block & Leviton firm résumé;

**Exhibit F:** Cohen Milstein firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2025 in Washington, DC.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of May 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com