# Exhibit B

**Certification Pursuant to Federal Securities Laws**

1. I, Trung Nguyen, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Fluence Energy, Inc. ("Fluence" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Fluence Energy, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Fluence Energy, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Fluence Energy, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on: _____05/08/2025_____


_____
Trung Nguyen

**Schedule A**

Trung Nguyen's Transactions in Fluence Energy, Inc. (FLNC):

**Account 1**

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 11/5/2021 | Buy | 2,000 | $34.5000 |
| Common Stock | 11/30/2021 | Buy | 1,000 | $34.0000 |
| Common Stock | 11/30/2021 | Buy | 500 | $33.0000 |
| Common Stock | 1/21/2022 | Buy | 2,000 | $20.0000 |
| Common Stock | 1/27/2022 | Buy | 32 | $17.5000 |
| Common Stock | 1/28/2022 | Buy | 1,968 | $17.4100 |
| Common Stock | 2/10/2022 | Buy | 1,700 | $14.7500 |
| Common Stock | 7/21/2023 | Buy | 216 | $29.0000 |
| Common Stock | 8/16/2023 | Buy | 175 | $23.0000 |
| Common Stock | 8/16/2023 | Buy | 250 | $23.9000 |
| Common Stock | 12/4/2023 | Sell | -398 | $27.0000 |
| Common Stock | 12/8/2023 | Buy | 497 | $21.7000 |
| Common Stock | 1/17/2024 | Buy | 600 | $18.9000 |
| Common Stock | 1/24/2024 | Buy | 600 | $21.0000 |
| Common Stock | 1/30/2024 | Buy | 984 | $20.2272 |
| Common Stock | 5/24/2024 | Sell | -2,000 | $23.5000 |
| Common Stock | 5/24/2024 | Sell | -1,000 | $23.3600 |
| Common Stock | 5/28/2024 | Sell | -2,000 | $25.0000 |
| Common Stock | 6/4/2024 | Buy | 1,000 | $22.9700 |
| Common Stock | 9/11/2024 | Sell | -2,000 | $21.0000 |
| Common Stock | 10/16/2024 | Sell | -2,000 | $22.4406 |
| Common Stock | 10/16/2024 | Sell | -2,000 | $22.2679 |
| Common Stock | 10/17/2024 | Buy | 4,000 | $21.4998 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.7000 |
| Common Stock | 10/17/2024 | Buy | 2,000 | $21.6637 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.7395 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.5895 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.6100 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.5850 |
| Common Stock | 10/30/2024 | Sell | -2,000 | $22.0000 |
| Common Stock | 10/30/2024 | Sell | -2,000 | $21.9233 |
| Common Stock | 10/30/2024 | Sell | -2,000 | $21.8818 |

| Common Stock | 10/30/2024 | Sell | -2,000 | $21.9000 |
|---|---|---|---|---|
| Common Stock | 10/30/2024 | Sell | -1,000 | $21.8460 |
| Common Stock | 10/30/2024 | Sell | -2,000 | $21.8201 |
| Common Stock | 11/5/2024 | Buy | 2,000 | $21.0000 |
| Common Stock | 11/5/2024 | Buy | 2,000 | $21.1000 |
| Common Stock | 11/5/2024 | Buy | 2,000 | $21.2000 |
| Common Stock | 11/5/2024 | Sell | -6,000 | $21.3000 |
| Common Stock | 11/6/2024 | Buy | 3,639 | $19.2898 |
| Common Stock | 11/6/2024 | Buy | 4,000 | $19.8661 |
| Common Stock | 11/6/2024 | Buy | 4,000 | $19.5000 |
| Common Stock | 11/6/2024 | Buy | 4,000 | $19.7599 |
| Common Stock | 11/19/2024 | Sell | -2,000 | $21.0701 |
| Common Stock | 11/20/2024 | Sell | -2,000 | $21.4203 |
| Common Stock | 11/20/2024 | Sell | -2,000 | $21.9326 |
| Common Stock | 11/20/2024 | Sell | -2,000 | $21.9544 |
| Common Stock | 11/20/2024 | Sell | -2,000 | $21.9353 |
| Common Stock | 11/20/2024 | Sell | -2,000 | $21.9501 |
| Common Stock | 11/22/2024 | Sell | -1,000 | $22.6000 |
| Common Stock | 11/22/2024 | Sell | -2,740 | $23.0329 |
| Common Stock | 11/22/2024 | Sell | -1,000 | $22.9000 |
| Common Stock | 11/22/2024 | Sell | -1,000 | $22.5000 |
| Common Stock | 11/25/2024 | Buy | 4,000 | $23.5299 |
| Common Stock | 11/26/2024 | Buy | 1,300 | $19.7501 |
| Common Stock | 11/26/2024 | Buy | 2,000 | $20.0195 |
| Common Stock | 11/26/2024 | Buy | 4,000 | $19.8997 |
| Common Stock | 11/26/2024 | Buy | 4,000 | $19.9000 |
| Common Stock | 11/26/2024 | Buy | 4,000 | $19.9000 |

