# Exhibit C

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **LIFO Loss Chart Report** | | | | | | |

Nguyen
Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis
Security: 34379V103
Class Period: October 28,2021 - February 10,2025
Currency: USD

Class Period Beginning: 10/28/2021
Class Period End: 02/10/2025
Lookback Period Beginning: 02/11/2025
Lookback Period End: 05/12/2025
Days in Lookback Period: 90
Lookback Period Average Closing Price: 5.04

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 05/03/2023 | 90.0000 | 16.65 | 1,498.49 | Sale | 07/18/2023 | 90.0000 | 31.08 | 2,797.20 | 0.0000 | 1,298.70 |
| Purchase | 01/06/2023 | 50.0000 | 16.00 | 800.00 | Sale | 07/18/2023 | 50.0000 | 31.08 | 1,554.00 | 0.0000 | 753.99 |
| Purchase | 10/21/2022 | 181.0000 | 12.05 | 2,181.05 | Sale | 07/18/2023 | 181.0000 | 31.08 | 5,625.48 | 0.0000 | 3,444.42 |
| Purchase | 11/10/2023 | 189.0000 | 16.92 | 3,197.88 | Sale | 11/29/2023 | 189.0000 | 25.23 | 4,770.15 | 0.0000 | 1,572.27 |
| Purchase | 11/10/2023 | 292.0000 | 17.10 | 4,993.20 | Sale | 11/29/2023 | 292.0000 | 25.23 | 7,369.75 | 0.0000 | 2,376.55 |
| Purchase | 10/27/2023 | 69.0000 | 17.30 | 1,193.70 | Sale | 11/29/2023 | 69.0000 | 25.23 | 1,741.48 | 0.0000 | 547.78 |
| Purchase | 10/18/2023 | 50.0000 | 19.30 | 965.00 | Sale | 11/29/2023 | 50.0000 | 25.23 | 1,261.94 | 0.0000 | 296.94 |
| Purchase | 08/16/2023 | 175.0000 | 23.00 | 4,025.00 | Sale | 11/29/2023 | 175.0000 | 25.23 | 4,416.80 | 0.0000 | 391.80 |
| Purchase | 08/16/2023 | 250.0000 | 23.90 | 5,975.00 | Sale | 11/29/2023 | 250.0000 | 25.23 | 6,309.72 | 0.0000 | 334.72 |
| Purchase | 08/07/2023 | 15.0000 | 26.90 | 403.50 | Sale | 11/29/2023 | 15.0000 | 25.23 | 378.58 | 0.0000 | (24.91) |
| Purchase | 07/21/2023 | 216.0000 | 29.00 | 6,264.00 | Sale | 11/29/2023 | 216.0000 | 25.23 | 5,451.60 | 0.0000 | (812.39) |
| Purchase | 07/20/2023 | 66.0000 | 29.23 | 1,929.60 | Sale | 11/29/2023 | 66.0000 | 25.23 | 1,665.76 | 0.0000 | (263.83) |
| Purchase | 07/20/2023 | 309.0000 | 29.23 | 9,034.04 | Sale | 12/04/2023 | 309.0000 | 27.00 | 8,343.00 | 0.0000 | (691.04) |
| Purchase | 10/21/2022 | 89.0000 | 12.05 | 1,072.45 | Sale | 12/04/2023 | 89.0000 | 27.00 | 2,403.00 | 0.0000 | 1,330.55 |
| Purchase | 12/12/2023 | 24.0000 | 21.13 | 507.12 | Sale | 12/13/2023 | 24.0000 | 22.50 | 540.00 | 0.0000 | 32.88 |
| Purchase | 12/08/2023 | 421.0000 | 21.70 | 9,135.69 | Sale | 12/13/2023 | 421.0000 | 22.50 | 9,472.50 | 0.0000 | 336.80 |
