IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| DANIEL ABRAMOV, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | 1:25-cv-444 (PTG/IDD) |
| FLUENCE ENERGY, INC. *et al.,* | ) ) | |
| *Defendants.* | ) | |

***

| | | |
|---|---|---|
| IGOR KRAMER, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | 1:25-cv-634 (PTG/IDD) |
| FLUENCE ENERGY, INC. *et al.,* | ) ) | |
| *Defendants.* | ) | |

## ORDER

This matter is before the Court on multiple Motions to Consolidate Cases, Appoint Lead Plaintiff, and Approve Counsel (*Abramov v. Fluence Energy, Inc. et al.,* Civil Action No. 1:25-cv-444, Dkts. 16, 19, 26, 29, 30; *Kramer v. Fluence Energy, Inc. et al.,* Civil Action No. 1:25-cv-634, Dkts. 30, 33, 36).[1] Accordingly, it is hereby

**ORDERED** that Defendant file its opposition to the pending motions, if any, on or before May 23, 2025, at 5:00 p.m.; it is further

---

[1] On May 12, 2025, Plaintiff Cathy Snyder filed a Motion to Consolidate Cases, Appoint Counsel, and Appoint Lead Plaintiff. *Abramov v. Fluence Energy, Inc. et al.,* Civil Action No. 1:25-cv-444, Dkt. 22. On May 13, 2025, Ms. Snyder withdrew her motion. *Id.,* Dkt. 38.

1

**ORDERED** that the plaintiffs seeking appointment as lead plaintiff meet and confer in an attempt to resolve the competing motions for appointment as lead plaintiff. Parties are **DIRECTED** to file a notice with the Court on or before May 23, 2025, at 5:00 p.m. describing the outcome of the meet and confer; it is further

**ORDERED** that the parties file their oppositions to a plaintiff's Motion to Appoint Lead Plaintiff, if any, on or before May 23, 2025, at 5:00 p.m.

The Clerk is **DIRECTED** to enter this Order on both dockets.

Entered this 15th day of May, 2025
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge

2