# Appendix A

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 1 | 10/19/2021<br><br>IPO Registration Statement<br><br>¶ 74<br><br>Ex. 1 | Fluence | We sell **highly configurable** energy storage products with integrated hardware, software, and digital intelligence. Unlike other energy storage providers, **we take a customer- and market-centric approach, building products and technology based on customer needs and economic feasibility**. We offer three energy storage products built on our sixth-generation Tech Stack foundation, **which are optimized for common customer use cases but can be configured for specific use cases**:<br><br>• Gridstack™: grid-scale, industrial-strength energy storage product designed for demanding market applications with **industry-leading reliability, scalabilit**y, and safety. Its design is built for applications including flexible peaking capacity, frequency regulation, renewable integration, transmission, and distribution enhancement and more.<br><br>• Sunstack™: designed to optimize solar capture and delivery. Its product architecture unites batteries and PV on the same side of the DC bus to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.<br><br>• Edgestack™: commercial energy storage product that discharges when needed to flatten a facility's energy load profile, resulting in significantly reduced demand charges. The fully integrated product is available in smaller-size building blocks that can be easily configured to meet the needs of individual facilities and aggregated across fleets or locations without time-consuming redesigns. | • Scienter<br>• Falsity<br>• Puffery |
| 2 | 10/19/2021<br><br>IPO Registration Statement | Fluence | Sales Contracts with Related Parties<br><br>Our energy storage products are built on our Tech Stack, which is comprised of our Fluence Cube, Fluence OS, and Fluence IQ. The Tech Stack builds upon 13 years of development in prior generations (introduced in 2008, 2009, 2010, 2014, 2017), **reflecting ongoing . . . design improvements**. | • Scienter<br>• Falsity<br>• Puffery |

---

[1] References to (Ex.___) correspond to the exhibits attached to the Declaration of Matthew J. Peters submitted in support of this Motion.

[2] Emphasis added to any statement is consistent with the emphasis in the Consolidated Complaint.

