**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **In re Fluence Energy, Inc. Securities Litigation** | **No. 1:25-cv-00444-PTG-IDD** |

**DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT FOR**
**VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Matthew J. Peters, am a counsel at the law firm of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C., 20004. I am admitted to the Bars of the State of Maryland and the District of Columbia. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Complaint for Violation of the Federal Securities Laws, filed herewith in the above-captioned action. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      Attached hereto as Exhibit 1 is a true and correct copy of Fluence Energy, Inc.'s ("Fluence") form S-1/A Registration Statement, which was filed with the United States Securities and Exchange Commission ("SEC") on October 19, 2021 and is publicly available on the SEC website at www.sec.gov/edgar.

2.      Attached hereto as Exhibit 2 is a true and correct copy of Fluence's Form 424(b)(4) Prospectus, which was filed with the SEC on October 29, 2021 and is publicly available on the SEC website at www.sec.gov/edgar.

3.      Attached hereto as Exhibit 3 is a true and correct copy of the transcript of Fluence's December 9, 2021 earnings call discussing financial results for the fourth quarter of 2021 ("Q4 2021 Earnings Call"), which is available at www.spglobal.com.

4.      Attached hereto as Exhibit 4 is a true and correct copy of Fluence's Form 10-K for the period ended September 30, 2021 ("FY 2021"), which was filed with the SEC on December 14, 2021 and is publicly available on the SEC website at www.sec.gov/edgar.

5.      Attached hereto as Exhibit 5 is a true and correct copy of Fluence's Form 8-K, attaching its First Quarter 2022 earnings release ("Q1 2022 Earnings Release"), which was filed with the SEC on February 10, 2022 and is publicly available on the SEC website at www.sec.gov/edgar.

6.      Attached hereto as Exhibit 6 is a true and correct copy of Fluence's 1Q FY 2022 Earnings Presentation, dated February 10, 2022, which is publicly available at https://ir.fluenceenergy.com/news-events.

7.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript of Fluence's February 10, 2022 earnings call discussing financial results for the first quarter of 2022 ("Q1 2022 Earnings Call"), which is available at www.spglobal.com.

8.      Attached hereto as Exhibit 8 is a true and correct copy of Fluence's 2Q FY 2022 Earnings Presentation, dated May 12, 2022, which is publicly available at https://ir.fluenceenergy.com/news-events.

9.      Attached hereto as Exhibit 9 is a true and correct copy of the transcript of Fluence's May 12, 2022 earnings call discussing financial results for the second quarter of 2022 ("Q2 2022 Earnings Call"), which is available at www.spglobal.com.

10.     Attached hereto as Exhibit 10 is a true and correct copy of the transcript of

Fluence's August 16, 2022 earnings call discussing financial results for the third quarter of 2022 ("Q3 2022 Earnings Call"), which is available at www.spglobal.com.

11.    Attached hereto as Exhibit 11 is a true and correct copy of Fluence's November 15, 2022 press release entitled, "Fluence Expands Network of Global Product Testing Facilities with Systems Test Lab in Pennsylvania," which is publicly available at https://ir.fluenceenergy.com/news-events.

12.    Attached hereto as Exhibit 12 is a true and correct copy of the transcript of Fluence's December 13, 2022 earnings call discussing financial results for the fourth quarter of 2022 ("Q4 2022 Earnings Call"), which is available at www.spglobal.com.

13.    Attached hereto as Exhibit 13 is a true and correct copy of Fluence's Form 10-K for the period ended September 30, 2022 ("FY 2022"), which was filed with the SEC on December 14, 2022 and is publicly available on the SEC website at www.sec.gov/edgar.

14.    Attached hereto as Exhibit 14 is a true and correct copy of Fluence's 1Q FY 2023 Earnings Presentation, dated February 9, 2023, which is publicly available at https://ir.fluenceenergy.com/news-events.

15.    Attached hereto as Exhibit 15 is a true and correct copy of the transcript of Fluence's February 9, 2023 earnings call discussing financial results for the first quarter of 2023 ("Q1 2023 Earnings Call"), which is available at www.spglobal.com.

16.    Attached hereto as Exhibit 16 is a true and correct copy of Fluence's Form 8-K, attaching its Second Quarter 2023 earnings release ("Q2 2023 Earnings Release"), which was filed with the SEC on May 10, 2023 and is publicly available on the SEC website at www.sec.gov/edgar.

17.    Attached hereto as Exhibit 17 is a true and correct copy of the transcript of Fluence's May 11, 2023 earnings call discussing financial results for the second quarter of 2023

("Q2 2023 Earnings Call"), which is available at www.spglobal.com.

18.     Attached hereto as Exhibit 18 is a true and correct copy of the transcript of Fluence's August 10, 2023 earnings call discussing financial results for the third quarter of 2023 ("Q3 2023 Earnings Call"), which is available at www.spglobal.com.

19.     Attached hereto as Exhibit 19 is a true and correct copy of the transcript of Fluence's November 29, 2023 earnings call discussing financial results for the fourth quarter of 2023 ("Q4 2023 Earnings Call"), which is available at www.spglobal.com.

