# Exhibit 3

**S&P Global**
Market Intelligence

# Fluence Energy, Inc. NasdaqGS:FLNC FQ4 2021 Earnings Call Transcripts

## Thursday, December 09, 2021 1:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.27) | (0.13) | NM | (0.28) | (0.84) | (0.59) | NM | (0.91) |
| Revenue (mm) | 184.60 | 188.20 | ▲1.96 | 277.55 | 677.06 | 680.77 | ▲0.55 | 1285.89 |

Currency: USD
Consensus as of  Dec-09-2021 12:47 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2021 | (0.27) | (0.13) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ................................................................... 3

Presentation ................................................................... 4

Question and Answer ................................................................... 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Dennis Fehr**
*Senior VP & CFO*

**Manuel Pérez Dubuc**
*CEO & Director*

**Samuel Chong**

**Seyed Madaeni**
*Chief Digital Officer, Head of Fluence Digital Business & Senior VP*

**ANALYSTS**

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

**David Keith Arcaro**
*Morgan Stanley, Research Division*

**James Carlyle West**
*Evercore ISI Institutional Equities, Research Division*

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

**Maheep Mandloi**
*Crédit Suisse AG, Research Division*

**Mark Wesley Strouse**
*JPMorgan Chase & Co, Research Division*

**Thomas Patrick Curran**
*Seaport Research Partners*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by. Welcome to the Fluence Energy Fourth Quarter 2021 Earnings Conference Call. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Sam Chong, Treasurer, Investor Relations. Please go ahead.

**Samuel Chong**

Welcome, everyone, to our earnings call for the fourth quarter of fiscal year 2021, which ended on September 30. Before we begin, I would like to remind you that management will make statements during this call that include forward-looking statements within the meaning of federal securities laws, which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995.

These forward-looking statements are neither promises nor guarantees and are based upon our current estimates and various assumptions and are subject to material risks and uncertainties that could cause actual results or events to materially differ from those anticipated or implied by these forward-looking statements.

These and other risks are described in our filings made with the Securities and Exchange Commission. We encourage you to review these filings for a discussion of these factors, including our annual report on Form 10-K for the fiscal year ended September 30, 2021, which will be filed next week.

You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today, and the company disclaims any obligation to update such statements for new information. This call will also reference non-GAAP measures that we view as important in assessing the performance of our business. A reconciliation of these non-GAAP measures to the most comparable GAAP measures is available in our earnings materials on the company's Investor Relations page at ir.fluenceenergy.com.

I will now turn the call over to our CEO, Manuel Pérez Dubuc.

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you, Sam. I would like to extend a personal welcome to our investors, research analysts, employees and customers who are listening to our first earnings call as a publicly traded company. This morning, I'm going to share our market outlook and provide an overview of our business for our new investor base.

Afterwards, I will give an update on some recent developments and then I will hand the call over to our Fluence CFO, Dennis Fehr, who will discuss the financial performance and as well as provide some high-level revenue guidance. Before I jump into the market outlook, I would like to extend a sincere thank you to the entire Fluence team for their passion and commitment to delivering best-in-class products, services and digital solutions to our customers. Our team has demonstrated tremendous strength and resilience during the ongoing pandemic. It is thanks to their contributions that we have successfully completed our IPO, generating almost $1 billion to help drive our next phase of growth.

I will start on Slide 4 on the quarterly earnings presentation with an overview of our business opportunity. Climate change is real, and it poses an existential problem. We are finally seeing governments, companies and citizens take serious steps to address this issue. The electric sector, there's great responsibility in leading that effort as the world transitions away from fossil fuels towards renewable energy. In fact, renewables are now one of the cheapest sources of electricity, further accelerating this monumental shift. This huge transformation is driving 3 revolutions that are happening at the same time.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The first is a decarbonization of our planet and the transition to clean energy to help address climate change. The second is the electric revolution, which is an electrification of everything. The third one is the digital revolution. Machine learning and artificial intelligence are disrupting traditional processes, redefining energy markets and enabling new opportunities.

Fluence uniquely sits at the core of these 3 revolutions. As clean energy assets proliferate, they also create issues for grid because it was not originally designed to handle intermittent and variable power generation for renewables. Fluence energy storage systems and digital applications enable the clean energy transformation of the grid.

Third-party research shows that the clean energy transition will likely require over $100 trillion of investment over the next 30 years. Bloomberg New Energy Finance also projects 194 gigawatts of install energy storage capacity by 2030 alone. As conventional generation assets retire and now replaced by cheaper renewables, the need for energy storage compounds even further as the grid will require energy storage for stability and reliability. This opportunity is immense, and Fluence is well positioned to maintain our leadership position in energy storage solutions and digital applications.

Turning to Slide #5. Fluence is uniquely situated to drive the global transition to clean energy, led by pioneers of the energy storage and team members and leaders with the most experience in the industry. Many members of our current team literally invented the use of lithium ion batteries on the grid. Fluence is a digital disruptor, and customers far and wide recognize the value of our Fluence IQ platform. While still in the early stages, we are already optimizing over 18% of all renewables in Australia with our Fluence IQ platform.

