# Exhibit 6



# 1Q FY 2022 Earnings Presentation

**FEBRUARY 10, 2022**

# Disclaimer

**Forward-Looking Statements**

This presentation contains certain forward-looking statements within the meaning of federal securities laws with respect to Fluence Energy, Inc. ("Fluence" or the "Company"). These forward-looking statements include, without limitation, statements regarding future financial performance, business strategies, expansion plans, future results of operations, estimated revenues, losses, projected costs, prospects, plans and objectives of management. These forward-looking statements are based on our management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events, and are not guarantees of performance. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this presentation, words such as such as "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions. and variations thereof and similar words and expressions are intended to identify such forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements contained in this presentation are based on our current expectations and beliefs concerning future developments and their potential effects on our business. There can be no assurance that future developments affecting our business will be those that we have anticipated. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond our control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements, which include, but are not limited to, our ability to achieve or maintain profitability, our ability to successfully execute our business and growth strategy, , including realizing the expected benefits of our partnerships with ReNew, Pexapark and QuantumScape and other strategic initiatives we may enter into in the future, our ability to develop new product offerings and services, the adverse effects of the ongoing global COVID-19 pandemic, including capacity constraints within the shipping industry, increased shipping costs and delays in the shipping of our energy storage products, projects delays and site closures and cost-overruns and other factors set forth under Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended September 30, 2021, filed with the Securities and Exchange Commission ("SEC") on December 14, 2021, and in other filings we make with the SEC from time to time, which are accessible on the SEC's website at www.sec.govand the Investors Relations section of the Company's website at https://fluenceenergy.com/. New risks and uncertainties emerge from time to time and it is not possible for us to predict all such risk factors, nor can we assess the effect of all such risk factors on our business or the extent to which any factor or combination of factors may cause actual results to differ materially from those contained in any forward-looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. You are cautioned not to place undue reliance on any forward-looking statements made in this presentation. We undertake no obligation to publicly update or revise any forward-looking statements to reflect subsequent events or circumstances, except as required by law.

**Non-GAAP Financial Measures**

Included in this presentation are certain non-GAAP financial measures, including Adjusted EBITDA, Adjusted Gross Profit (Loss), Adjusted Gross Profit Margin, Adjusted Net Income (Loss), and Free Cash Flow among others, which are designed to complement the financial information presented in accordance with GAAP because management believes such measures are useful to investors. Our non-GAAP metrics have limitations as analytical tools, and you should not consider them in isolation. The Company believes that these measures are important and supplement discussions and analysis of its results of operations and enhances an understanding of its operating performance. See the Appendix to this presentation for a reconciliation of the non-GAAP financial measures to the nearest GAAP measure, which should be carefully evaluated.



© Fluence Energy, Inc.. All rights reserved. | 2



# Market Outlook, Business Strategy

**Manuel Perez Dubuc**
CHIEF EXECUTIVE OFFICER

© Fluence Energy, Inc.. All rights reserved. |   3



# Key Takeaways

**1**  Continued to see very strong demand for our products

**2**  Near-term headwinds as a result of supply chain disruptions, capacity constraints, Covid-19 impacts and short-term cost overruns.

**3**  Immediate corrective actions taken to mitigate these issues

**4**  As a result, we reaffirm our full fiscal year outlook and are confident in our ability to deliver between $1.1 billion and $1.3 billion of total revenue for the 2022 fiscal year

**5**  Executed several strategic actions that lay the foundation for future growth including:

- 50:50 JV with ReNew Power (Nasdaq: RNW) in India

- Partnership with Pexapark to provide the first 3rd party applications to our Fluence IQ digital ecosystem

- Strategic agreement with QuantumScape (NYSE: QS) for solid-state battery technology collaboration

