# Exhibit 8



# 2Q FY2022 Earnings Presentation

**MAY 12, 2022**

# Disclaimer

### Forward-Looking Statements

The statements described herein that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements set forth above under "Fiscal Year 2022 Total Revenue Guidance" and other statements regarding future financial performance, revenue guidance for fiscal year 2022,anticipated demand for Fluence's energy storage products, business strategies, expansion plans, including the anticipated benefits of the Nispera acquisition, future results of operations, future revenue recognition and estimated revenues, losses, projected costs, prospects, plans and objectives of management. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this press release, words such as "may," "possible," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions and variations thereof and similar words and expressions are intended to identify such forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements contained in this presentation are based on our current expectations and beliefs concerning future developments, as well as a number of assumptions concerning future events, and their potential effects on our business. These forward-looking statements are not guarantees of performance, and there can be no assurance that future developments affecting our business will be those that we have anticipated. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond our control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements, which include, but are not limited to, our ability to achieve or maintain profitability, our ability to successfully execute our business and growth strategy, including realizing the expected benefits of our partnerships with ReNew, Pexapark and QuantumScape and other strategic initiatives we may enter into in the future, our ability to develop new product offerings and services, the potential adverse effects of the ongoing global COVID-19 pandemic, including capacity constraints within the shipping industry, increased shipping costs and delays in the shipping of our energy storage products, projects delays and site closures and cost-overruns and other factors set forth under Item 1A."Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended September 30, 2021, filed with the Securities and Exchange Commission ("SEC") on December 14, 2021, Item 1A. "Risk Factors" in our Quarterly Reports on Form 10-Q, and in other filings we make with the SEC from time to time. New risks and uncertainties emerge "from time to time and it is not possible for us to predict all such risk factors, nor can we assess the effect of all such risk factors on our business or the extent to which any factor or combination of factors may cause actual results to differ materially from those contained in any forward-looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. **You are cautioned not to place undue reliance on any forward-looking statements made in this press release. Each forward-looking statement speaks only as of the date of the particular statement, and we undertake no obligation to publicly update or revise any forward-looking statements to reflect events or circumstances that occur, or which we become aware of, after the date hereof, except as otherwise may be required by law.**

### Non-GAAP Financial Measures

Included in this presentation are certain non-GAAP financial measures, including Adjusted EBITDA, Adjusted Gross Profit (Loss), Adjusted Gross Profit Margin, Adjusted Net Income (Loss), and Free Cash Flow among others, which are designed to complement the financial information presented in accordance with GAAP because management believes such measures are useful to investors. Our non-GAAP metrics have limitations as analytical tools, and you should not consider them in isolation. The Company believes that these measures are important and supplement discussions and analysis of its results of operations and enhances an understanding of its operating performance. See the Appendix to this presentation for a reconciliation of the non-GAAP financial measures to the nearest GAAP measure, which should be carefully evaluated.



© Fluence Energy, Inc.. All rights reserved. | 2



# Market Outlook, Performance

## Manuel Perez Dubuc
**CHIEF EXECUTIVE OFFICER**

© Fluence Energy, Inc.. All rights reserved. | 3

# Key Takeaways



**1** Continue to see very strong demand for our products and services with opportunities unfolding in Europe as countries strive for energy security and energy independence.

**2** 2.8 GW record order intake for Fluence IQ; Nispera acquisition showcases execution of digital strategy.

**3** Successfully raised prices in new contracts and implemented raw material index (RMI) pricing

**4** Battery supply experiencing near-term headwinds, but well positioned for the mid-term

- Today majority of global production capacity concentrated in China; COVID-19 lockdowns in China causing reduced production
- Resulting production delays now put us at the low end of our FY22 revenue guidance
- Contractually secured CY22 & CY23 battery supply, ~30% non-China battery supply to come online next year with path to further increase into 2024

**5** Seeing progress on Gen 6 roll out with four additional projects completed in Q2/FY22; still working on commissioning and installation cost improvements.