**Account 2**

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 12/10/2021 | Buy | 2,000 | $31.0000 |
| Common Stock | 12/15/2021 | Buy | 300 | $30.0000 |
| Common Stock | 12/14/2023 | Sell | -600 | $26.0000 |
| Common Stock | 12/14/2023 | Sell | -500 | $25.5000 |
| Common Stock | 12/14/2023 | Sell | -600 | $25.8000 |
| Common Stock | 12/19/2023 | Sell | -600 | $27.0000 |
| Common Stock | 12/20/2023 | Buy | 1,000 | $21.2500 |
| Common Stock | 12/20/2023 | Buy | 1,000 | $21.2500 |
| Common Stock | 1/4/2024 | Buy | 850 | $22.0000 |
| Common Stock | 5/24/2024 | Sell | -1,000 | $22.7000 |
| Common Stock | 5/24/2024 | Sell | -850 | $22.8601 |
| Common Stock | 5/24/2024 | Sell | -1,000 | $22.8000 |
| Common Stock | 5/28/2024 | Buy | 1,000 | $23.5000 |
| Common Stock | 5/28/2024 | Buy | 1,000 | $23.7500 |
| Common Stock | 5/30/2024 | Sell | -1,000 | $25.6000 |
| Common Stock | 6/4/2024 | Buy | 856 | $23.3600 |
| Common Stock | 6/4/2024 | Buy | 1,000 | $23.3500 |
| Common Stock | 6/5/2024 | Sell | -856 | $24.2500 |
| Common Stock | 6/5/2024 | Sell | -2,000 | $24.1500 |
| Common Stock | 6/7/2024 | Buy | 1,000 | $22.3400 |
| Common Stock | 6/7/2024 | Buy | 2,000 | $22.4000 |
| Common Stock | 10/11/2024 | Sell | -2,000 | $21.8001 |
| Common Stock | 10/15/2024 | Buy | 2,161 | $20.8394 |
| Common Stock | 10/16/2024 | Sell | -3,160 | $22.2502 |
| Common Stock | 10/17/2024 | Buy | 280 | $21.6560 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.6100 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.6419 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.5900 |
| Common Stock | 10/30/2024 | Sell | -3,280 | $21.8000 |
| Common Stock | 11/6/2024 | Buy | 3,077 | $19.7000 |
| Common Stock | 11/11/2024 | Sell | -2 | $21.7000 |
| Common Stock | 11/19/2024 | Sell | -3,075 | $21.0301 |
| Common Stock | 11/25/2024 | Buy | 2,750 | $23.7550 |
| Common Stock | 2/6/2025 | Sell | -2,000 | $12.7000 |