| Purchase | 12/08/2023 | 76.0000 | 21.70 | 1,649.20 | Sale | 12/14/2023 | 76.0000 | 24.22 | 1,840.71 | 0.0000 | 191.51 |
| Purchase | 12/07/2023 | 359.0000 | 21.79 | 7,823.90 | Sale | 12/14/2023 | 359.0000 | 24.22 | 8,694.98 | 0.0000 | 871.07 |
| Purchase | 12/07/2023 | 99.0000 | 21.79 | 2,157.56 | Sale | 12/14/2023 | 99.0000 | 25.25 | 2,499.75 | 0.0000 | 342.18 |
| Purchase | 12/07/2023 | 534.0000 | 22.00 | 11,748.00 | Sale | 12/14/2023 | 534.0000 | 25.25 | 13,483.50 | 0.0000 | 1,735.50 |
| Purchase | 12/07/2023 | 55.0000 | 22.00 | 1,210.00 | Sale | 12/14/2023 | 55.0000 | 25.50 | 1,402.50 | 0.0000 | 192.50 |
| Purchase | 12/07/2023 | 445.0000 | 22.05 | 9,812.25 | Sale | 12/14/2023 | 445.0000 | 25.50 | 11,347.50 | 0.0000 | 1,535.24 |
| Purchase | 12/07/2023 | 5.0000 | 22.05 | 110.25 | Sale | 12/14/2023 | 5.0000 | 25.80 | 129.00 | 0.0000 | 18.75 |
| Purchase | 10/21/2022 | 30.0000 | 12.05 | 361.50 | Sale | 12/14/2023 | 30.0000 | 25.80 | 774.00 | 0.0000 | 412.50 |
| Purchase | 02/10/2022 | 565.0000 | 14.75 | 8,333.75 | Sale | 12/14/2023 | 565.0000 | 25.80 | 14,577.00 | 0.0000 | 6,243.25 |
| Purchase | 02/10/2022 | 600.0000 | 14.75 | 8,850.00 | Sale | 12/14/2023 | 600.0000 | 26.00 | 15,600.00 | 0.0000 | 6,750.00 |
| Purchase | 02/10/2022 | 535.0000 | 14.75 | 7,891.25 | Sale | 12/19/2023 | 535.0000 | 27.00 | 14,445.00 | 0.0000 | 6,553.75 |
| Purchase | 01/28/2022 | 65.0000 | 17.41 | 1,131.65 | Sale | 12/19/2023 | 65.0000 | 27.00 | 1,755.00 | 0.0000 | 623.35 |
| Purchase | 12/20/2023 | 500.0000 | 21.25 | 10,625.00 | Sale | 12/26/2023 | 500.0000 | 25.70 | 12,850.00 | 0.0000 | 2,224.99 |
| Purchase | 01/17/2024 | 88.0000 | 18.90 | 1,663.19 | Sale | 01/23/2024 | 88.0000 | 22.70 | 1,997.60 | 0.0000 | 334.40 |
| Purchase | 02/20/2024 | 112.0000 | 17.76 | 1,989.16 | Sale | 05/22/2024 | 112.0000 | 21.00 | 2,352.00 | 0.0000 | 362.83 |
| Purchase | 01/30/2024 | 888.0000 | 20.22 | 17,961.75 | Sale | 05/22/2024 | 888.0000 | 21.00 | 18,648.00 | 0.0000 | 686.24 |
| Purchase | 01/30/2024 | 96.0000 | 20.22 | 1,941.81 | Sale | 05/24/2024 | 96.0000 | 21.70 | 2,083.20 | 0.0000 | 141.38 |
| Purchase | 01/24/2024 | 600.0000 | 21.00 | 12,600.00 | Sale | 05/24/2024 | 600.0000 | 21.70 | 13,020.00 | 0.0000 | 419.99 |
| Purchase | 01/17/2024 | 150.0000 | 18.90 | 2,835.00 | Sale | 05/24/2024 | 150.0000 | 21.70 | 3,255.00 | 0.0000 | 420.00 |
| Purchase | 01/17/2024 | 362.0000 | 18.90 | 6,841.79 | Sale | 05/24/2024 | 362.0000 | 22.70 | 8,217.40 | 0.0000 | 1,375.60 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/09/2024 | 98.0000 | 21.00 | 2,058.00 | Sale | 05/24/2024 | 98.0000 | 22.70 | 2,224.60 | 0.0000 | 166.59 |