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | ¶ 75<br><br>Ex. 1 | | Fluence Cube is a modular, factory-built, approximately 8'x8'x8' building block that ***delivers . . . scalable, cost-effective products***. Our battery and supplier-agnostic product architecture allows us to deliver optimized solutions for our customers on a global scale while incorporating the latest technology components. | |
| 3 | 10/19/2021<br><br>IPO Registration Statement<br><br>¶ 76<br><br>Ex. 1 | Fluence | *Rapid Delivery and Augmentation*: ***repeatable form factor drives efficiencies in project design and Balance of Plant interfaces***. The Fluence Cube ships with all battery, cooling, and controls equipment pre-installed to support ***rapid on-site installation and commissioning***. Our building block approach is designed to help customers meet current requirements and enable optimal augmentation of products over time, taking advantage of falling battery prices and best-in-class technologies. | • Scienter<br>• Falsity<br>• Puffery |
| 4 | 10/19/2021<br><br>IPO Registration Statement<br><br>¶ 77<br><br>Ex. 1 | Fluence | Sales Contracts with Related Parties<br><br>***Fluence signs back-to-back battery-based energy storage product and related service contracts with*** AES, ***Siemens and their subsidiaries (collectively referred to as affiliates) in relation to execution of the affiliates' contracts with external customers and also direct contracts signed with affiliates of the Members***. The contract price is similar to the price charged to third-party customers. ***Revenue from contracts with affiliates is included in revenue from related parties on the Company's consolidated statements of operations and comprehensive loss***. | • Scienter<br>• Falsity |
| 5 | 12/14/2021<br><br>FY21 Form 10-K<br><br>¶ 79 | Fluence Pérez Fehr | The Tech Stack, which is comprised of our Fluence Cube, Fluence OS, and Fluence IQ, builds upon 13 years of development in prior generations, ***reflecting ongoing*** . . . ***design improvements***. The Fluence Cube is a modular, factory-built, approximately 8'x8'x8' building block that ***delivers*** . . . ***scalable, cost-effective products***. Our battery and supplier-agnostic system architecture allows us to deliver ***optimized solutions for our customers*** on a global scale while incorporating the latest technology components. | • Scienter<br>• Falsity<br>• Puffery |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | Ex. 4 | | | |
| 6 | 2/10/2022<br><br>1Q2022 Earnings Call<br><br>¶ 81<br><br>Ex. 7 | Pérez | Turning to Slide 6. I would like to update you on the headwinds that we discussed on our last earnings call and the steps we are taking to mitigate their impact. This mostly stemmed from supply chain disruption as a result of COVID-19 *as well as some cost overruns in the rollout of our first Generation 6 product installations and commissioning*. *Our team has acted swiftly to implement corrective actions that provide us the confidence to further execute on our plan*.<br><br>Some of these mitigation efforts include securing shipping capacity for our high-volume routes on a 2- to 4-month forward-looking basis, giving us better visibility to deliver our product to our customers on time. Furthermore, we have increased the size of our supply chain and manufacturing teams by 57% to provide us with the resources necessary to meet the robust demand we see. And finally, *we are documenting lessons learned from our teams around the world and providing additional training so they can deliver our Gen 6 product installation and commissioning more effectively*. | • Scienter<br>• Falsity<br>• Forward-Looking Statement |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 7 | 2/10/2022<br><br>1Q2022 Earnings Call<br><br>¶ 82<br><br>Ex. 6 | Fluence Pérez | | • Scienter<br>• Falsity<br>• Puffery<br>• Forward-Looking Statement |
| 8 | 2/10/2022<br><br>1Q2022 Earnings Call<br><br>¶ 83<br><br>Ex. 7 | Boll | And on the cost overruns, ***they are temporary*** and they are associated with installation and commissioning. So the way that ***we have addressed*** that is we have done root cause analysis of either operational issues or technical issues that we could optimize to ensure that those cost overruns get to 0 closer to the end of this quarter. We've implemented those fixes either in our field installation manuals or in our factory, and those are in play right now. So ***we've identified the issues and we've implemented the fixes***. We've also hired a significant number of more people to be able to handle the installation and commissioning. So that was one of the lessons learned is that we needed more people, and we have trained those people in the installation procedures and updated our installation manuals. | • Scienter<br>• Falsity<br>• Forward-Looking Statement |