20.     Attached hereto as Exhibit 20 is a true and correct copy of Fluence's Form 10-K for the period ended September 30, 2023 ("FY 2023"), which was filed with the SEC on November 29, 2023 and is publicly available on the SEC website at www.sec.gov/edgar.

21.     Attached hereto as Exhibit 21 is a true and correct copy of Diablo Energy Storage, LLC's Cross-Complaint for Breach of Contract and Disgorgement, *Fluence Energy, LLC v. Diablo Energy Storage,* LLC, No. C21-02528 (Sup. Ct. California, Contra Costa Cnty. Nov. 10, 2023).

22.     Attached hereto as Exhibit 22 is a true and correct copy of an article by Cameron Murray, entitled "Fluence customer seeking refund for Diablo BESS EPC contract, citing 'defects and chronic failures,'" published in *Energy Storage News*, Dec. 20, 2023, available at https://www.energy-storage.news/fluence-customer-seeking-refund-for-diablo-bess-epc-contract-citing-defects-and-chronic-failures/.

23.     Attached hereto as Exhibit 23 is a true and correct copy of Siemens Energy, Inc.'s Answer and Counterclaim, *Fluence Energy, LLC v. Siemens Energy, Inc.*, No. CL23-3527 (Cir. Ct. Va., Nov. 28, 2023).

24.     Attached hereto as Exhibit 24 is a true and correct copy of Fluence's quarterly report on Form 10-Q for the period ended December 31, 2023 ("Q1 2024 Form 10-Q"), which was

filed with the SEC on February 8, 2024, and is publicly available on the SEC website at www.sec.gov/edgar.

25.     Attached hereto as Exhibit 25 is a true and correct copy of the Blue Orca Capital Short Report, dated February 22, 2024, which is publicly available at www.blueorcacapital.com.

26.     Attached hereto as Exhibit 26 is a true and correct copy of Fluence's February 22, 2024 press release entitled, "Fluence Responds to Misleading Short Seller Report," which is publicly available at https://ir.fluenceenergy.com/news-events.

27.     Attached hereto as Exhibit 27 is a true and correct copy of Fluence's Form 10-K for the period ended September 30, 2024 ("FY 2024"), which was filed with the SEC on November 29, 2024 and is publicly available on the SEC website at www.sec.gov/edgar.

28.     Attached hereto as Exhibit 28 is a true and correct copy of Fluence's Form 8-K, attaching its First Quarter 2025 earnings release ("Q1 2025 Earnings Release"), which was filed with the SEC on February 10, 2025 and is publicly available on the SEC website at www.sec.gov/edgar.

29.     Attached hereto as Exhibit 29 is a true and correct copy of Fluence's quarterly report on Form 10-Q for the period ended December 31, 2024 ("Q1 2025 Form 10-Q"), which was filed with the SEC on February 10, 2025, and is publicly available on the SEC website at www.sec.gov/edgar.

30.     Attached hereto as Exhibit 30 is a true and correct copy of the transcript of Fluence's February 11, 2025 earnings call discussing financial results for the first quarter of 2025 ("Q1 2025 Earnings Call"), which is available at www.spglobal.com.

31.     Attached hereto as Exhibit 31 is a true and correct copy of Memorandum Opinion and Order, *Fluence Energy, LLC v. Siemens Energy, Inc.*, No. CL23-3527 (Cir. Ct. Va., Nov. 28,

2023).

32.     Attached hereto as Exhibit 32 is a true and correct copy of Fluence's December 20, 2023 press release entitled, "Fluence Stands by its Work on the Diablo Plant, and Will Vigorously Pursue the Payments it is Owed for its Work and Dispute the Allegations in the Counterclaim Filed by the Operator of the Plant," which is publicly available at https://ir.fluenceenergy.com/news-events..

33.     Attached hereto as Exhibit 33 is a true and correct copy of Fluence's Form 8-K, attaching its Fourth Quarter 2023 earnings release ("Q4 2023 Earnings Release"), which was filed with the SEC on November 28, 2023 and is publicly available on the SEC website at www.sec.gov/edgar.

34.     Attached hereto as Exhibit 34 is a true and correct copy of the transcript of Fluence's February 8, 2024 earnings call discussing financial results for the first quarter of 2024 ("Q1 2024 Earnings Call"), which is available at www.spglobal.com.

35.     Attached hereto as Exhibit 35 is a true and correct copy of the transcript of Fluence's May 9, 2024 earnings call discussing financial results for the second quarter of 2024 ("Q2 2024 Earnings Call"), which is available at www.spglobal.com.

36.     Attached hereto as Exhibit 36 is a true and correct copy of the transcript of Fluence's August 8, 2024 earnings call discussing financial results for the third quarter of 2024 ("Q3 2024 Earnings Call"), which is available at www.spglobal.com.

Executed this 11th day of July, 2025 in Washington, D.C.

/s/ *Matthew J. Peters*
Matthew J. Peters