One of the biggest factors that sets us apart from our competitors is our scale. We have one of the largest installed bases that helps to expand our ecosystem, product adoption and cross-selling opportunities. Our scale is evident by our global offices and supply chain that has enabled us to operate in 30 markets across the world. We are also battery agnostics that do not manufacture batteries.

This is a strategic move for us as battery chemistries are constantly changing and evolving, enabling us to move quickly along the technology corp as better solutions come to the market. And most importantly, we have secured over $1.7 billion in contracted backlog, which provide us with visibility to future cash flows that will be used to grow and accelerate our business.

Turning to Slide 6. I would like to highlight this tremendous total addressable market, starting with energy storage products. BNEF is forecasting a 24% compounded annual growth rate between 2020 and 2030. This equates to over 34 gigawatts of new installations in the year 2030 alone.

For reference, at the end of the quarter, we had an aggregate of 3.7 gigawatts of energy storage products deployed and contracted. Also, based on BNEF forecast, energy storage services are expected to grow 31% compounded annually between 2020 and 2030. This equates to over 193 gigawatts of cumulative installed services base. For reference, at the end of the quarter, we had approximately 2.7 gigawatts under management and contracted for our energy services.

And most exciting is the enormous total addressable market for our Fluence IQ digital platform, where the TAM is nearly 8,000 gigawatts. The TAM is so vast because we can optimize not only third-party energy storage products, but also pure renewable assets such as wind, solar and hydro that do not have any storage components. This means the growth potential of Fluence IQ is not limited by installed energy base. As of the end of the quarter, Fluence IQ is optimizing or has contracted 4.7 gigawatts. So it's easy to see why we are extremely excited about Fluence IQ future.

Turning to Slide 7 and our quarterly results. In both the fiscal fourth quarter and full year, we delivered record operational performance in our Fluence ecosystem, comprised of our 3 business lines. Looking first at new orders. Our contracted megawatts of energy storage products increased year-over-year by 55%. This resulted in a record 1,300 megawatts. Additionally, our services business grew nearly 750% year-over-year, which resulted in almost 2,000 megawatts, a new all-time record for Fluence. And our Fluence IQ continue to build momentum as evidenced by our recent contract awards supporting our recurring revenue growth strategy.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Speaking on Fluence IQ. We are extremely encouraged by the performance of our platform. In fiscal year 2021, we booked 2.7 gigawatts of new orders compared to 1.3 gigawatts of new orders for energy storage products, demonstrating the importance of Fluence IQ and its ability to optimize renewables beyond storage.

We see substantial growth in all business lines, including our IQ platform, setting the stage for a robust 2022 and beyond. As we experienced this strong growth in order trends like so many other companies, we have also challenged by excess of shipping charges as well as other project charges were a compounding effect on the COVID-19 pandemic.

In the fiscal fourth quarter, some of our APAC-based customer sites have experienced temporary work interruptions due to COVID-19. As such, we were not able to progress our installation workforce storage equipment at this affected sites as planned. These temporary customer site closures resulted in delayed revenue recognition as well as unanticipated costs related to these delays.

We view these delays as temporary. However, we are realistic that the newly discovered COVID variant, Omicron, could prolong these delays even further, but it is still too much too early to make that determination. We are managing ongoing disruptions in our global supply chain, including shipping of our products. We have experienced delays in delivery times, increases in shipping rates and decreases in freight availability. These issues have resulted in delays for a number of product deliveries, driving increases in short-term expenses, including expedited shipping costs and payments for overtime labor.

In response, we are working on multiple solutions to improve our global supply chain, including negotiating guaranteed capacity on ocean freight liners with Tier 1 shipping companies to ensure our products get delivered from our contract manufacturing location in Vietnam to our end customers around the world.

We will continue to monitor freight markets closely and take additional measures to protect our customers and our revenue from future supply chain disruptions. This includes establishing a regional contract manufacturing and distribution model. In the coming several months, we expect to finalize the terms with our contract manufacturer to serve our North American market. And thus, reduce our reliance on shipping our products to Southeast Asia to the Americas.

I would also like to make a few comments on the recent overheating event that occurred at one of our customers' facilities. On September 4, 2021, a 300-megawatt energy storage facility owned by one of our customers experienced an overheating event. Fluence served as one of the contractors for this facility to provide an install energy storage technology, which was completed in fiscal year 2021. As our customer reported, the facility experienced an overheating event that resulted in the systems shutting down as designed to further mitigate any possible damage.

No injuries were reported from the incident. The facility has been taken off-line as teams from Fluence, our customer and the battery manufacturer investigate the incident. We are currently not able to estimate the impact, if any, that this incident may have in our financial results. As information becomes available, we will update our shareholders accordingly.