© Fluence Energy, Inc.. All rights reserved. | 4

# Very strong order intake for storage products and growth outlook for the entire ecosystem







## HIGHLIGHTS

- 600 MW of energy storage products order intake in the first quarter, which historically has seasonally lower order intake
  - Mostly contracted with utilities, so services contracts may follow in the next few quarters
- Industry appetite for new projects remains very strong: expect to continue momentum across all business lines throughout FY22
- Signed 1.1 GW of Fluence IQ in January 2022 with AES Clean Energy



© Fluence Energy, Inc. All rights reserved. | 5

# Q1 Business Update

## Near term challenges identified with corrective actions executed

### Corrective Actions Taken

| | CHALLENGES | IMPLEMENTED | ONGOING |
|---|---|---|---|
| **SUPPLY CHAIN DISRUPTIONS** | • Shipping rate increases<br>• Shortage of shipping capacity<br>• Port congestions, shortage of drivers | • Passing through higher rates in new contracts since Q4/FY21<br>• Secured shipping capacities for next two months on rolling basis<br>• Ramp-up of supply chain organization by 57% in Q1/FY22 (in FTE*) | • Securing domestic transport availability |
| **COMPOUNDING EFFECTS OF COVID-19** | • Example: Workforce unable to make progress on projects due to site closures or delayed equipment while still incurring costs | • Increased vaccination rates of South-East Asian contractors and employees<br>• Increased number of sub-contractors<br>• Increased efficiency of commissioning | • Reflect any known additional costs into future contract pricing |
| **PROJECT COST OVERRUNS** | • Example: unanticipated excess installation and commissioning costs of initial Gen 6 projects | • Rectified issues with customers<br>• Documented "lessons learned" and implement for future projects<br>• Reduced share of full turn-key projects | • Continuous improvement of on-site processes |



*FTE = full time equivalent employees*

© Fluence Energy LLC. All rights reserved. | 6

# New orders and strategic initiatives enable continued growth

## FLUENCE ENERGY STORAGE

- Added 600 MW of new contracts in Q1

- Opened up transmission segment by signing 200 MW deal with Litgrid

- In January, (Post Q1) signed an agreement to set up a JV in India with ReNew Power

- In January, (Post Q1) signed a collaboration agreement with QuantumScape for development of stationary solid-state batteries

  

GRIDSTACK    SUNSTACK    EDGESTACK

## FLUENCE SERVICES

- Added 250 MW of new contracts in Q1

- Aggregate attachment rate* of 69%

- Ramp-up of service organization by ~20% in Q1/FY22

   

## FLUENCE IQ

- Added 335 MW of new contracts in Q1

- In January, (Post Q1) signed 1.1 GW with AES

- Hired VP, Software Engineering and VP, OS Controls

- Signed Pexapark partnership agreement to expand digital ecosystem footprint



\* Attachment rate is defined as the sum of energy storage services assets under management divided by the sum of energy storage products deployed and contracted.



© Fluence Energy, Inc. All rights reserved. | **7**

# India Partnership – Positioning FLNC For Future Growth



On January 20, Fluence and ReNew Power (NASDAQ: RNW) announced an agreement to form a new 50:50 joint venture to sell energy storage products and services in India; Expected to launch later this year

ReNew Power (Nasdaq: RNW) is a leading renewable energy company in India

Significant market with India projected to reach 27 GW / 108 GWh by 2030 of energy storage [1]

JV will provide localized energy storage solutions to a diversified customer base in the Indian energy market including ReNew as well as others

JV awarded initial project for a 150 MWh battery-based energy storage system by ReNew

JV represents first mover advantage in a strategic market



(1) Source: India Central Electric Authority

© Fluence Energy LLC. All rights reserved. | 8

# Digital Acceleration: Ecosystem Partner Pexapark





- Offer 3rd Party platform applications
- Accelerate EMEA coverage of Bid App
- Provide customers with enhanced financial performance and portfolio management

© Fluence Energy LLC. All rights reserved.  | 9

**EXECUTING OUR STRATEGY**

# Supply Chain Flexibility: Securing the next evolution in battery technology

 

 **Entered into an agreement with QuantumScape** (NYSE: QS) to collaborate and test their solid-state battery technology in Fluence's proprietary products and paves the way for a possible large scale supply agreement.