© Fluence Energy, Inc.. All rights reserved. | 4

# Strong products order intake in a seasonally slow quarter; 2.8 GW record order intake for Fluence IQ







- ➢ H1/FY22 order intake related to greenfield US solar + storage was about 30% of total order intake
- ➢ Diversified offering across geographies and segments; US solar + storage account for 10 - 15% of total product pipeline
- ➢ Service order intake to catch up in H2/FY22



© Fluence Energy, Inc. All rights reserved. | 5

# FLNC Well Positioned for Increased Demand in EMEA

The European Commission has launched the REPowerEU initiative that will accelerate the energy transition in Europe and therefore accelerate the fundamental drivers for storage integration into the energy system.

REPowerEU calls for **nearly doubling the annual renewable build** (solar and wind) in Europe from 42 GW to 78 GW

**EMEA Market Share Rolling 12 Months***





Average annual installations 2022-2030

EU Solar and Wind Installations

Source: IHS Markit

*FLNC internal assessment based on industry data of awarded contracts as of February 2022*

© Fluence Energy LLC. All rights reserved. | 6

# Making progress on regional manufacturing, India JV and expanding Fluence IQ offering

## ENERGY STORAGE PRODUCTS

  

GRIDSTACK    SUNSTACK    EDGESTACK

- Added 582 MW of new contracts in Q2/FY22

- Americas and EMEA contract manufacturing locations progressing

- ReNew JV (India) on track; expect to formalize agreement in H2/FY22

- Completed pilot C&I project with Google to provide its Belgium datacenter emission free-battery backup, laying groundwork for follow-on opportunities

## FLUENCE SERVICES

   

- Added 343 MW of new contracts in Q2/FY22

- 58% attachment rate in the quarter, aggregate attachment rate* of 69%

  ➢ Expect to finalize service contracts relating to Q1 and Q2 orders in the second half of the fiscal year, as in FY21.

## FLUENCE IQ

| Bidding App | Dispatch App | Manage App | Invest App | Additional Fluence Apps | 3rd Party Apps |

- Added record 2.8 GW of new contracts in Q2 (excludes Nispera)

- Added 1st pumped hydro contract

- Added cQuant.io partnership for optimization applications for Fluence IQ

- Acquired Nispera to expand digital offerings by laying foundation for the "Manage App" and provide cross-selling opportunities



* Aggregate attachment rate is defined as sum of energy storage services under management plus contracted, not yet deployed assets divided by all energy storage products contracted and deployed.

© Fluence Energy, Inc. All rights reserved. | 7

# Driving Corrective Actions; Macro Environment Remains Challenging

**TRENDS VS Q1**

**PROGRESS ON CORRECTIVE ACTIONS\***

| | TRENDING | | OVERALL STATUS |
|---|---|---|---|
| **SUPPLY CHAIN DISRUPTIONS** | ↗ | **Shipping**<br>• Shipping rates stabilizing<br>• Limited shipping capacity | • Port congestions moderating, shortage of drivers still prevalent | 🟢⚪⚪ |
| | ↘ | **Battery Production**<br>• Reduced battery production due to China lockdowns<br>• Force Majeure declared by multiple China battery manufacturers | | ⚪⚪🔴 |
| **COMPOUNDING EFFECTS OF COVID-19** | ↗ | • No site closures due to COVID-19<br>• Reduced timing-related charges | | 🟢⚪⚪ |
| **RAW MATERIAL PRICE VOLATILITY** | ↗ | • Improvements in raw material price volatility | | ⚪🟡⚪ |
| **PROJECT COST OVERRUNS** | → | • Continued unanticipated new product start-up costs associated with Gen 6 projects<br>• Faulty or sub-standard supplier components driving overruns | | ⚪🟡⚪ |



*\* Corrective action details in appendix*

 🟢⚪⚪ CHALLENGES LARGELY MITIGATED     ⚪🟡⚪ CORRECTIVE ACTIONS ONGOING      ⚪⚪🔴 NEW CHALLENGE, IMPLEMENTING CORRECTIVE ACTIONS

**DELIVERING ON OUR COMMITMENT**

# Successful Sixth Generation Installations YTD



**Coso, CA-USA**
40 MW/240 MWh

APPLICATION:
**Capacity peak power**

First U.S. energy storage project sited adjacent to a geothermal plant



**Gridstack Project, USA**
81 MW/124 MWh

APPLICATION:
**Renewable integration**

Co-located with a solar PV project



**Killala, Ireland**
10.8 MW/10.8 MWh

APPLICATION:
**Frequency regulation**

First sixth generation project in Ireland; First project with guaranteed 150ms response time in ROI (DS3 compliant)