**Account 3**

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 11/2/2021 | Buy | 25 | $37.2000 |
| Common Stock | 11/30/2021 | Buy | 188 | $32.7000 |
| Common Stock | 10/21/2022 | Buy | 300 | $12.0500 |
| Common Stock | 1/6/2023 | Buy | 50 | $16.0000 |
| Common Stock | 5/3/2023 | Buy | 90 | $16.6500 |
| Common Stock | 7/18/2023 | Sell | -321 | $31.0800 |
| Common Stock | 7/20/2023 | Buy | 375 | $29.2364 |
| Common Stock | 8/7/2023 | Buy | 15 | $26.9000 |
| Common Stock | 10/18/2023 | Buy | 50 | $19.3000 |
| Common Stock | 10/27/2023 | Buy | 69 | $17.3000 |
| Common Stock | 11/10/2023 | Buy | 189 | $16.9200 |
| Common Stock | 11/10/2023 | Buy | 292 | $17.1000 |
| Common Stock | 11/29/2023 | Sell | -1,322 | $25.2389 |
| Common Stock | 12/7/2023 | Buy | 589 | $22.0000 |
| Common Stock | 12/7/2023 | Buy | 458 | $21.7936 |
| Common Stock | 12/7/2023 | Buy | 450 | $22.0500 |
| Common Stock | 12/12/2023 | Buy | 24 | $21.1300 |
| Common Stock | 12/13/2023 | Sell | -445 | $22.5000 |
| Common Stock | 12/14/2023 | Sell | -633 | $25.2500 |
| Common Stock | 12/14/2023 | Sell | -435 | $24.2200 |
| Common Stock | 12/20/2023 | Buy | 700 | $21.4000 |
| Common Stock | 12/20/2023 | Buy | 500 | $21.4500 |
| Common Stock | 12/20/2023 | Buy | 500 | $21.6500 |
| Common Stock | 12/26/2023 | Sell | -500 | $25.7000 |
| Common Stock | 12/28/2023 | Buy | 516 | $24.8000 |
| Common Stock | 1/9/2024 | Buy | 98 | $21.0000 |
| Common Stock | 1/23/2024 | Sell | -88 | $22.7000 |
| Common Stock | 2/20/2024 | Buy | 112 | $17.7604 |
| Common Stock | 5/22/2024 | Sell | -1,000 | $21.0000 |
| Common Stock | 5/24/2024 | Sell | -846 | $21.7000 |
| Common Stock | 5/28/2024 | Buy | 600 | $23.7750 |
| Common Stock | 5/28/2024 | Buy | 1,000 | $24.2000 |
| Common Stock | 5/30/2024 | Sell | -600 | $25.4000 |
| Common Stock | 5/30/2024 | Sell | -1,000 | $25.3000 |
| Common on Stock | 6/4/2024 | Buy | 740 | $23.6000 |

| Common Stock | 6/4/2024 | Buy | 1,000 | $23.9000 |
|---|---|---|---|---|
| Common Stock | 6/5/2024 | Sell | -740 | $24.1305 |
| Common Stock | 6/5/2024 | Sell | -1,000 | $24.1500 |
| Common Stock | 6/7/2024 | Buy | 1,870 | $22.4460 |
| Common Stock | 6/13/2024 | Buy | 956 | $22.3000 |
| Common Stock | 6/13/2024 | Buy | 1,000 | $22.4000 |
| Common Stock | 6/13/2024 | Sell | -1,870 | $23.3300 |
| Common Stock | 9/11/2024 | Sell | -950 | $20.6000 |
| Common Stock | 9/11/2024 | Sell | -1,000 | $20.5000 |
| Common Stock | 10/8/2024 | Buy | 900 | $20.2000 |
| Common Stock | 10/8/2024 | Buy | 1,000 | $20.3000 |
| Common Stock | 10/9/2024 | Sell | -1,906 | $21.5000 |
| Common Stock | 10/10/2024 | Buy | 1,000 | $20.5000 |
| Common Stock | 10/10/2024 | Buy | 1,000 | $20.5199 |
| Common Stock | 10/11/2024 | Sell | -2,000 | $21.5000 |
| Common Stock | 10/15/2024 | Buy | 1,100 | $20.9560 |
| Common Stock | 10/15/2024 | Buy | 1,000 | $21.0000 |
| Common Stock | 10/16/2024 | Sell | -2,100 | $21.9994 |
| Common Stock | 10/17/2024 | Buy | 1,150 | $21.6000 |
| Common Stock | 10/17/2024 | Buy | 1,000 | $21.6550 |
| Common Stock | 10/30/2024 | Sell | -2,150 | $21.6350 |
| Common Stock | 11/6/2024 | Buy | 2,370 | $19.4500 |
| Common Stock | 11/11/2024 | Sell | -2,370 | $21.4500 |
| Common Stock | 11/12/2024 | Buy | 2,500 | $20.5599 |
| Common Stock | 11/19/2024 | Sell | -2,500 | $20.9000 |
| Common Stock | 11/25/2024 | Buy | 2,280 | $22.9000 |
| Common Stock | 1/30/2025 | Sell | -2,280 | $14.2500 |