| Purchase | 01/04/2024 | 540.0000 | 22.00 | 11,880.00 | Sale | 05/24/2024 | 540.0000 | 22.70 | 12,258.00 | 0.0000 | 377.99 |
| Purchase | 01/04/2024 | 310.0000 | 22.00 | 6,820.00 | Sale | 05/24/2024 | 310.0000 | 22.80 | 7,068.00 | 0.0000 | 248.00 |
| Purchase | 12/28/2023 | 516.0000 | 24.80 | 12,796.80 | Sale | 05/24/2024 | 516.0000 | 22.80 | 11,764.80 | 0.0000 | (1,032.00) |
| Purchase | 12/20/2023 | 174.0000 | 21.25 | 3,697.50 | Sale | 05/24/2024 | 174.0000 | 22.80 | 3,967.20 | 0.0000 | 269.70 |
| Purchase | 12/20/2023 | 326.0000 | 21.25 | 6,927.50 | Sale | 05/24/2024 | 326.0000 | 22.86 | 7,452.39 | 0.0000 | 524.89 |
| Purchase | 12/20/2023 | 524.0000 | 21.25 | 11,135.00 | Sale | 05/24/2024 | 524.0000 | 22.86 | 11,978.69 | 0.0000 | 843.69 |
| Purchase | 12/20/2023 | 476.0000 | 21.25 | 10,115.00 | Sale | 05/24/2024 | 476.0000 | 23.36 | 11,119.36 | 0.0000 | 1,004.35 |
| Purchase | 12/20/2023 | 524.0000 | 21.40 | 11,213.59 | Sale | 05/24/2024 | 524.0000 | 23.36 | 12,240.64 | 0.0000 | 1,027.04 |
| Purchase | 12/20/2023 | 176.0000 | 21.40 | 3,766.39 | Sale | 05/24/2024 | 176.0000 | 23.50 | 4,136.00 | 0.0000 | 369.60 |
| Purchase | 12/20/2023 | 500.0000 | 21.45 | 10,725.00 | Sale | 05/24/2024 | 500.0000 | 23.50 | 11,750.00 | 0.0000 | 1,025.00 |
| Purchase | 12/20/2023 | 500.0000 | 21.65 | 10,825.00 | Sale | 05/24/2024 | 500.0000 | 23.50 | 11,750.00 | 0.0000 | 925.00 |
| Purchase | 01/28/2022 | 824.0000 | 17.41 | 14,345.84 | Sale | 05/24/2024 | 824.0000 | 23.50 | 19,364.00 | 0.0000 | 5,018.16 |
| Purchase | 05/28/2024 | 1,000.0000 | 23.50 | 23,500.00 | Sale | 05/28/2024 | 1,000.0000 | 25.00 | 25,000.00 | 0.0000 | 1,500.00 |
| Purchase | 05/28/2024 | 1,000.0000 | 23.75 | 23,750.00 | Sale | 05/28/2024 | 1,000.0000 | 25.00 | 25,000.00 | 0.0000 | 1,250.00 |
| Purchase | 05/28/2024 | 600.0000 | 23.77 | 14,265.00 | Sale | 05/30/2024 | 600.0000 | 25.30 | 15,180.00 | 0.0000 | 915.00 |
| Purchase | 05/28/2024 | 400.0000 | 24.20 | 9,680.00 | Sale | 05/30/2024 | 400.0000 | 25.30 | 10,120.00 | 0.0000 | 440.00 |
| Purchase | 05/28/2024 | 600.0000 | 24.20 | 14,520.00 | Sale | 05/30/2024 | 600.0000 | 25.40 | 15,240.00 | 0.0000 | 719.99 |
| Purchase | 01/28/2022 | 1,000.0000 | 17.41 | 17,410.00 | Sale | 05/30/2024 | 1,000.0000 | 25.60 | 25,600.00 | 0.0000 | 8,190.00 |
| Purchase | 06/04/2024 | 740.0000 | 22.97 | 16,997.80 | Sale | 06/05/2024 | 740.0000 | 24.13 | 17,856.57 | 0.0000 | 858.77 |