4

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 9 | 5/12/2022<br><br>2Q2022 Earnings Call<br><br>¶ 85<br><br>Ex. 8 (presentation)<br><br>Ex. 9 | Pérez | As you can see on Slide 9, I'm pleased to report that *we are now fully caught up on our Gen 6 installation schedule*. We have *successfully installed* 10 Gen 6 systems since the beginning of this year with a combined power of about 420 megawatts. This includes several *mega site installations such as Diablo and High Desert*, both in California.<br><br> | • Scienter<br>• Falsity<br>• Puffery |
| 10 | 8/16/2022<br><br>3Q2022 Earnings Call | Pérez | Finally, turning to project cost overruns. This is a continued agenda item for the team. While we'll continue to roll out additional projects during the quarter, *we experienced unanticipated costs associated with installations and commissioning, including balance of plant and transformer challenges on a few specific projects*. | • Scienter<br>• Falsity |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | ¶ 87<br><br>Ex. 10 | | | |
| 11 | 8/16/2022<br><br>3Q2022 Earnings Call<br><br>¶ 88<br><br>Ex. 10 | Fehr | During the question-and-answer portion of the call, an analyst from Wolfe Research, LLC noted that Fluence's "order intake" was "down versus what you guys did in the previous quarter," and asked "what drove the softness this quarter, particularly on the storage product side?" In defendant Fehr's response, he assured the analyst that the decrease in battery storage was due to "market and macroeconomics," and that "we are not really seeing a signal from our customers that they're not wanting to sign service agreements." | • Scienter<br>• Falsity<br>• Opinion |
| 12 | 8/16/2022<br><br>3Q2022 Earnings Call<br><br>¶ 89<br><br>Ex. 10 | Pérez | After another analyst asked about competition, defendant Pérez emphasized the strength of Fluence's client relationships, stating "those customers that we selected are very loyal. They want to keep working with us. They want to keep developing their portfolios with us." | • Scienter<br>• Falsity<br>• Opinion |
| 13 | 8/16/2022<br><br>3Q22 Earnings Call<br><br>¶ 90<br><br>Ex. 10 | Boll | After another analyst asked "how else do you improve your operations in the back half of the year and ensure full year '22 execution[?]", defendant Boll responded by emphasizing "a systems test lab that we're putting in Pennsylvania right outside of Pittsburgh." | • Scienter<br>• Falsity<br>• Forward-Looking Statement<br>• Opinion |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 14 | 11/15/2022<br><br>Press Release<br><br>¶ 92<br><br>Ex. 11 | Fluence | Fluence Energy, Inc. . . . . today announced that the company has expanded its network of product testing facilities by opening a new product testing lab in Pennsylvania. Now with three product testing labs located across the globe, Fluence is uniquely equipped to accelerate product development and support energy storage customers with increased speed, expertise, and flexible support throughout the product lifecycle.<br><br>***The new facility will serve as the primary location for system-level testing of various configurations of the company's energy storage products***. System-level testing supports quality assurance and is crucial for the rapid iteration, testing, and launching of new Fluence energy storage technology and products.<br><br>"***Fluence's new systems test lab expands our global lab presence and is our second lab within the United States, with a third lab located in Germany. We believe this facility will be critical to fully testing our products leading up to product launch, as well as supporting product commissioning and field teams in providing world-class support to customers***," said Fluence SVP & Chief Product Officer Rebecca Boll. "We look forward to using this lab to best serve our customers." | • Scienter<br>• Falsity<br>• Forward-Looking Statement<br>• Opinion |
| 15 | 12/13/2022<br><br>4Q2022 Earnings Call<br><br>¶ 94<br><br>Ex. 12 | Nebreda | ***As a comprehensive solutions provider, we continue to outpace our competition due to our scale, industry-leading experience and our ability to solve highly [complex problems], but quickly establishing ourselves as a leader among the mega project side***. | • Scienter<br>• Falsity<br>• Puffery |
| 16 | 12/13/2022<br><br>4Q2022 Earnings Call<br><br>¶ 95 | Sial | And while 2022 was a challenging year, we ended the fourth quarter with positive gross profit and ***believe that issues confronted are well understood and now largely behind us***. | • Scienter<br>• Falsity<br>• Opinion |