Turning to Slide 8 and some of our recent developments. I am pleased to announce Fluence signing a contract during the quarter to provide our energy storage products to the largest energy storage portfolio in Europe, featuring a total of 105 megawatts of energy storage system across 2 different locations. This order was placed by a repeat customer, which we believe reflects the value that we have already brought to that customer.

This order was also accompanied by a 10-year service contract providing us with visibility to future recurring revenue. Also, we recently announced a significant contract in Australia for the Hazelwood project with our partners, ENGIE and Macquarie. This is a significant achievement. For us, the award includes 150 megawatts of energy storage plus a 20-year service contract and the assets will be optimized by our Fluence IQ platform. This is the perfect example of our cross-selling opportunities that enable us to expand our ecosystem for all 3 business lines.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Continuing with these exciting awards, I'm pleased to announce we have recently signed our first contract with our customer in Taiwan. This commences our strategic entrance into the Taiwanese market, an area we see tremendous growth over the next 10 years and will play a large part in our overall strategy. For our services business line, during the fourth quarter, we recognized a 100% attachment rate for our services for energy storage products that we sold in the EMEA region.

This is truly spectacular. And also builds on our model to generate recurring revenue through our services and Fluence IQ platform. For Fluence IQ, during the fourth quarter, we deployed our platform to optimize the trading of the largest solar farm in the southern hemisphere with equivalent output of powering 150,000 homes. Additionally, just in the fourth quarter alone, we added over 1 gigawatt under management as customers are realizing the value that Fluence IQ can deliver.

In summary and turning to Slide 9, we have a tremendous opportunity in front of us as a result of the enormous total addressable market for energy storage and digital applications. We have positioned ourselves as a market leader with our scale, experience and first mover advantage. Not only that, we are seeing very thorough momentum from foreign and domestic governments relating to policies and regulations, most recently seen at the 2021 United Nations Climate Change Conference.

In addition, recent U.S. legislation, including the enacted infrastructure bill and the pending Build Back Better bill are extremely supportive of our strategy and business. The infrastructure bill was a good first step to paving the way for increased grid stability and reliability. But we are even more encouraged by what we are seeing in relation to the BBB bill. This potential legislation may enable our industry to accelerate deployments on the pace needed to decarbonize the electric sector by 2035, which is aligned with the Biden's administration stated priorities. Additionally, enactment of this legislation will create a stable, long-term demand signal needed to accelerate the clean energy transition and to incentivize a robust energy storage supply change, domestically and abroad.

Ultimately, the BBB bill will allow our customers to greenlight more projects, many of which were previously stopped due to not meeting internal rate of return requirements. While we are hopeful the bill goes forward, we do not include any potential upside of government subsidies or policy changes in our business model, and that will be an incremental benefit.

I would like to thank our founders, Siemens and AES, who created Fluence as a joint venture in 2018. We will continue to operate with the tagline: Fluence, a Siemens and AES company, as they will continue to support our mission. As a global player, we are managing through supply chain challenges stemming from the global pandemic, and we are taking short-term and long-term actions to mitigate the ongoing and future shipping delays.

We view these delays as temporary with the impact being strictly at shift in revenue recognition, which we expect to realize in the coming quarters. And finally, we have a best-in-class balance sheet and strong visibility to future cash flows, thanks to our significant backlog of $1.7 billion. This growing backlog will enable us to continue to invest in our people and our business so that we can transform the way that we power our world for a more sustainable future.

And with that, I will turn it over to Dennis.

**Dennis Fehr**
*Senior VP & CFO*

Thank you, Manuel, and good morning to everyone on the call. During today's call, I will recap our fourth quarter and fiscal year 2021 results, discuss our outlook for fiscal year 2022 and talk through our capital allocation plans. As Manuel stated, we delivered a record year of new orders and have been successfully populating our ecosystems from both sides. We achieved record order intake of energy storage products, and came out very strong on Fluence IQ orders.

Turning to Slide 11, talking you through the numbers of the first table. In fiscal year 2021, we contracted a record 1,311 megawatts of energy storage products and a record 1,959 megawatts of energy storage services. Services megawatt exceeded product megawatt because we successfully sold service contracts

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on products sold in previous years. Overall, our aggregate attachment rate on services as of September 30, 2021, was approximately at 74%.

This attachment rate is very encouraging as it is a continuous proof of our ecosystem strategy and provides us with recurring revenues and visibility to future cash flows. As already elaborated, we are seeing very strong demand for Fluence IQ with a total 2,744 megawatts contracted, which provides future cross-selling opportunities for our products and services.

Now moving to the second table. Despite delays in supply chain and temporary site restrictions due to COVID-19, the amount of megawatts that we deployed for our energy storage products more than doubled, growing 111% from the prior fiscal year. Due to our strong contracting and in part due to the delays, contracted backlog megawatts grew 43%.

Our product pipeline is being driven by strong tailwinds from the market and demand for proprietary Generation 6 products, and stood at 14,160 megawatts at the end of fiscal year 2021.