 **Solid state battery** – Has the potential to be the next generation of battery technology by replacing liquid electrolyte with solid materials: increases density, reduces weight and cost, optimizes safety



© Fluence Energy, LLC. All rights reserved. | **10**



# Performance & Guidance

## Dennis Fehr
**CHIEF FINANCIAL OFFICER**

© Fluence Energy, Inc.. All rights reserved. | 11

# Deploying capital in line with our investment framework: strong focus on supply chain and talent acquisition

 **ENHANCE UNIT ECONOMICS**

- Pre-paid $60M into supply chain to secure 2022 and 2023 battery capacities

- Announced development partnership with QuantumScape and JV with ReNew

- Ramp-up of supply chain and manufacturing organization by 57% in Q1/FY22

**Investments in line with previous expectations**

 **EXPAND RECURRING REVENUES**

- Investing into partnership with Pexapark to bring on third party apps

- Hired VP, Software Engineering and VP, OS Controls

- Ramp-up of service organization by ~20% in Q1/FY22

**Pexapark partnership provides upside to our previous expectations**



© Fluence Energy, Inc.. All rights reserved. |    12

MEASURING FINANCIAL PERFORMANCE AGAINST HISTORIC SEASONALITY

# Based on historic seasonality, ~70% [1] of contracted MW and annual revenue is recognized in third and fourth quarters of any fiscal year.



**Quarterly Seasonality aligned with historic figures**

**FISCAL YEAR ENDS 9/30**

| Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|
| **15%** | **15%** | **40%** | **30%** |

% OF ANNUAL REVENUE
&
% OF ANNUAL CONTRACTED MW

**Q2 FY22 CAVEAT**

As previously disclosed, due to the shipping and Covid-19 related delays experienced in Q1, we expect Q2 to be stronger for revenue recognition.

Cash collections mainly occurring in in Q2/FY22.

CONTRACTING AND REVENUE SEASONALITY

- Regulators in northern hemisphere seek systems coming online around the summer peak period
- Main component delivery and installation occurring in May-July time frame driving revenue recognition in Q3 and Q4 of fiscal year



(1)    Q3 and Q4 order intakes in FY2019 and FY2020 accounted for 80% or more of each respective fiscal year

© Fluence Energy, Inc. All rights reserved. | 13

# Key Performance Indicators

## Q1/FY22

- Very strong order intake for energy storage products in light of seasonality

- Services had an aggregate attachment rate* of 69%

- Fluence IQ pipeline had nearly 1.2 GW of growth in Q1/FY22 from Q4/FY21, largely converted in January 2022 to 1.1 GW order

\* Attachment rate is defined as the sum of energy storage services assets under management divided by the sum of energy storage products deployed and contracted.

## Order Intake

| (AMOUNTS IN MW) | THREE MONTHS ENDED DECEMBER 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | CHANGE | CHANGE % |
| **ENERGY STORAGE PRODUCTS** | | | | |
| CONTRACTED | 600 | 96 | 504 | 525.0% |
| **Energy Storage Services** | | | | |
| CONTRACTED | 250 | 279 | (29) | (10.4)% |
| **DIGITAL CONTRACTS** | | | | |
| CONTRACTED | 335 | 521 | (186) | (35.7)% |