**Gridstack Project, Germany**
3 MW/3 MWh

APPLICATION:
**Grid services + blackstart**



**Google, Belgium**
2.75 MW/2 MWh

APPLICATION:
**Backup power + grid services**

Supplies their hyperscale data center facility in St. Ghislain during outages



**Kearny, CA-USA**
20 MW/80 MWh

APPLICATION:
**Frequency regulation**

Located in a dense commercial district to support the San Diego region



**High Desert, CA-USA**
50 MW/200 MWh

APPLICATION:
**Capacity peak power**

Co-located with a 100 MW PV solar project



**Litgrid, Lithuania**
1 MW/1 MWh

APPLICATION:
**Virtual transmission**

Successful pilot completed, with a 200 MW/200 MWh portfolio awarded and under construction



**Aghada, Ireland**
10.8 MW/10.8 MWh

APPLICATION:
**Frequency regulation**

DS3 compliance; replaces fossil fuels in providing grid services



**Gridstack Project, USA**
200 MW/800 MWh

APPLICATION:
**Capacity peak power**

First sixth generation project in USA



© Fluence Energy LLC. All rights reserved. | 9



# Fluence IQ + Nispera

## Seyed Madaeni
**SVP & CHIEF DIGITAL OFFICER**

© Fluence Energy, Inc.. All rights reserved. |  10

# Nispera accelerates Fluence Manage App offering with additional synergies for Bid and Dispatch apps

**FLUENCE IQ DIGITAL PLATFORM**  Highly flexible digital platform supporting applications developed in-house, by customers, and by 3rd parties

| BID APP | DISPATCH APP | MANAGE APP | INVEST APP | THIRD PARTY APPS |
|---|---|---|---|---|
| Determine optimal approach for asset or portfolio to participate in wholesale electricity markets | Determine optimal approach for vertically integrated utility to dispatch assets to serve base load | Determine optimal way to utilize a portfolio over a time period (e.g., year) by maximizing use of assets | Determine revenue potential for asset in wholesale market over an investment horizon (e.g., 20 years) | PEXAPARK  cQuant.io |
| ✓ Enhanced forecasting | ✓ Enhanced forecasting | ✓ Performance Management ✓ Portfolio Management ✓ Predictive Analytics | | |

**PLATFORM COMPONENTS**

**FLUENCE STORAGE**

World's leading storage hardware and technology offering

**FLUENCE OS**

Fully integrated operations platform combines comprehensive controls, asset management, and system visibility across single site or entire fleets

**SUNSTACK**  **GRIDSTACK**  **EDGESTACK**  **SERVICE**

**3rd PARTY STORAGE SYSTEMS**

**3rd PARTY GENERATION SYSTEMS**



| CURRENT | IN DEVELOPMENT | THIRD PARTY | NISPERA ENHANCEMENTS |
|---|---|---|---|

© Fluence Energy, Inc., All rights reserved. | 11

# Nispera Expands Fluence IQ's Geographic Footprint



© Fluence Energy LLC. All rights reserved. | 12



# Performance & Guidance

## Dennis Fehr
### SVP & CHIEF FINANCIAL OFFICER

© Fluence Energy, Inc.. All rights reserved. | 13

# Key Financial Takeaways

**1** Record Q2/FY22 revenue of $343 million driven by fulfilling delayed projects as well as pulling forward anticipated Q3/FY22 revenue.

**2** Reduced one-off items from ($53) million in Q1/FY22 to ($23) million in Q2/FY22. Inflationary pressures impact margin trajectory.

**3** Strong cash collections in Q2, increasing our liquidity (cash) by $44 million to approximately $723 million as of March 31, 2022.

**4** Anticipate to be at low end of FY22 revenue guidance range of $1.1 billion to $1.3 billion.

**5** 'New supply chain normal' elongating timing of revenue recognition going forward, reducing FY23 and FY24 revenue expectations by 10% - 15%.

© Fluence Energy, Inc.. All rights reserved. | 14

# Key Performance Indicators

## Q2/FY22

- Very strong New Orders for Energy Storage Products considering price increases

- 58% service attachment rate in Q2/FY22, aggregate attachment rate* of 69%

- Fluence IQ had nearly 2.8 GW of growth in AUM + Contracted backlog in Q2/FY22 (excluding Nispera)

\* Aggregate attachment rate is defined as sum of energy storage services under management plus contracted, not yet deployed assets divided by all energy storage products contracted and deployed.