| Purchase | 06/04/2024 | 260.0000 | 22.97 | 5,972.20 | Sale | 06/05/2024 | 260.0000 | 24.15 | 6,279.00 | 0.0000 | 306.79 |
| Purchase | 06/04/2024 | 1,000.0000 | 23.35 | 23,350.00 | Sale | 06/05/2024 | 1,000.0000 | 24.15 | 24,150.00 | 0.0000 | 799.99 |
| Purchase | 06/04/2024 | 740.0000 | 23.36 | 17,286.39 | Sale | 06/05/2024 | 740.0000 | 24.15 | 17,871.00 | 0.0000 | 584.59 |
| Purchase | 06/04/2024 | 116.0000 | 23.36 | 2,709.75 | Sale | 06/05/2024 | 116.0000 | 24.15 | 2,801.39 | 0.0000 | 91.63 |
| Purchase | 06/04/2024 | 740.0000 | 23.60 | 17,464.00 | Sale | 06/05/2024 | 740.0000 | 24.15 | 17,871.00 | 0.0000 | 406.99 |
| Purchase | 06/04/2024 | 144.0000 | 23.90 | 3,441.60 | Sale | 06/05/2024 | 144.0000 | 24.15 | 3,477.60 | 0.0000 | 36.00 |
| Purchase | 06/04/2024 | 856.0000 | 23.90 | 20,458.39 | Sale | 06/05/2024 | 856.0000 | 24.25 | 20,758.00 | 0.0000 | 299.60 |
| Purchase | 06/13/2024 | 956.0000 | 22.30 | 21,318.80 | Sale | 06/13/2024 | 956.0000 | 23.33 | 22,303.48 | 0.0000 | 984.67 |
| Purchase | 06/13/2024 | 914.0000 | 22.40 | 20,473.60 | Sale | 06/13/2024 | 914.0000 | 23.33 | 21,323.62 | 0.0000 | 850.01 |
| Purchase | 06/13/2024 | 86.0000 | 22.40 | 1,926.39 | Sale | 09/11/2024 | 86.0000 | 20.50 | 1,763.00 | 0.0000 | (163.39) |
| Purchase | 06/07/2024 | 914.0000 | 22.34 | 20,418.76 | Sale | 09/11/2024 | 914.0000 | 20.50 | 18,737.00 | 0.0000 | (1,681.75) |
| Purchase | 06/07/2024 | 86.0000 | 22.34 | 1,921.24 | Sale | 09/11/2024 | 86.0000 | 20.60 | 1,771.60 | 0.0000 | (149.63) |
| Purchase | 06/07/2024 | 864.0000 | 22.40 | 19,353.60 | Sale | 09/11/2024 | 864.0000 | 20.60 | 17,798.40 | 0.0000 | (1,555.19) |
| Purchase | 06/07/2024 | 1,136.0000 | 22.40 | 25,446.39 | Sale | 09/11/2024 | 1,136.0000 | 21.00 | 23,856.00 | 0.0000 | (1,590.39) |
| Purchase | 06/07/2024 | 864.0000 | 22.44 | 19,393.34 | Sale | 09/11/2024 | 864.0000 | 21.00 | 18,144.00 | 0.0000 | (1,249.34) |
| Purchase | 10/08/2024 | 900.0000 | 20.20 | 18,180.00 | Sale | 10/09/2024 | 900.0000 | 21.50 | 19,350.00 | 0.0000 | 1,170.00 |
| Purchase | 10/08/2024 | 1,000.0000 | 20.30 | 20,300.00 | Sale | 10/09/2024 | 1,000.0000 | 21.50 | 21,500.00 | 0.0000 | 1,199.99 |
| Purchase | 06/07/2024 | 6.0000 | 22.44 | 134.67 | Sale | 10/09/2024 | 6.0000 | 21.50 | 129.00 | 0.0000 | (5.67) |
| Purchase | 10/10/2024 | 1,000.0000 | 20.50 | 20,500.00 | Sale | 10/11/2024 | 1,000.0000 | 21.50 | 21,500.00 | 0.0000 | 1,000.00 |