7

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | Ex. 12 | | | |
| 17 | 12/13/2022<br><br>4Q2022 Earnings Call<br><br>¶ 96<br><br>Ex. 12 | Nebreda | Thank you, Ben. No kind of maybe the rule of thumb is a part of it. Okay. As you go up with the complexity scale, competition gets less – gets softer. So if you go to a simpler solution where you see a lot of these stars, there's a lot of competition as you go up the scale either *because the projects are very big or they need specific characteristics or features that we can only deliver then the competition kind of windows a little bit* and (inaudible) you always need to find. And I think that why do people pay cost, which is a little bit – why do they select us.<br><br>*I guess the reasons that we have – we talk to our customers as our ability to manage complexity, both in terms of project or product.* Our safety features. We have a product which is very – it has proven to be very, very safe. We have gone through burn tests, we have done all the testing on the safety that people are really present.<br><br>* * *<br><br>*So I would say those are the 3 things: complexity, both on product and project;* safety; and they are – they see us as a partner that will offer them – will compete with them and that's the driver. | • Scienter<br>• Falsity<br>• Opinion |
| 18 | 12/13/2022<br><br>4Q2022 Earnings Call<br><br>¶ 97<br><br>Ex. 12 | Sial | Also during the call, defendant Sial attributed Fluence's "record" revenues to its "strong project execution." | • Scienter<br>• Falsity<br>• Puffery |
| 19 | 2/9/2023<br><br>1Q2023 Earnings Call | Nebreda | During his prepared remarks, defendant Nebreda represented that Fluence had succeeded in "improving our project execution." Nebreda also referenced a presentation slide deck that highlighted Fluence's "[s]trong [c]ustomer [r]elationships" and claimed that the purported "[p]erformance" of the Company's products were drivers of its business generation, as depicted in the following slide: | • Scienter<br>• Falsity<br>• Puffery<br>• Opinion |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | ¶ 99<br><br>Ex. 14 (presentation)<br><br>Ex. 15 | | | |
| 20 | 2/9/2023<br><br>1Q2023 Earnings Call<br><br>¶ 100 | Nebreda | On Slide 7, *we have highlighted some of the reasons why our customers choose us to provide their energy storage solution.* They are looking for someone who can provide them with a safe product. We are proud to be one of the market leaders in safety and have surpassed the industry standards. Time after time, our customers tell us that safety is their top priority when selecting an energy source. We will continue to make safety our highest priority when developing additional solutions. | • Scienter<br>• Falsity<br>• Opinion |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | Ex. 14 (presentation)<br><br>Ex. 15 | | Second, ***performance. Our customers demand*** not only ***a*** safe ***product*** but **one** ***that performs at high level***. To that point, we are pleased to have deployed the world's fastest responding battery and storage facility. Our team has achieved the demand response times below 150 milliseconds (inaudible). | |
| 21 | 5/10/2023<br><br>2Q2023 Press Release<br><br>¶ 102<br><br>Ex. 16 | Nebreda Sial | The 2Q23 Release quoted defendant Nebreda, who credited Fluence's "'record quarter'" to its success in "'***accelerating project execution***.'" The 2Q23 Release also quoted defendant Sial who likewise praised Fluence's improved project execution, representing that the Company was making "'***notable progress in [its] execution***'" and "'***improving cycle times on select projects***.'" | • Scienter<br>• Falsity<br>• Puffery |
| 22 | 5/11/2023<br><br>2Q2023 Earnings Call<br><br>¶ 103<br><br>Ex. 17 | Sial | While we expect that most of our projects will be executed within the 15- to 18-month time frame that we have previously discussed, ***we are seeing faster progress on certain projects compared to prior expectations*** and thus expect this trend to continue in the future, benefiting both the second half of this year as well as fiscal year 2024.<br><br>***This improvement is attributable to*** better supply chain visibility and ***improved execution*** as we leverage lessons learned from prior projects. We are also coming into the third quarter with 100% of our second half 2023 expected revenue in our backlog. | • Scienter<br>• Falsity<br>• Puffery |
| 23 | 5/11/2023<br><br>2Q2023 Earnings Call<br><br>¶ 104<br><br>Ex. 17 | Nebreda | We look for customers that value what we offer, that value, clearly, products that are – that we – that ***they are sure that they were going to be delivered***, that they're ***going to perform as we tell them that they're going to perform***, that will provide services that will keep this solutions up to date, and that will have them ***running for them when they need it***, that they can ensure it very well and that they can finance it. | • Scienter<br>• Falsity<br>• Opinion |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 24 | 8/10/2023<br><br>3Q2023 Earnings Call<br><br>¶ 106<br><br>Ex. 18 | Sial | During his prepared remarks, defendant Sial represented that Fluence "continue[d] to execute well" on its legacy backlog. | • Scienter<br>• Falsity<br>• Puffery |
| 25 | 8/10/2023<br><br>3Q2023 Earnings Call<br><br>¶ 107<br><br>Ex. 18 | Nebreda | I'm going to say far away but far from the point where the industry consolidates in a way that we are a limited number of players that I don't say we're there, too. So for us, competitiveness is a driver internally to ensure that we did everybody on price, but not only on price, prices, are drivers not the main driver on ensuring our customers have a product that meets their needs. Price being one, ***our performance, what we do,*** how they can bank or finance our investments, ***the type of guarantees we provide them to ensure that they feel comfortable on in our assets going forward***. | • Scienter<br>• Falsity<br>• Opinion |
| 26 | 11/28/2023<br><br>4Q2023 Press Release<br><br>¶ 109<br><br>Ex. 33 | Nebreda | "I'm pleased to report that we reached a transformative milestone in the fourth quarter, achieving profitability for the first time. This momentous achievement is a testament to our unwavering commitment to operational excellence, and to our team's relentless dedication.<br><br>Our ***strong execution reaffirms*** our position as a leader in the energy storage industry. ***It demonstrates our ability to navigate challenges, drive towards success, and deliver solutions to our customer***s. As we look ahead, our market outlook is more robust than ever. We see a world hungry for sustainable energy solutions, and we believe that Fluence is at the forefront, ready to meet that demand head-on as evidenced by our recently launched Gridstack Pro product." | • Scienter<br>• Falsity<br>• Puffery |
| 27 | 11/29/2023<br><br>4Q2023 Earnings Call | Nebreda | I'd like to highlight some of our accomplishments of the past fiscal year. As you may recall, a year ago, we embarked on the transformation of our business. I'm pleased to report that we delivered on our commitments to the market. We grew our annual revenue by 85% and achieved our first profitable quarter. ***Importantly, we exceeded our regional*** | • Scienter<br>• Falsity |