Turning to Energy Storage Services. Assets under management grew 180% while contracted backlog grew 322% from the prior year, driven by the strong contracting activities and attachment rates mentioned earlier. Like our storage products, our services pipeline remains robust, standing at 10,930 megawatts at the end of fiscal year 2021.

Moving to our Fluence IQ digital platform. During Q1 of fiscal year 2021, we acquired AMS. Since that time, our digital product has demonstrated tremendous growth and strong prospects for future growth. At fiscal year-end, digital assets under management were 3,108 megawatts while contracted backlog was 1,629 megawatts. Our digital pipeline was 3,301 megawatts at the end of fiscal year 2021. Let me point out that our digital pipeline typically converts about 3x faster than our product and service pipeline.

Our combined assets under management and contracted backlog for the digital business exceeds our products, deployed and contracted backlog, reflecting the importance of Fluence IQ for our ecosystem. And demonstrating that the growth of Fluence IQ is going beyond energy storage.

Turning to Slide 12. Our fiscal year 2021 revenue grew 21% to a record $681 million versus $561 million for fiscal year 2020. In the fourth quarter, revenue decreased 21% as a result of the mentioned shipping and COVID-19-related delays, whereby revenue recognition was delayed from the fourth quarter fiscal '21 into fiscal year '22. We view the delays of revenue recognition as temporary with expectations that it will be resolved by H2 of fiscal year 2022. Let me point out that this is strictly a shifting of revenue and does not represent any contract terminations.

Turning to Slide 13. Gross profit for fiscal year '21 was negative $69 million compared to $8 million in fiscal year 2021. In the fourth quarter, gross profit was negative $59 million. This decrease is driven by $68 million of nonrecurring expenses in Q4, which included $16.7 million related to nonrecurring excess shipping costs, $48.2 million related to project charges, which are compounding effects of the COVID-19 pandemic and $2.6 million related to the 2021 cargo loss incident.

Adjusting for these nonrecurring items, we generated adjusted gross profit of $15 million in fiscal year '21 versus $9 million in fiscal year 2022. In the fourth quarter, adjusted gross profit declined in line with the decline in revenue. As Manuel already discussed, we are taking steps to help mitigate the impact of continued ocean freight challenges such as securing guaranteed availability with Tier 1 shipping companies. The shipping delays have compounding effects on additional expenses that we are required to incur such as additional expenses for contractors waiting on equipment and other project charges.

For the first half of fiscal year 2022, we are forecasting at least $50 million to $55 million of nonrecurring expenses related to shipping and other COVID-related items versus $72 million in fiscal year 2021. We are currently seeing that these expenses are decreasing from quarter 4, '21 to the first half of fiscal year 2022.

Continuing to Slide 14. EBITDA in fiscal year 2021 was impacted by the same nonrecurring expenses as to gross profit. In addition, there are $4.8 million of nonrecurring IPO-related expenses, which did not

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

qualify for capitalization. Other than that, we increased our expenses to support the future growth of the company, which drove the adjusted EBITDA to negative $65 million in fiscal year 2021.

Moving on to Slide 15 and our revenue outlook. Based on our current contracted backlog of $1.7 billion, we are providing guidance for fiscal year 2022 revenue in the range of $1.1 billion to $1.3 billion. Our guidance takes into consideration of potential delays in revenue recognition resulting from shipping and COVID-19-related delays, and our ability to recognize revenue from our energy storage product on a timely basis in H2 of fiscal year 2022.

Turning to Slide 16. We would like to highlight the seasonality that we have in our revenues and order intake. This seasonality is due to customers' desires to have products operational in time for summer in the Northern Hemisphere. Historically, we recognized approximately 70% of our revenue, mostly in our fiscal second half. This is aligned with our patterns for order intake. As a result, fiscal first half results will usually be lower compared to our second half. However, with this upcoming first half of fiscal year 2022, there is a caveat to the seasonality, and that we expect a good portion of the delayed revenue from the fourth quarter of fiscal year 2021 will be recognized during H1 fiscal year '22, leading to a slightly stronger revenue during that time.

Moving on to Page 17. As we look ahead to our next phase of growth, we would like to highlight our capital allocation strategy, which is bolstered by the strong balance sheet that we have set in place following the IPO. With the post-IPO, debt free cash balance of approximately $850 million, we are well positioned to invest to further strengthen our ecosystem. As we deploy capital, we will always stay true to our strategic framework of enhancing unit economics, expanding recurring revenues and developing structured offerings with the primary focus on the former 2 initiatives. M&A is an additional avenue to help us executing our strategy, and we have a strong track record of making and integrating strategic acquisitions such as AMS.
This concludes our prepared remarks. Operator, we are now ready to take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Mark Strouse with JPMorgan.

**Mark Wesley Strouse**
*JPMorgan Chase & Co, Research Division*

Welcome to the public markets. Can we just dig into the comments around the project timing? Can you just talk about the -- what gives you the confidence in claiming that you think that there will be a rebound in the second half of this fiscal year? Is that just the macro that you're seeing? Or is that based on specific commentary from your customers?