## Key Performance Indicators

| (AMOUNTS IN MW) | DECEMBER 31, 2021 | SEPTEMBER 30, 2021 | CHANGE | CHANGE % |
| --- | --- | --- | --- | --- |
| **ENERGY STORAGE PRODUCTS** | | | | |
| DEPLOYED | 1,033 | 971 | 62 | 6.4% |
| CONTRACTED BACKLOG | 3,217 | 2,679 | 538 | 20.1% |
| PIPELINE | 13,894 | 14,161 | (267) | (1.9)% |
| **Energy Storage Services** | | | | |
| ASSET UNDER MANAGEMENT | 832 | 772 | 60 | 7.8% |
| CONTRACTED BACKLOG | 2,108 | 1,918 | 190 | 9.9% |
| PIPELINE | 11,758 | 10,930 | 828 | 7.6% |
| **DIGITAL CONTRACTS** | | | | |
| ASSET UNDER MANAGEMENT | 3,871 | 3,108 | 763 | 24.5% |
| CONTRACTED BACKLOG | 1,201 | 1,629 | (428) | (26.3)% |
| PIPELINE | 4,493 | 3,301 | 1,192 | 36.1% |

Refer to slide 22 in the appendix for definitions



© Fluence Energy, Inc. All rights reserved. |    14

# Total Revenue

**Q1/FY22**

- Revenue increased 50% from Q1/FY21 to Q1/FY22

  – Strong growth in energy storage products

  – Shipping and Covid related delays resulted in revenue shifting from Q1/FY22 to Q2/FY22

  – **Shifting of revenue only; no loss of contracts due to delays**

- Revenue increased 9% from LTM FY21 to LTM Q1/FY22, driven by increases in energy storage products revenue







\* Lower than expected due to temporary revenue recognition delays from shipping and Covid related items



© Fluence Energy, Inc. All rights reserved. | 15

# Gross Profit & Adjusted Gross Profit

## Q1/FY22

**Q1 Gross Profit (Loss)**
($ in millions)



**LTM Gross Profit (Loss)** (2)
($ in millions)



**Q1 Adjusted Gross Profit (Loss)** (1)
($ in millions)



**LTM Adjusted Gross Profit (Loss)** (1)(2)
($ in millions)



- **Gross profit decline** mostly attributable to
  - Omicron variant related logistics delays in the US
  - Excess shipping costs
  - Cost overruns on projects

- Adjusted gross profit excludes $41.3 million of non-recurring expenses in Q1/FY22, primarily:
  - $31.3 million of project charges and other costs which are compounding effects of the COVID-19 pandemic
  - $5.6 million related to non-recurring excess shipping costs

(1)    Adjusted Gross Profit (Loss) is calculated using gross profit (loss), adjusted to exclude certain non-recurring income or expenses.
(2)    Reflects the reclassification of certain prior year amounts from "Cost of goods and services" to "Sales and marketing" and "General and administrative" to conform to current period presentation on the condensed consolidated statements of operations and comprehensive loss.



© Fluence Energy, Inc. All rights reserved. |   16

# Adjusted EBITDA
## Q1/FY22

**Non-recurring** expense adjustments mainly included in Q1/FY22 Adjusted EBITDA:

- $31.3 million related to project charges which are compounding effects of the COVID-19 pandemic

- $5.6 million related to non-recurring excess shipping costs

$24.9 million **stock-based compensation** adjustments include catch-up bookings since April 2021



**Q1 Adjusted EBITDA**[1]
($ in millions)

($11)  Q1/FY21
($43)  Q1/FY22



**LTM Adjusted EBITDA**[1]
($ in millions)

($65)  LTM FY21
($97)  LTM Q1/FY22

Adjusted EBITDA is calculated from the consolidated statements of operations using net income (loss) adjusted for (i) interest expense (income), net (ii) income tax expense, (iii) depreciation and amortization, (iv) stock-based compensation expense, (v) other non-recurring income or expenses. Adjusted EBITDA may in the future also be adjusted for amounts impacting net income related to the Tax Receivable Agreement liability



© Fluence Energy, Inc. All rights reserved. | 17

# Cash and Cash Equivalents

## Q1/FY22

**Cash and cash equivalents**

- Net cash used in operating activities was ($191.6) million.  Highlighted activities included, but not limited to:
  - ($60) million capacity pre-payments

- Net cash used in investing activities was ($1) million

- Net cash provided by financing activities was $833 million. Highlighted activities included, but not limited to:
  - +$940 million in IPO proceeds, net of IPO offering costs and debt issuance costs
  - ($100) million repayment of debt



**Cash and Cash Equivalents** [1]
($ in millions)

$632

$37

Q4/FY'21        Q1/FY'22

(1) Excludes restricted cash of $1.2 million and $47.3 million at Q4/FY21 and Q1/FY22, respectively.