## New Orders

| (AMOUNTS IN MW) | THREE MONTHS ENDED MARCH 31, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | CHANGE | CHANGE % |
| **ENERGY STORAGE PRODUCTS** | | | | |
| CONTRACTED | 582 | 56 | 526 | 939% |
| **ENERGY STORAGE SERVICES** | | | | |
| CONTRACTED | 343 | 61 | 282 | 462% |
| **DIGITAL CONTRACTS** | | | | |
| CONTRACTED | 2,791 | 638 | 2,153 | 338% |

## Key Performance Indicators

| (AMOUNTS IN MW) | AS OF | | | |
| --- | --- | --- | --- | --- |
| | MARCH 31, 2022 | SEPTEMBER 30, 2021 | CHANGE | CHANGE % |
| **ENERGY STORAGE PRODUCTS** | | | | |
| DEPLOYED | 1,228 | 971 | 257 | 27% |
| CONTRACTED BACKLOG | 3,604 | 2,679 | 925 | 35% |
| PIPELINE | 14,135 | 14,161 | (26) | (0%) |
| **ENERGY STORAGE SERVICES** | | | | |
| ASSET UNDER MANAGEMENT | 999 | 772 | 227 | 29% |
| CONTRACTED BACKLOG | 2,284 | 1,918 | 366 | 19% |
| PIPELINE | 12,389 | 10,930 | 1,459 | 13% |
| **DIGITAL CONTRACTS** | | | | |
| ASSET UNDER MANAGEMENT | 4,219 | 3,108 | 1,111 | 36% |
| CONTRACTED BACKLOG | 3,644 | 1,629 | 2,015 | 124% |
| PIPELINE | 5,129 | 3,301 | 1,828 | 55% |

Refer to slide 22 in the appendix for definitions

© Fluence Energy, Inc. All rights reserved. |    15

# Total Revenue

**Q2/FY22**

- Revenue increased 250% from Q2/FY21 to Q2/FY22
  - Strong growth in energy storage products
- Revenue benefited from shifting of revenue from Q1/22 into Q2/22 and pulling forward anticipated revenue from Q3/FY22







© Fluence Energy, Inc. All rights reserved. | 16

# Gross Profit & Adjusted Gross Profit

## Q2/FY22



Year-over-Year
**Q2 v Q2 Gross Profit (Loss)**
($ in millions)



Sequential Quarter
**Q1 v Q2 Gross Profit (Loss)** [2]
($ in millions)



**Q2 v Q2 Adj. Gross Profit (Loss)** [1]
($ in millions)



**Q1 v Q2 Adj. Gross Profit (Loss)** [1][2]
($ in millions)

- Gross Profit improved quarter over quarter mostly attributable to
  - Reduction of Covid-19 related costs

- Adjusted Gross Profit excludes $3 million of non-recurring expenses in Q2/FY22, primarily:
  - $5 million related to the 2021 cargo loss incident
  - $(2) million related to Covid-19 pandemic cost as a result of a release of prior period project charges net of non-recurring excess shipping costs

(1)  Adjusted Gross Profit (Loss) is calculated using gross profit (loss), adjusted to exclude certain non-recurring income or expenses.
(2)  Reflects the reclassification of certain prior year amounts from "Cost of goods and services" to "Sales and marketing" and "General and administrative" to conform to current period presentation on the condensed consolidated statements of operations and comprehensive loss.



© Fluence Energy, Inc. All rights reserved. |  17

# Adjusted EBITDA

## Q2/FY22

Non-recurring expense adjustments mainly included in Q2/FY22 Adjusted EBITDA:

- $5 million related to the 2021 cargo loss incident

- $(2) million related to Covid-19 pandemic cost as a result of a release of prior period project charges net of non-recurring excess shipping costs

- $3 million stock-based compensation adjustments



Year-over-Year

**Q2 v Q2 Adjusted EBITDA[1]**
($ in millions)

($21)

($53)

Q2/FY21A          Q2/FY22A



Sequential Quarter

**Q1 v Q2 Adjusted EBITDA[1]**
($ in millions)

($43)          ($53)

Q1/FY22A          Q2/FY22A

(1)    Adjusted EBITDA is calculated from the consolidated statements of operations using net income (loss) adjusted for (i) interest expense (income), net (ii) income tax expense, (iii) depreciation and amortization, (iv) stock-based compensation expense, (v) other non-recurring income or expenses. Adjusted EBITDA may in the future also be adjusted for amounts impacting net income related to the Tax Receivable Agreement liability.