| Purchase | 10/10/2024 | 1,000.0000 | 20.51 | 20,519.90 | Sale | 10/11/2024 | 1,000.0000 | 21.50 | 21,500.00 | 0.0000 | 980.10 |
| Purchase | 06/07/2024 | 1,000.0000 | 22.44 | 22,446.00 | Sale | 10/11/2024 | 1,000.0000 | 21.80 | 21,800.10 | 0.0000 | (645.90) |
| Purchase | 01/28/2022 | 79.0000 | 17.41 | 1,375.39 | Sale | 10/11/2024 | 79.0000 | 21.80 | 1,722.20 | 0.0000 | 346.81 |
| Purchase | 01/27/2022 | 32.0000 | 17.50 | 560.00 | Sale | 10/11/2024 | 32.0000 | 21.80 | 697.60 | 0.0000 | 137.60 |
| Purchase | 01/21/2022 | 889.0000 | 20.00 | 17,780.00 | Sale | 10/11/2024 | 889.0000 | 21.80 | 19,380.28 | 0.0000 | 1,600.28 |
| Purchase | 10/15/2024 | 2,100.0000 | 20.83 | 43,762.74 | Sale | 10/16/2024 | 2,100.0000 | 21.99 | 46,198.74 | 0.0000 | 2,436.00 |
| Purchase | 10/15/2024 | 61.0000 | 20.83 | 1,271.20 | Sale | 10/16/2024 | 61.0000 | 22.25 | 1,357.26 | 0.0000 | 86.05 |
| Purchase | 10/15/2024 | 1,100.0000 | 20.95 | 23,051.60 | Sale | 10/16/2024 | 1,100.0000 | 22.25 | 24,475.22 | 0.0000 | 1,423.62 |
| Purchase | 10/15/2024 | 1,000.0000 | 21.00 | 21,000.00 | Sale | 10/16/2024 | 1,000.0000 | 22.25 | 22,250.20 | 0.0000 | 1,250.19 |
| Purchase | 01/21/2022 | 999.0000 | 20.00 | 19,980.00 | Sale | 10/16/2024 | 999.0000 | 22.25 | 22,227.94 | 0.0000 | 2,247.94 |
| Purchase | 01/21/2022 | 112.0000 | 20.00 | 2,240.00 | Sale | 10/16/2024 | 112.0000 | 22.26 | 2,494.00 | 0.0000 | 254.00 |
| Purchase | 12/15/2021 | 300.0000 | 30.00 | 9,000.00 | Sale | 10/16/2024 | 300.0000 | 22.26 | 6,680.37 | 0.0000 | (2,319.62) |
| Purchase | 12/10/2021 | 1,588.0000 | 31.00 | 49,228.00 | Sale | 10/16/2024 | 1,588.0000 | 22.26 | 35,361.42 | 0.0000 | (13,866.57) |
| Purchase | 12/10/2021 | 412.0000 | 31.00 | 12,772.00 | Sale | 10/16/2024 | 412.0000 | 22.44 | 9,245.52 | 0.0000 | (3,526.47) |
| Purchase | 11/30/2021 | 188.0000 | 32.70 | 6,147.60 | Sale | 10/16/2024 | 188.0000 | 22.44 | 4,218.83 | 0.0000 | (1,928.76) |
| Purchase | 11/30/2021 | 500.0000 | 33.00 | 16,500.00 | Sale | 10/16/2024 | 500.0000 | 22.44 | 11,220.30 | 0.0000 | (5,279.70) |
| Purchase | 11/30/2021 | 900.0000 | 34.00 | 30,600.00 | Sale | 10/16/2024 | 900.0000 | 22.44 | 20,196.54 | 0.0000 | (10,403.46) |
| Purchase | 10/17/2024 | 2,150.0000 | 21.49 | 46,224.57 | Sale | 10/30/2024 | 2,150.0000 | 21.63 | 46,515.25 | 0.0000 | 290.68 |
| Purchase | 10/17/2024 | 1,850.0000 | 21.49 | 39,774.63 | Sale | 10/30/2024 | 1,850.0000 | 21.80 | 40,330.00 | 0.0000 | 555.37 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.58 | 21,585.00 | Sale | 10/30/2024 | 1,000.0000 | 21.80 | 21,800.00 | 0.0000 | 214.99 |