11

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | ¶ 110 <br><br> Ex. 19 | | *[sic] annual revenue guidance by more than $600 million, thanks to improved execution*, easing supply chains and project time line acceleration. | |
| 28 | 11/29/2023 <br><br> FY2023 Form 10-K <br><br> ¶ 112 <br><br> Ex. 20 | Fluence Nebreda Sial | Fluence's sixth generation energy storage products are built on more than 14 years of development in prior generations, and reflecting, among other things, *ongoing safety and design improvements*. Fluence's energy storage products make it simpler for customers to deploy storage *faster and more cost effectively without sacrificing quality and configurability*. | • Scienter <br> • Falsity <br> • Puffery |
| 29 | 11/29/2023 <br><br> FY2023 Form 10-K <br><br> ¶ 113 <br><br> Ex. 20 | Fluence Nebreda Sial | In October 2023, Fluence filed a complaint in the Superior Court of California, Contra Costa County, against Diablo Energy Storage, LLC, Empire Business Park, LLC, the Bank of New York Mellon and others, seeking approximately $37.0 million in damages arising from the supply and construction of an energy storage facility for the defendants. On or about November 10, 2023, Defendant Diablo Energy Storage, LLC filed a cross-complaint against Fluence, seeking a minimum of $25.0 million of alleged damages and disgorgement of all compensation received by Fluence for the project, in the amount of approximately $230.0 million. *Fluence denies the allegations in the cross-complaint and intends to vigorously defend against them and to enforce our claims against the defendants*. We are currently not able to estimate the impact, if any, that this litigation may have on our reputation or financial results, or on market adoption of our products. | • Scienter <br> • Falsity <br> • Forward-Looking Statement |
| 30 | 12/20/2023 <br><br> Press Release <br><br> ¶ 117 <br><br> Ex. 32 | Fluence | In response to the *Energy Storage News* article, on December 20, 2023, Fluence denied the information in a press release, stating that it "[stood] by its [w]ork on the Diablo Plant, and [would] [v]igorously [p]ursue the [p]ayments it [was] [o]wed." | • Scienter <br> • Falsity <br> • Forward-Looking Statement |