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you, Mark, and good morning, and thanks for welcoming us to the public market. We're -- very excited times. Yes, as we mentioned, the shipping delays, we've seen some level of stabilization on the shipping and reliability of those. So that we're getting the equipment to their site. They're being installed and commissioned.

We already mentioned about some of the delays and other costs, but we are confident that they will be progressing. We have the people on the ground, and we have a well understanding where the bottlenecks are. So we're very confident that we will get those sites in operation fairly soon.

**Mark Wesley Strouse**
*JPMorgan Chase & Co, Research Division*

And then just a quick follow-up. On the Digital IQ business, there were some pretty impressive metrics that you were providing during your IPO as far as the customer savings that your customers were experiencing. Is there any update to that in the few months that we've had since the IPO?

Any other encouraging metrics that you're able to go out to new prospective customers with? And then kind of a quick follow-up to that is, how should we be thinking about the potential revenue sharing upside from those contracts when we think about your guidance for the coming year?

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you, Mark, for the question. Yes, indeed, we're very, very excited about our latest wins. They all demonstrate that our ecosystem that we're creating and populating across the 3 business lines is working well with all those cross-selling opportunities. And the optimization that we're getting from the Fluence IQ platform is very well received, but the market is getting more and more momentum. I would like to give a chance to our Chief Digital Officer, Seyed, to give us a little bit more color on those big wins that we had and we demonstrated.

**Seyed Madaeni**
*Chief Digital Officer, Head of Fluence Digital Business & Senior VP*

Sure. Thank you, Manuel. Seyed here. Just to answer some of the specifics of your questions. Yes, we're seeing a lot of momentum on the platform KPIs. Just to summarize it for you, and since inception, we submitted over 20,000 economic bids in different wholesale markets, which is pretty impressive and exciting. Our SLAs, uptime and run time has been greater than 99.99%, which is pretty impressive. And we're also continuing to provide upside to our customers based on their asset class and the geography they're located.

So a lot of momentum in terms of the KPIs and the product performance. I just wanted to note that. But in terms of the continuous growth, you're absolutely right. We had a pretty strong quarter. You can see

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

some of the diversity of the product applications that we're deploying. The Hazelwood project has been pretty impressive for us, and you can add more color there.

But just to go back and tie that to the holistic vision that we're pursuing, which is to transform the way we power the world, I should note the power of combining smart connected energy storage systems, digital applications and services. And that's been showcasing itself for the Hazelwood project and many projects to come. So let me pause there to see if that answers your question. Happy to elaborate further.

**Mark Wesley Strouse**
*JPMorgan Chase & Co, Research Division*

Yes, it does. Thanks, Seyed.

**Operator**

Our next question comes from Maheep Mandloi from Crédit Suisse.

**Maheep Mandloi**
*Crédit Suisse AG, Research Division*

Welcome to the public markets. One question on the free cash flow. I think just trying to understand, you gave enough clarity around these delays and this more transitory, and expect to realize them in the second half. But does that impact any of your prior free cash flow assumptions for the next year?

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Thank you very much, Maheep, for your best wishes. And let me pass to our CFO, Dennis, to give you more color on your specific question.

**Dennis Fehr**
*Senior VP & CFO*

Right. And thanks for the question. So overall, it does not change our view for the entire fiscal year 2022, but certainly, it impacts the timing within the fiscal year 2022. So as we are seeing some of these topics being -- results within the first half of fiscal year 2022, we do expect that certainly cash flow will be impacted by that throughout the first half versus in the second half, we will see a stronger recovery there and then to close out the year as we expected.

**Maheep Mandloi**
*Crédit Suisse AG, Research Division*

Got it. And then just on the battery supply, I know you previously talked about having enough supply for '22 and '23. But as you kind of like looking into procuring more batteries beyond that, are you seeing any challenges in the market? We keep hearing about supply constraints. I'm just trying to understand your visibility on that.

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you, Maheep. And as we stated, yes, we're very agnostic. We have secured a significant capacity that will cover our immediate needs. We announced our strategic partnership with Northvolt in Europe. We're doing -- we're talking to top-tier battery manufacturers also in the U.S. that eventually will come online. So we are truly diversifying our supply chain, and we go in regional on sourcing for the 3 large regions, the 3 large areas where we're doing business. So on that regard, that goes exactly in the direction that we design our strategy, and we are regionalizing our contract manufacturing and supply chain.

**Maheep Mandloi**
*Crédit Suisse AG, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And just one last one from me and then I'll hop back and just more housekeeping. The services contracted backlog seem flattish quarter-over-quarter. I mean you added more contracts in the quarter for services as well. So just trying to understand that if I'm missing anything over that.

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Thank you, Maheep. I think that, that is not exactly what we're seeing, but I'm giving Dennis a chance to give you more and more specific numbers on that regard. But actually, they're going up.