**Investment Framework**



1  Enhance Unit Economics



2  Expand Recurring Revenues



3  Structured Offerings



© Fluence Energy, Inc. All rights reserved. | 18



# FY 2022 total revenue guidance

## We are maintaining FY22 total revenue guidance of $1.1 billion to $1.3 billion

Our guidance is based on contracted backlog of $1.9 billion as of December 31, 2021, but also takes into consideration potential delays in revenue recognition in FY22 based on shipping / Covid-19 related delays.

We expect our H1 FY22 revenue to be in line with our historic seasonality of 30% of full year revenue, plus the majority of the ~$125 million delayed revenue from Q4/FY21.

See slide 13 for historic seasonality distribution

### Contracted Backlog in MW as of 12/31/2021:

| 3,217 MW | 2,108 MW | 1,201 MW |
|---|---|---|
| ENERGY STORAGE PRODUCTS | ENERGY STORAGE SERVICE CONTRACTS | FLUENCE IQ DIGITAL CONTRACTS |

In addition, on a quarterly basis, we will be presenting key operating metrics similar to ones found on page 14 of this presentation

© Fluence Energy, Inc. All rights reserved. | 19

# Key Takeaways

**1** Continued to see very strong demand for our products

**2** Near-term headwinds as a result of supply chain disruptions, capacity constraints, Covid-19 impacts and short-term cost overruns.

**3** Immediate corrective actions taken to mitigate these issues

**4** As a result, we reaffirm our full fiscal year outlook and are confident in our ability to deliver between $1.1 billion and $1.3 billion of total revenue for the 2022 fiscal year

**5** Executed several strategic actions that lay the foundation for future growth including:

- 50:50 JV with ReNew Power (Nasdaq: RNW) in India

- Partnership with Pexapark to provide the first 3rd party applications to our Fluence IQ digital ecosystem

- Strategic agreement with QuantumScape (NYSE: QS) for solid-state battery technology collaboration

© Fluence Energy, Inc.. All rights reserved. | 20



# Appendix

© Fluence Energy LLC. All rights reserved. | 21



# Definitions

**Pipeline** -Represents our uncontracted, potential revenue from energy storage products, service, and digital software contracts currently in process, which have a reasonable likelihood of contract execution within 24 months.

**Contracted Backlog** - Represent signed purchase orders or contractual minimum purchase commitments with take-or pay provisions.

- For our energy storage product contracts, contracted backlog includes signed customer orders or contracts under execution prior to when substantial completion is achieved.
- For service contracts, contracted backlog includes signed service agreements associated with our storage product projects that have not been completed.
- For digital applications contracts, contracted backlog includes signed agreements where the associated subscription has not started.

**Deployed** - represents cumulative energy storage products that have achieved substantial completion and are not decommissioned.

**Assets Under Management** - Asset under management for service contracts represents our long-term service contracts with customers associated with our completed energy storage system products. We start providing maintenance, monitoring, or other operational services after the storage product projects are completed. Asset under management for digital software contracts represents the amount of MW under signed digital application contracts, including Fluence IQ Bidding Application after the acquisition of AMS in 2021.