© Fluence Energy, Inc. All rights reserved. | 18

# Cash and Cash Equivalents

## Q2/FY22

**Cash and cash equivalents**

- Total cash increased approximately $44 million from the end of Q1/FY22 due to better collections from our customers as well as prepayments for projects.

- Cash balance does not reflect $30 million spend related to the Nispera acquisition in Q3/FY22.

**Cash and Cash Equivalents [1]**

($ in millions)

+44

$679    $723

As of    Dec-31, 2021    Mar-31, 2022

(1) Includes restricted cash



© Fluence Energy, Inc. All rights reserved. | 19

# FY 2022 total revenue guidance

**Reaffirming guidance for FY2022 revenues in the range of $1.1 billion to $1.3 billion.**

**Now expect to be at the lower end of the range as a result of production delays resulting from COVID-19 lockdowns in China.**

**Our guidance is based on a contracted backlog of $2.2 billion as of March 31, 2022.**

Contracted Backlog in MW as of 3/31/2022:

| **3,604 MW** | **2,284 MW** | **3,644 MW** |
|---|---|---|
| ENERGY STORAGE PRODUCTS | ENERGY STORAGE SERVICE CONTRACTS | FLUENCE IQ DIGITAL CONTRACTS |

© Fluence Energy, Inc. All rights reserved. | 20

# New Normal Has Elongated Revenue Recognition Process Due to Longer Time to Fulfill Contracts



> Expect FY23+ revenue to be reduced 10% - 15%



© Fluence Energy, LLC. All rights reserved. | 21

# Products Gross Profit: FY22 focus on reducing adverse margin impacts; increasing margin through pricing is a strong driver for FY23+



## GROSS PROFIT LEVERS

Illustrative

**LEVER #1:** reduce adverse margin impacts

ADVERSE MARGIN IMPACTS

As-Sold Margin

**LEVER #2:** increase as-sold

As-Delivered Margin



## LEVER #1: REDUCE FY22 ADVERSE MARGIN IMPACTS

Adverse impacts on GAAP Margin by quarter – in $MM

Rev $175M   Rev $343M

Q1/FY22A    Q2/FY22A    Q3/FY22E    Q4/FY22E

(40)   (3)   Q3 to be less than Q2   Q4 to be less than Q3

(20)

(23)   EXPECT 2H/FY'22 (30) – (40)

(13)   SIGNIFICANTLY REDUCED

(53)

■ Non-Recurring   ■ Recurring



## LEVER #2: INCREASE AS-SOLD MARGIN FOR FY23 and FY24 REVENUE

Margin expansion Energy Storage Products

>200bps

+50-75bps

+25-50bps

+250-300bps

400-600bps

LTM As-Sold   Pricing   Regionalization   Segment Mix   Gen 7

FY23 – FY24

t

© Fluence Energy, Inc., All rights reserved. |



# Closing Remarks

**1** Fundamentals for energy storage have never been stronger.

**2** Continue building our ecosystem offering through own product development and Nispera acquisition and executing on our strategy.

**3** Progress on reducing adverse margin impacts in a challenging environment; continuing to tackle the open items head-on.

© Fluence Energy, Inc.. All rights reserved. | 23



# Appendix

© Fluence Energy LLC. All rights reserved. | 24



# Definitions

**Pipeline** -Represents our uncontracted, potential revenue from energy storage products, service, and digital software contracts currently in process, which have a reasonable likelihood of contract execution within 24 months.

**Contracted Backlog** - Represent signed purchase orders or contractual minimum purchase commitments with take-or pay provisions.

- For our energy storage product contracts, contracted backlog includes signed customer orders or contracts under execution prior to when substantial completion is achieved.
- For service contracts, contracted backlog includes signed service agreements associated with our storage product projects that have not been completed.
- For digital applications contracts, contracted backlog includes signed agreements where the associated subscription has not started.

**Deployed** - represents cumulative energy storage products that have achieved substantial completion and are not decommissioned.