| Purchase | 10/17/2024 | 430.0000 | 21.58 | 9,283.48 | Sale | 10/30/2024 | 430.0000 | 21.80 | 9,374.00 | 0.0000 | 90.51 |
| Purchase | 10/17/2024 | 570.0000 | 21.58 | 12,306.01 | Sale | 10/30/2024 | 570.0000 | 21.82 | 12,437.45 | 0.0000 | 131.44 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.59 | 21,590.00 | Sale | 10/30/2024 | 1,000.0000 | 21.82 | 21,820.10 | 0.0000 | 230.10 |
| Purchase | 10/17/2024 | 430.0000 | 21.60 | 9,288.00 | Sale | 10/30/2024 | 430.0000 | 21.82 | 9,382.64 | 0.0000 | 94.64 |
| Purchase | 10/17/2024 | 720.0000 | 21.60 | 15,552.00 | Sale | 10/30/2024 | 720.0000 | 21.84 | 15,729.12 | 0.0000 | 177.11 |
| Purchase | 10/17/2024 | 280.0000 | 21.61 | 6,050.80 | Sale | 10/30/2024 | 280.0000 | 21.84 | 6,116.88 | 0.0000 | 66.08 |
| Purchase | 10/17/2024 | 720.0000 | 21.61 | 15,559.19 | Sale | 10/30/2024 | 720.0000 | 21.88 | 15,754.89 | 0.0000 | 195.69 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.61 | 21,610.00 | Sale | 10/30/2024 | 1,000.0000 | 21.88 | 21,881.80 | 0.0000 | 271.79 |
| Purchase | 10/17/2024 | 280.0000 | 21.64 | 6,059.73 | Sale | 10/30/2024 | 280.0000 | 21.88 | 6,126.90 | 0.0000 | 67.17 |
| Purchase | 10/17/2024 | 720.0000 | 21.64 | 15,582.16 | Sale | 10/30/2024 | 720.0000 | 21.90 | 15,767.99 | 0.0000 | 185.83 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.65 | 21,655.00 | Sale | 10/30/2024 | 1,000.0000 | 21.90 | 21,900.00 | 0.0000 | 244.99 |
| Purchase | 10/17/2024 | 280.0000 | 21.65 | 6,063.67 | Sale | 10/30/2024 | 280.0000 | 21.90 | 6,132.00 | 0.0000 | 68.31 |
| Purchase | 10/17/2024 | 2,000.0000 | 21.66 | 43,327.39 | Sale | 10/30/2024 | 2,000.0000 | 21.92 | 43,846.60 | 0.0000 | 519.20 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.70 | 21,700.00 | Sale | 10/30/2024 | 1,000.0000 | 22.00 | 22,000.00 | 0.0000 | 300.00 |
| Purchase | 10/17/2024 | 1,000.0000 | 21.73 | 21,739.50 | Sale | 10/30/2024 | 1,000.0000 | 22.00 | 22,000.00 | 0.0000 | 260.50 |
| Purchase | 11/05/2024 | 2,000.0000 | 21.00 | 42,000.00 | Sale | 11/05/2024 | 2,000.0000 | 21.30 | 42,600.00 | 0.0000 | 600.00 |
| Purchase | 11/05/2024 | 2,000.0000 | 21.10 | 42,200.00 | Sale | 11/05/2024 | 2,000.0000 | 21.30 | 42,600.00 | 0.0000 | 399.99 |
| Purchase | 11/05/2024 | 2,000.0000 | 21.20 | 42,400.00 | Sale | 11/05/2024 | 2,000.0000 | 21.30 | 42,600.00 | 0.0000 | 200.00 |
| Purchase | 11/06/2024 | 2,370.0000 | 19.28 | 45,716.82 | Sale | 11/11/2024 | 2,370.0000 | 21.45 | 50,836.50 | 0.0000 | 5,119.67 |