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| 31 | 2/8/2024<br><br>1Q2024 Form 10-Q<br><br>¶ 117<br><br>Ex. 24 | Fluence Nebreda | Fluence made similar statements in its Form 10-Q for its first fiscal quarter ended December 31, 2023, which was signed by defendant Nebreda, who also filed certifications pursuant to the Sarbanes-Oxley Act attesting to the document's accuracy and completeness ("1Q24 Form 10-Q"). | • Scienter<br>• Falsity<br>• Forward-Looking Statement |
| 32 | 2/8/2024<br><br>1Q2024 Earnings Call<br><br>¶ 117<br><br>Ex. 34 | Nebreda | Additionally, on February 8, 2024, defendant Nebreda denied the allegations revealed in the *Energy Storage News* article during an earnings call discussing the Company's results for its first fiscal quarter of 2024, claiming that the Diablo Project was "performing very well and has delivered availability or uptime above its contractual requirement during 2023." | • Scienter<br>• Falsity<br>• Puffery<br>• Opinion |
| 33 | 2/22/2024<br><br>Press Release<br><br>¶ 122<br><br>Ex. 26 | Fluence | The short-seller's report references pending litigation between Fluence and Siemens Energy, attempting to characterize it as a "critical and dramatic development." While any dispute with a customer is unfortunate, *this is a small, ordinary course commercial dispute arising from a single project. Fluence brought the action to collect approximately $2 million in unpaid amounts due, and Siemens Energy responded with counterclaims of approximately $9 million.* Fluence strongly denies Siemens Energy's counterclaims and the case is progressing in the ordinary course. | • Scienter<br>• Falsity |
| 34 | 5/9/2024<br><br>2Q2024 Earnings Call | Pasha | *These results also include a modest expense from settling our pending litigation with Siemens Energy. Our continued execution further demonstrates that our legacy backlog issues are behind us, and we are benefitting from our higher margin backlog.* | • Scienter<br>• Falsity<br>• Opinion |

13

*In re Fluence Energy, Inc. Sec. Litig.*
Case No. 1:25-cv-00444-PTG-IDD (E.D. Va.)

| No. | Date & Source[1] | Speaker | Challenged Statement[2] | Reasons Statement Is Not Actionable |
|---|---|---|---|---|
| | ¶ 125<br><br>Ex. 35 | | | |
| 35 | 5/9/2024<br><br>2Q2024 Earnings Call<br><br>¶ 126<br><br>Ex. 35 | Nebreda | [W]e settled the Siemens Energy litigation. And just to remind everybody who may be listening, Siemens Energy is not Siemens AG or shareholders. Siemens Energy is a customer related to our shareholder, but not our shareholder. We settled that litigation, *as we have told you in the past, that was an immaterial litigation, normal course of business litigation, immaterial*.<br><br>*We settle[d] it in terms that it's even more immaterial than the litigation and it's a fraction of the claims that the customer had. And as I have said in the past, Siemens Energy is not a customer – a significant customer*. So what we have done very, very little with them. | • Scienter<br>• Falsity<br>• Opinion |
| 36 | 8/8/2024<br><br>3Q2024 Earnings Call<br><br>¶ 128<br><br>Ex. 36 | Pasha | In response to the allegations made in the short report, our Board's Audit Committee conducted an investigation with the assistance of an outside counsel and forensic accountants. I am pleased to share that this investigation concluded that *the allegations contained in the short report are without merit*.<br><br>Recently, however, the SEC notified us that they are investigating certain matters pertaining to the company. Based on the information the SEC has requested, we believe we are examining some of the topics raised in the short seller report, such as revenue recognition policies and our previously disclosed material weakness. | • Scienter<br>• Falsity<br>• Opinion |
| 37 | 8/8/2024<br><br>3Q2024 Earnings Call<br><br>¶ 129<br><br>Ex. 36 | Nebreda | During the question and answer portion of the call, defendant Nebreda similarly responded to a question about the board investigation, stating that the Blue Orca Report had "*zero merit*." | • Scienter<br>• Falsity<br>• Opinion |