**Dennis Fehr**
*Senior VP & CFO*

So in our S-1, we disclosed 1,198 megawatt contracted backlog as of June 30, and we increased it to 1,918 as of September 30. So we are seeing basically a 60% increase within the quarter in line with the strong contracting, which we have seen.

**Operator**

We have a question from James West with Evercore ISI.

**James Carlyle West**
*Evercore ISI Institutional Equities, Research Division*

Congrats and welcome again to the public market. Manuel, I was curious if you could describe the level of demand that you're seeing in the market today. It seems to have hit some type of tipping point in the last 6 months or so. I know the last time we connected, you were nice enough to give me time, but you were on a plane that was taking off and so you had to jump off at the end there. And it was -- certainly you were going to see customers and there seems to be this acknowledgment worldwide of we need to get going fast on energy storage. And so I'd love to hear your kind of commentary around what's maybe changed in the market, what the tipping point was and how customers are thinking about this now?

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Thank you very much, James. And thanks for the opportunity to tell what we've seen. It is true. There's a significant demand building up everywhere in the world. The fact that we're expand into a -- we just expanded to a new market in Taiwan. We got record year orders on every single of our 3 business lines. And we are not even counting on additional regulation or any subsidies that might come from the infrastructure bill or BBB or any other new regulation in other parts of the world.

We have seen, out of the United Nations Climate Change Conference, the very strong commitment, for example, from India. They are announcing a substantial amount of energy storage going to that market. They are expanding their regulation where every renewable projects should have energy story associated with it. So we're looking at that market.

It's -- the fact that we are expanding in our 3 regions, yes, we've seen a significant worldwide adoption of the technology and understanding that it's impossible to decarbonize the planet just with renewables. That we need energy storage, smart solutions with digital optimization on top of that.

**James Carlyle West**
*Evercore ISI Institutional Equities, Research Division*

And then maybe a follow-up here, more of a housekeeping item. But the contract manufacturing rollout of additional facilities, when should we expect to see some of those come online ex what you've been doing in Vietnam to somewhat distribute your supply chain?

**Manuel Pérez Dubuc**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Yes. Thanks for that question, James. Yes, this goes exactly on our strategy direction. We already have selected contract manufacturing in Europe and in the U.S. We are negotiating those terms that it will expand and give us flexibility to our capacity to deliver products to those regions or between regions. And it significantly reduced our exposure to shipments or any logistic delays.

Also, it will allow us eventually if there's some elements of local content that is being required, it will give us the flexibility and the optionality to do that. So we're moving in exactly in that direction. And it's very, very much our strategy.

**James Carlyle West**
*Evercore ISI Institutional Equities, Research Division*

And is that -- would those come on early calendar '22?

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. We think that, that might be up and running by the end of 2022, perhaps first half of 2023. Yes.

**Operator**

Our next question comes from Julien Dumoulin-Smith from Bank of America.

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

Congratulations indeed again. Just to follow up here, just thinking through '22, how are you thinking about the incremental or the degree to which Hazelwood, for instance, is an incremental project there or what have you versus how you were thinking about things through the course of the year? And really, if you can try to quantify some of the mitigating factors when you alluded to logistics and trying to contract this ahead of time, et cetera.

Order of magnitude, how much could that help offset some of the impacts here? Again, trying to understand some of the puts and takes, and maybe degree of conservatism reflected in the numbers here.

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Thank you very much, Julien. Again, thanks for your kind words. We're so happy that you are here with us and following our story and our success. Yes, I mean what we have seen in the Hazelwood contract and project is exactly what we wanted -- what we want to do around the world.

It's a very significant customer that is understanding our technology, is taking advantage of it. Is entering to a market that they see as promising and financially attractive. And by having this Fluids IQ platform on top of that with a revenue sharing type of potential, it really, really brings value to -- not just to the customer but our offering and our ecosystem concept.

On the shipping delays and yes, we have taken short-term measures and long-term measures that I discussed about the long-term ones, which is regional -- the full regionalization of our supply chain, contract manufacturing and logistics.

On the short term, yes, we're talking to the top-tier free liners to secure capacity and to have a very, very good scale that is usually a few months ahead of us. On the specific numbers, I will allow Dennis to give us more color. But what we can say is that we've seen a stabilization both in prices and reliability.

**Dennis Fehr**
*Senior VP & CFO*

Yes. Let me come back to the Hazelwood item that Manuel already highlighted, and let me highlight again the tremendous win where we're really able to sell all 3 items of our ecosystem. And therefore, as you may remember, Julien, from our discussion that we have been very conservative in regards to how we look

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

at the performance contracting side and we see a tremendous upside on the digital side of the business, and that is contract.

The products and the services side are basically in line with what we have contemplated in our business plans, and we are also quite proud of that, that we have achieved that.

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

Excellent guys. And just if I can follow up your -- in nuance here. You talked about some project delays getting pushed from '21 to '22. You provided this calendar year approximate percentage of revenue. But presumably, as we think about 1Q '22 more specifically rather than the generic number that you guys provided here. In theory, the first half should be stronger than the percent revenues that you guys talked about here on sort of the generic go-forward basis, right? I just want to sort of clarify, the bridge '21 to '22 versus this sort of ongoing guidance.