© Fluence Energy LLC. All rights reserved. | 22

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED DECEMBER 31, | | | |
|---|---|---|---|---|
| | 2021 | 2020 | CHANGE | CHANGE % |
| **NET LOSS** | $ (111,460) | $ (12,496) | $ (98,964) | (792.0) % |
| ADD (DEDUCT): | | | | |
| INTEREST EXPENSE (INCOME), NET | 615 | 86 | 529 | (615.1) |
| INCOME TAX EXPENSE (BENEFIT) | 358 | 685 | (327) | (47.7) |
| DEPRECIATION AND AMORTIZATION | 1,427 | 1,070 | 357 | 33.4 |
| STOCK-BASED COMPENSATION [a] | 24,877 | -- | 24,877 | n/a |
| NON-RECURRING EXPENSES [b] | 41,350 | -- | 41,350 | n/a |
| **ADJUSTED EBITDA** | $ (42,833) | $ (10,655) | $ (32,178) | (302.0) % |

(a)  *Includes awards that will be settled in shares and awards that will be settled in cash.*

(b)  *Amount in 2021 included $5.6 million related to non-recurring excess shipping costs and $31.3 million of project charges and other costs which are compounding effects of the COVID-19 pandemic, $4.3 million related to the 2021 cargo loss incident, and $0.1 million non-recurring IPO-related expenses which did not qualify for capitalization.*



© Fluence Energy, Inc.. All rights reserved.  |   23

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED DECEMBER 31, | | | |
|---|---|---|---|---|
| | 2021 | 2020 | CHANGE | CHANGE % |
| **TOTAL REVENUE** | $ 174,887 | $ 116,233 | $ 58,654 | 50.5 % |
| COST OF GOODS AND SERVICES | 228,036 | 111,434 | 116,602 | 104.6 |
| **GROSS PROFIT (LOSS)** | (53,149) | 4,799 | (57,948) | (1207.5) |
| ADD (DEDUCT): | | | | |
| STOCK-BASED COMPENSATION [a] | 3,528 | -- | 3,528 | n/a |
| NON-RECURRING EXPENSES (INCOME) [b] | 41,266 | -- | 41,266 | n/a |
| **ADJUSTED GROSS PROFIT (LOSS)** | $ (8,355) | $ 4,799 | $ (13,154) | (274.1) % |
| **ADJUSTED GROSS PROFIT (LOSS) MARGIN %** | (4.8) % | 4.1 % | | |

(a)   Includes awards that will be settled in shares and awards that will be settled in cash.

(b)   Amount in 2021 included $5.6 million related to non-recurring excess shipping costs and $31.3 million of project charges and other costs which are compounding effects of the COVID-19 pandemic, and $4.3 million related to the 2021 cargo loss incident.



© Fluence Energy, Inc.. All rights reserved.  |   24

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED DECEMBER 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | CHANGE | CHANGE % |
| **NET LOSS** | $ (111,460) | $ (12,496) | $ (98,964) | (792.0) % |
| ADD (DEDUCT): | | | | |
| **AMORTIZATION OF INTANGIBLE ASSETS** | 918 | 800 | 118 | 14.8 |
| STOCK-BASED COMPENSATION [a] | 24,877 | -- | 24,877 | n/a |
| NON-RECURRING EXPENSES[a] | 41,350 | -- | 41,350 | n/a |
| **ADJUSTED NET (LOSS) INCOME** | $ (44,315) | $ (11,696) | $ (32,619) | (278.9) % |

(a)   Includes awards that will be settled in shares and awards that will be settled in cash.

(b)   Amount in 2021 included $5.6 million related to non-recurring excess shipping costs and $31.3 million of project charges and other costs which are compounding effects of the COVID-19 pandemic, $4.3 million related to the 2021 cargo loss incident, and $0.1 million non-recurring IPO-related expenses which did not qualify for capitalization

| ($ in thousands) | THREE MONTHS ENDED DECEMBER 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | CHANGE | CHANGE % |
| **NET CASH (USED IN) PROVIDED BY OPERATING ACTIVITIES** | $ (191,551 ) | $ (58,308) | $ (133,243) | (228.5) % |
| LESS: PURCHASE OF PROPERTY AND EQUIPMENT | (870) | (1,055) | 185 | (17.5) |
| **FREE CASH FLOWS** | $ (192,421) | $ (59,363) | $ (133,058) | (224.1) % |



© Fluence Energy, Inc.. All rights reserved.  |   25