**Assets Under Management** - Asset under management for service contracts represents our long-term service contracts with customers associated with our completed energy storage products. We start providing maintenance, monitoring, or other operational services after the storage product projects are completed. Asset under management for digital software contracts represents the amount of MW under signed digital application contracts, including Fluence IQ Bidding Application.

© Fluence Energy LLC. All rights reserved. | 25

# Appendix: Quarter over Quarter KPIs







© Fluence Energy, Inc. All rights reserved.  | 26

# Driving Corrective Actions; Macro Environment Remains Challenging

| | TRENDS VS Q1 | | PROGRESS ON CORRECTIVE ACTIONS* | | |
|---|---|---|---|---|---|
| | TRENDING | | IMPLEMENTED | ONGOING | OVERALL STATUS |
| **SUPPLY CHAIN DISRUPTIONS** | ↗ | **Shipping**<br>• Shipping rate stabilizing<br>• Limited shipping capacity<br>• Port congestions moderating, shortage of drivers still prevalent | **Shipping**<br>• Passing through higher rates in new contracts since Q4/FY21<br>• Secured shipping capacities for next two months on rolling basis | • Shipping earlier where possible | 🟢◯◯ |
| | ↘ | **Battery Production**<br>• Reduced battery production due to China lockdowns | **Battery Production**<br>• Force Majeure where applicable | • Optimizing production schedules considering reduced supply<br>• Increasing non-China battery supply | ◯◯🔴 |
| **COMPOUNDING EFFECTS OF COVID-19** | ↗ | • No site closures due to COVID-19<br>• Reduced timing-related charges | • Increased vaccination rates of South-East Asian contractors and employees<br>• Increased number of sub-contractors<br>• Increased efficiency of commissioning | • Reflect any known additional costs into future contract pricing | 🟢◯◯ |
| **RAW MATERIAL PRICE VOLATILITY** | ↗ | • Improvements in raw material price volatility | • Raised prices in new contracts starting in Q2<br>• RMI-based pricing for new contracts | • Work with supply chain to align timing of price adjustments with our customer contracting | ◯🟡◯ |
| **PROJECT COST OVERRUNS** | → | • Continued unanticipated new product start-up costs associated with Gen 6 projects<br>• Faulty or sub-standard supplier components driving overruns | • Rectified issues with customers<br>• Documented "lessons learned" and implement for future projects<br>• Reduced share of full turn-key projects | • Continuous improvement of on-site processes<br>• Supplier quality control team launched<br>• Increase supplier diversity | ◯🟡◯ |

 🟢◯◯ CHALLENGES LARGELY MITIGATED      ◯🟡◯ CORRECTIVE ACTIONS ONGOING     ◯◯🔴 NEW CHALLENGE, IMPLEMENTING CORRECTIVE ACTIONS

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED MARCH 31, | | | |
|---|---|---|---|---|
| | 2022 | 2021 | CHANGE | CHANGE % |
| **NET LOSS** | $ (60,704) | $ (23,532) | $ (37,172) | (158.0) % |
| ADD (DEDUCT): | | | | |
| INTEREST EXPENSE (INCOME), NET | 455 | 381 | 74 | (19.4) |
| INCOME TAX EXPENSE (BENEFIT) | 128 | 509 | (381) | (74.9) |
| DEPRECIATION AND AMORTIZATION | 1,493 | 1,162 | 331 | 28.5 |
| STOCK-BASED COMPENSATION [a] | 2,728 | -- | 2,728 | n/a |
| NON-RECURRING EXPENSES[b] | 2,706 | -- | 3,276 | n/a |
| **ADJUSTED EBITDA** | $ (53,194) | $ (21,480) | $ (31,714) | (147.6) % |

(a)   *Includes awards that will be settled in shares and awards that will be settled in cash.*

(b)   *Amount for the three months ended March 31, 2022 included a $(1.7) million reduction related to COVID-19 pandemic costs as a result of release of prior period project charges net of non-recurring excess shipping costs, and a $4.4 million loss related to the 2021 cargo loss incident.*