| Purchase | 11/06/2024 | 2.0000 | 19.28 | 38.57 | Sale | 11/11/2024 | 2.0000 | 21.70 | 43.40 | 0.0000 | 4.82 |
| Purchase | 11/12/2024 | 2,500.0000 | 20.55 | 51,399.75 | Sale | 11/19/2024 | 2,500.0000 | 20.90 | 52,250.00 | 0.0000 | 850.24 |
| Purchase | 11/06/2024 | 1,267.0000 | 19.28 | 24,440.17 | Sale | 11/19/2024 | 1,267.0000 | 21.03 | 26,645.13 | 0.0000 | 2,204.96 |
| Purchase | 11/06/2024 | 1,808.0000 | 19.45 | 35,165.60 | Sale | 11/19/2024 | 1,808.0000 | 21.03 | 38,022.42 | 0.0000 | 2,856.82 |
| Purchase | 11/06/2024 | 562.0000 | 19.45 | 10,930.90 | Sale | 11/19/2024 | 562.0000 | 21.07 | 11,841.39 | 0.0000 | 910.49 |
| Purchase | 11/06/2024 | 1,438.0000 | 19.50 | 28,041.00 | Sale | 11/19/2024 | 1,438.0000 | 21.07 | 30,298.80 | 0.0000 | 2,257.80 |
| Purchase | 11/06/2024 | 2,000.0000 | 19.50 | 39,000.00 | Sale | 11/20/2024 | 2,000.0000 | 21.42 | 42,840.60 | 0.0000 | 3,840.60 |
| Purchase | 11/06/2024 | 562.0000 | 19.50 | 10,959.00 | Sale | 11/20/2024 | 562.0000 | 21.93 | 12,326.12 | 0.0000 | 1,367.12 |
| Purchase | 11/06/2024 | 1,438.0000 | 19.70 | 28,328.60 | Sale | 11/20/2024 | 1,438.0000 | 21.93 | 31,539.07 | 0.0000 | 3,210.47 |
| Purchase | 11/06/2024 | 1,639.0000 | 19.70 | 32,288.30 | Sale | 11/20/2024 | 1,639.0000 | 21.93 | 35,951.95 | 0.0000 | 3,663.65 |
| Purchase | 11/06/2024 | 361.0000 | 19.75 | 7,133.32 | Sale | 11/20/2024 | 361.0000 | 21.93 | 7,918.64 | 0.0000 | 785.31 |
| Purchase | 11/06/2024 | 2,000.0000 | 19.75 | 39,519.79 | Sale | 11/20/2024 | 2,000.0000 | 21.95 | 43,900.20 | 0.0000 | 4,380.40 |
| Purchase | 11/06/2024 | 1,639.0000 | 19.75 | 32,386.47 | Sale | 11/20/2024 | 1,639.0000 | 21.95 | 35,983.26 | 0.0000 | 3,596.78 |
| Purchase | 11/06/2024 | 361.0000 | 19.86 | 7,171.66 | Sale | 11/20/2024 | 361.0000 | 21.95 | 7,925.53 | 0.0000 | 753.87 |
| Purchase | 11/06/2024 | 1,000.0000 | 19.86 | 19,866.10 | Sale | 11/22/2024 | 1,000.0000 | 22.50 | 22,500.00 | 0.0000 | 2,633.90 |
| Purchase | 11/06/2024 | 1,000.0000 | 19.86 | 19,866.10 | Sale | 11/22/2024 | 1,000.0000 | 22.60 | 22,600.00 | 0.0000 | 2,733.90 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/06/2024 | 1,000.0000 | 19.86 | 19,866.10 | Sale | 11/22/2024 | 1,000.0000 | 22.90 | 22,900.00 | 0.0000 | 3,033.89 |
| Purchase | 11/06/2024 | 639.0000 | 19.86 | 12,694.43 | Sale | 11/22/2024 | 639.0000 | 23.03 | 14,718.02 | 0.0000 | 2,023.58 |
| Purchase | 11/30/2021 | 100.0000 | 34.00 | 3,400.00 | Sale | 11/22/2024 | 100.0000 | 23.03 | 2,303.29 | 0.0000 | (1,096.70) |