**Dennis Fehr**
*Senior VP & CFO*

Right, Julien. So our seasonality stands with the typical 70% in the second half, as I also covered in the statement before. We certainly, with this delay, see a slightly stronger revenue than the normal seasonality in H1, but it's not to the level that we would see that H1 is becoming stronger than H2. So certainly, there is some higher number there than the typical 30%, but not up to a level of 50% or more.

**Operator**

We have a question from Brian Lee with Goldman Sachs.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

A couple of sort of modeling-related ones, if I could. If I calculate it right, I think the revenue push out was about $120 million or in that ballpark. Is that fair? And how many projects were impacted? And you mentioned seeing this all getting recognized in the first half of fiscal '22?

What's kind of the cadence you're expecting between Q1 and Q2? 50-50? Or are we going to see more of that revenue rec on the pushouts in one particular quarter versus another?

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you, Brian. And again, thanks for your good words about us. And on the specifics, I will pass to Dennis to give us more color on that -- on your question.

**Dennis Fehr**
*Senior VP & CFO*

So in regards to the pushout, basically, you're right that there has been a pushout from Q4 into Q1 or the first half of fiscal year '22. And I think the number which you mentioned is somewhere in the ballpark range. We would expect a larger portion of that to be recovered in Q2 and probably somewhere in the range of 30% to 40% of that in Q1 fiscal year '22.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Great. That's super helpful color. And then just a second one, and I'll pass it on. Nice backlog growth here. I think the last quarter, you guys, in June, had mentioned $1.3 billion. Now you're at $1.7 billion contracted backlog. I know you give it on a volume basis. Any sense, rough ballpark, what the mix is of that $1.7 billion on a dollar basis between energy storage products, services and digital? And then I guess, just in that context, it seems like the revenue guide, $1.1 billion to $1.3 billion, given the backlog at $1.7 billion, it would be supportive, if higher.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So just wondering if you could remind us how you define backlog and kind of comment a bit on the mix to give us some context there as well.

**Manuel Pérez Dubuc**
*CEO & Director*

Sure, Brian. So out of the $1.7 billion, we have approximately $1.3 billion on the product side. And then the remainder is basically on the recurring side of the business, that means on the services as well as of the digital side. So in that regard, when you think about the guidance of $1.1 billion to $1.3 billion and as we also stated in our prepared remarks that we are certainly still looking also about H2 potential delays there. And therefore, we have put out the guidance of $1.1 billion to $1.3 billion based on what we are seeing in the backlog.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Okay. And just last one to clarify on the nonstorage product portion of the backlog, that $400 million, what's the average duration? It's not 12-month backlog? Its backlog that represents sort of forward 2- to 5-year revenue? Could you remind us what you characterize that as on the services and digital?

**Dennis Fehr**
*Senior VP & CFO*

Right. So in typical as it's a mixture between the service and the digital side, on services, we are seeing somewhere 10 to 12 years. And on the digital side, somewhere in the range of 3 to 5 years. So in that regard, overarching this revenue is up to -- orders backlog covers up to 12 years. Certainly, it was a bit more a forward-loaded pattern here due to the digital side of the mix.

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. If you allow me to elaborate a little bit on that, there are 2 elements here that are very significant. The first one is that we got a 100% attachment rate on services in the EMEA region, which is fantastic. Overall, almost 75%, 74% attachment rate overall, which is also a very, very high number. So it brings and it ratifies the confidence that we're seeing from our customers that the whole package, the whole ecosystem that we are offering and the 3 business lines, it makes a lot of sense for them and brings value to them.

The fact that the Hazelwood probably has a 20-year service contract is a testament of the value that we are creating and providing to them.

**Operator**

We have a question from Stephen Byrd with Morgan Stanley.

**David Keith Arcaro**
*Morgan Stanley, Research Division*

This is Dave Arcaro on for Stephen Byrd. Congrats on the IPO. I was wondering if I could just touch on Fluence IQ. Could you give an update on where things stand in the development pipeline for the next set of software apps? And any indications and initial customer conversations as to what the interest level and demand might be for the next round of software?

**Manuel Pérez Dubuc**
*CEO & Director*

I would pass this to Seyed to give us more color on what is happening with the Fluence IQ platform. But overall, very exciting, very positive, very good feedback from our customers.

**Seyed Madaeni**
*Chief Digital Officer, Head of Fluence Digital Business & Senior VP*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So just a little bit more color in terms of Fluence IQ. So we are continuing to see strong demand in the markets that we have a presence, that national electricity market in Australia, where we own about close to 20% of renewable share. So we expect to continue to grow in that market. California has been pretty strong for us. We expect to continue to grow.

But unfortunately, what we saw in the recent Texas climate environment. The reason I say unfortunate is because there's a lot of public sacrifices that have been made. So our software is going to be a set of piece in that market so we're ramping up development of our ERCOT application to be released this year. We're seeing a lot of volatility in that market resembling what we see in the Australian market in absence of a centralized capacity team.