© Fluence Energy, Inc.. All rights reserved.  |   28

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED MARCH 31, | | | |
|---|---|---|---|---|
| | **2022** | **2021** | **CHANGE** | **CHANGE %** |
| **TOTAL REVENUE** | $ 342,724 | $ 98,133 | $ 244,591 | 249.2 % |
| COST OF GOODS AND SERVICES | 357,472 | 97,118 | 260,354 | 268.1 |
| **GROSS PROFIT (LOSS)** | (14,748) | 1,015 | (15,763) | (1,553.0) |
| ADD (DEDUCT): | | | | |
| STOCK-BASED COMPENSATION [a] | 749 | -- | 749 | n/a |
| NON-RECURRING EXPENSES (INCOME) [b] | 2,706 | -- | 2,706 | n/a |
| **ADJUSTED GROSS PROFIT (LOSS)** | $ (11,293) | $ 1,015 | $ (12,308) | (1,212.6) % |
| **ADJUSTED GROSS PROFIT (LOSS) MARGIN %** | (3.3) % | 1.0 % | | |

(a)  Includes awards that will be settled in shares and awards that will be settled in cash.

(b)  Amount for the three months ended March 31, 2022 included a $(1.7) million reduction related to COVID-19 pandemic costs as a result of release of prior period project charges net of non-recurring excess shipping costs, and a $4.4 million loss related to the 2021 cargo loss incident.



© Fluence Energy, Inc.. All rights reserved.  |   29

# Appendix: Non-GAAP Financial Measures & Reconciliations

| ($ in thousands) | THREE MONTHS ENDED MARCH 31, | | | |
|---|---|---|---|---|
| | 2022 | 2021 | CHANGE | CHANGE % |
| NET LOSS | $ (60,704) | $ (23,532) | $ (37,172) | (158.0) % |
| ADD (DEDUCT): | | | | |
| AMORTIZATION OF INTANGIBLE ASSETS | 920 | 949 | (29) | (3.1) |
| STOCK-BASED COMPENSATION [a] | 2,728 | -- | 2,728 | n/a |
| NON-RECURRING EXPENSES[a] | 2,706 | -- | 2,706 | n/a |
| ADJUSTED NET (LOSS) INCOME | $ (54,350) | $ (22,583) | $ (31,767) | (140.7) % |

(a)   Includes awards that will be settled in shares and awards that will be settled in cash.

(b)   Amount for the three months ended March 31, 2022 included a $(1.7) million reduction related to COVID-19 pandemic costs as a result of release of prior period project charges net of non-recurring excess shipping costs, and a $4.4 million loss related to the 2021 cargo loss incident.

| ($ in thousands) | SIX MONTHS ENDED MARCH 31, | | | |
|---|---|---|---|---|
| | 2022 | 2021 | CHANGE | CHANGE % |
| NET CASH (USED IN) PROVIDED BY OPERATING ACTIVITIES | $ (140,996) | $ (83,140) | $ (57,856) | (69.6) % |
| LESS: PURCHASE OF PROPERTY AND EQUIPMENT | (1,271) | (2,227) | 956 | (42.9) |
| FREE CASH FLOWS | $ (142,267) | $ (85,367) | $ (56,900) | (66.7) % |



© Fluence Energy, Inc.. All rights reserved.  |   30

# Overview of Nispera Transaction Key Terms and Timeline

## KEY TERMS

### About Nispera

**Fluence acquires Nispera AG,** a Zurich-based company providing artificial intelligence (AI) and machine learning-enabled software-as-a-service (SaaS) to monitor, analyze, and optimize the performance and value of renewable energy assets.

Nispera brings 8 GW under management and now with Fluence IQ, results in a combined 15 GW contracted or under management

### Transaction Summary

- Cash paid by FLNC approximately $30 million
- Issued 530,471 restricted shares of FLNC (3-year vesting) to Nispera management for retention purposes. Shares issued from existing pool of authorized shares from the 2021 Incentive Award Plan

PRIVILEGED AND CONFIDENTIAL © Fluence Energy, Inc., All rights reserved. | 31



Key Takeaways

Fluence
+
Nispera

1  Results in a combined digital portfolio of 15 GW contracted or under management

2  Expected to be EBITDA accretive by end of FY2024

3  Accelerates the development of new applications for Fluence IQ

4  Enhances Fluence IQ's leadership position and recurring revenue

5  Expands Fluence IQ's capabilities and geographic footprint, thus providing cross-selling opportunities

© Fluence Energy, Inc.. All rights reserved. | 32