| Purchase | 11/05/2021 | 2,000.0000 | 34.50 | 69,000.00 | Sale | 11/22/2024 | 2,000.0000 | 23.03 | 46,065.80 | 0.0000 | (22,934.19) |
| Purchase | 11/02/2021 | 1.0000 | 37.20 | 37.20 | Sale | 11/22/2024 | 1.0000 | 23.03 | 23.03 | 0.0000 | (14.16) |
| Purchase | 11/26/2024 | 1,300.0000 | 19.75 | 25,675.13 | Sale | 01/30/2025 | 1,300.0000 | 14.25 | 18,525.00 | 0.0000 | (7,150.13) |
| Purchase | 11/26/2024 | 980.0000 | 19.89 | 19,501.70 | Sale | 01/30/2025 | 980.0000 | 14.25 | 13,965.00 | 0.0000 | (5,536.70) |
| Purchase | 11/26/2024 | 2,000.0000 | 19.89 | 39,799.40 | Sale | 02/06/2025 | 2,000.0000 | 12.70 | 25,400.00 | 0.0000 | (14,399.40) |
| **2A. Total** | | **96,717.0000** | | **2,089,202.20** | | | **96,717.0000** | | **2,130,592.93** | **0.00** | **41,390.73** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 11/26/2024 | 1,020.0000 | 19.89 | 20,297.69 | Sale | 02/18/2025 | 1,020.0000 | 7.00 | 7,140.00 | 0.0000 | (13,157.69) |
| Purchase | 11/26/2024 | 1,980.0000 | 19.90 | 39,402.00 | Sale | 02/18/2025 | 1,980.0000 | 7.00 | 13,860.00 | 0.0000 | (25,541.99) |
| **2B. Total** | | **3,000.0000** | | **59,699.69** | | | **3,000.0000** | | **21,000.00** | **0.00** | **(38,699.69)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 11/26/2024 | 2,020.0000 | 19.90 | 40,198.00 | | | | | | 2,020.0000 | (30,014.10) |
| Purchase | 11/26/2024 | 4,000.0000 | 19.90 | 79,600.00 | | | | | | 4,000.0000 | (59,433.87) |
| Purchase | 11/26/2024 | 2,000.0000 | 20.01 | 40,039.00 | | | | | | 2,000.0000 | (29,955.93) |
| Purchase | 11/25/2024 | 2,280.0000 | 22.90 | 52,212.00 | | | | | | 2,280.0000 | (40,717.30) |
| Purchase | 11/25/2024 | 4,000.0000 | 23.52 | 94,119.60 | | | | | | 4,000.0000 | (73,953.47) |
| Purchase | 11/25/2024 | 2,750.0000 | 23.75 | 65,326.25 | | | | | | 2,750.0000 | (51,462.03) |
| Purchase | 11/02/2021 | 24.0000 | 37.20 | 892.80 | | | | | | 24.0000 | (771.80) |
| **2C. Total** | | **17,074.0000** | | **372,387.64** | | | **0.000** | | **$0.00** | **17,074.0000** | **(286,308.52)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/12/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 116,791.0000 | | 2,521,289.54 | | | 99,717.0000 | | 2,151,592.93 | 17,074.0000 | (283,617.48) |
| Grand Total | | 116,791.0000 | | 2,521,289.54 | | | 99,717.0000 | | 2,151,592.93 | 17,074.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(283,617.48)** |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.