So ERCOT market entry is top of a priority for us. We're investing heavily in the software development application to support power market optimization with Fluence IQ in the ERCOT market. But to your point, as we kind of talked about during our Analyst Day as well, the goal here is to further kind of develop applications that go beyond power markets that is addressing dispatch applications for vertically integrated utilities, where we don't see power markets being kind of -- we don't see a presence of power markets.

And we're also thinking about mid-term portfolio management applications, long-term investment applications. So all of that would be part of the business plan and the product development in fiscal year '22 with an aim towards commercialization in fiscal year '23. So we're on track there, making a lot of progress, obviously, investing in the team and talent to support us with that vision, but things are shaping out good.

**David Keith Arcaro**
*Morgan Stanley, Research Division*

That's really great color. And maybe just one follow-up on the demand side of things. I was just wondering if you could give some color on geographically, how is the backlog split where the stronger -- where are you seeing the strongest demand in the different countries that you're operating in, maybe heading into 2022?

**Manuel Pérez Dubuc**
*CEO & Director*

Just to clarify, David, on the Florence IQ platform or overall?

**David Keith Arcaro**
*Morgan Stanley, Research Division*

I was thinking more overall in terms of the energy storage product portfolio overall beyond just Fluence IQ.

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. We've seen -- to be honest, we've seen demand picking up in all markets. The fact that we enter into Taiwan, the fact that we have a record -- the largest project in Europe. The fact that we keep growing very fast in the California market with the Fluence IQ. So we have examples that contracts being awarded in all 3 regions with record levels in all of them. So it is a totally synchronized growth trajectory for all 3 regions, which is very encouraging.

**Operator**

Our last question comes from Tom Curran with Seaport Research.

**Thomas Patrick Curran**
*Seaport Research Partners*

And to quote Bruce Willis in Die Hard, "welcome to the party". Curious about how much visibility and certainty you have on your role within AES' renewable strategy. So from 2021 through 2025, we understand that AES is planning to add 4 gigawatts per annum of solar capacity. What percentage of that

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

do you expect to include storage? And given that represents a sure and locked in demand for Fluence, how are you modeling those orders internally? Is there an annual floor for AES orders that we can assume?

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Thanks for your kind words. We're very excited about this new chapter in our history now being a public company. Yes, indeed, you all know, AES is a shareholder, is one of the founders, and I thank them along with Siemens to establish this JV. And have the vision that where the market will be going. And they proved to be true and to be right on their decision. And so we're all very, very happy and very excited and thankful for that.

Yes, on the specific pipeline, AES has been upgrading their pipeline and their annual commitments. We have a very, very strong and fluent conversation communication with them. This is not new. It has been there for years. So we're going hand-to-hand with them. What we expect is 100% of whatever they are, including a percentage, they are including their own projects and expansion. So we will be with them. We will be providing our smart solutions, services and digital Fluence IQ, along with them, and we're very excited.

That is part of our project and then our plans. It's part of our business plan. And the fact that they are increasing their own numbers, it's a tailwind for us.

**Thomas Patrick Curran**
*Seaport Research Partners*

And Manuel, we can assume that whatever percentage of that new solar capacity they'll be building that they're going to include storage for that you'll be winning 100%, that works will be going to Fluence?

**Manuel Pérez Dubuc**
*CEO & Director*

Yes. Yes, that's true.

**Thomas Patrick Curran**
*Seaport Research Partners*

And then if I could just squeeze in one more follow-up before we run out of time here. Where are you expecting the Energy Storage Products division's adjusted gross margin to exit fiscal 2022 at?

**Manuel Pérez Dubuc**
*CEO & Director*

Dennis, you would like to take that one?

**Dennis Fehr**
*Senior VP & CFO*

Right. So basically in line with what we have stated in our model during the IPO process, you can take that as a proxy.

**Thomas Patrick Curran**
*Seaport Research Partners*

Great. So still on track for that?

**Dennis Fehr**
*Senior VP & CFO*

Yes.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There are no other questions in the queue. I'd like to turn the call back to Manuel Pérez for closing remarks.

**Manuel Pérez Dubuc**
*CEO & Director*

Thank you very much, operator. Thanks to everyone and all our -- I would like to thank again, and I did it at the beginning of my speech and my words. Again, I would like to send a sincere thank you to the entire Fluence team. They have been extremely passionate, strong committed. They have shown strength and resilience because all the COVID pandemic. So thank you, everyone. Thanks to our customers, investors, analysts that had -- they made this possible. And we are so happy that given all the circumstances and the headwinds, we keep growing, we keep beating our own records and expanding and truly changing the way that we power our world for a more sustainable future. Thank you. Thanks, everyone.

**Operator**
This concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

FLUENCE ENERGY, INC. FQ4 2021 EARNINGS CALL | DEC 09, 2021

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.