# Exhibit 11



## Fluence Expands Network of Global Product Testing Facilities with Systems Test Lab in Pennsylvania

November 15, 2022

**Now with three product testing labs located across the globe, Fluence is uniquely positioned to accelerate energy storage product development and launch new product applications**

ARLINGTON, Va., Nov. 15, 2022 (GLOBE NEWSWIRE) -- Fluence Energy, Inc. ("Fluence" or the "Company") (NASDAQ: FLNC), a leading global provider of energy storage products and services, and cloud-based software for renewables and storage, today announced that the company has expanded its network of product testing facilities by opening a new product testing lab in Pennsylvania. Now with three product testing labs located across the globe, Fluence is uniquely equipped to accelerate product development and support energy storage customers with increased speed, expertise, and flexible support throughout the product lifecycle.

The new facility will serve as the primary location for system-level testing of various configurations of the company's energy storage products. System-level testing supports quality assurance and is crucial for the rapid iteration, testing, and launching of new Fluence energy storage technology and products.

"Fluence's new systems test lab expands our global lab presence and is our second lab within the United States, with a third lab located in Germany. We believe this facility will be critical to fully testing our products leading up to product launch, as well as supporting product commissioning and field teams in providing world-class support to customers," said Fluence SVP & Chief Product Officer Rebecca Boll. "We look forward to using this lab to best serve our customers."

The Pennsylvania lab will ultimately be where energy storage products are tested at a full system, or Core, scale. New products undergo rigorous testing across Fluence's network of global product testing labs—from the individual component, subsystem, small scale, and now full Core scale—to ensure products meet all functional and safety standards. The systems test lab will simulate conditions at customer sites and will be where new products undergo the full cycle of installation, commissioning, and operation under all required application modes, putting the hardware, controls, and software integration through a suite of tests. In addition, the lab will include a bank of equipment representative of Fluence's install base to enable replication and testing of issues encountered in the field. Findings at the lab are expected to reduce commissioning times and yield early identification of issues, allowing resolutions to be implemented prior to deployment at customer sites.

To date, Fluence has shipped more than 12,000 Fluence Cubes ™, with more than 10,000 Cubes deployed and commissioned worldwide. Since 2021, Fluence has invested in the regionalization of its operations across the globe to address distinct regional challenges and policies. Fluence currently has a local presence with offices in nine countries across the Americas, EMEA, and APAC regions. This summer, Fluence announced the opening of a new technology center in India, becoming Fluence's first technology center based entirely in Asia. This August, the Company also announced the launch of a new contract manufacturing facility in Utah to better serve regional delivery and address ongoing supply chain constraints. The first customer shipments out of the Utah facility began in late September.

**About Fluence**

Fluence Energy, Inc. (Nasdaq: FLNC) is a global market leader in energy storage products and services, and cloud-based software for renewables and storage. With a presence in over 40 markets globally, Fluence provides an ecosystem of offerings to drive the clean energy transition, including modular, scalable energy storage products, comprehensive service offerings, and the Fluence IQ Platform, which delivers AI-enabled SaaS products for managing and optimizing renewables and storage from any provider. The Company is transforming the way we power our world by helping customers create more resilient and sustainable electric grids.

For more information, visit our website, or follow us on LinkedIn or Twitter. To stay up to date on the latest industry insights, sign up for Fluence's Full Potential Blog.

**Forward-Looking Statements**

The statements described herein that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements regarding the anticipated operational performance, functionality, and benefits of the Systems Test Lab. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this press release, words such as "may," "possible," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions. and variations thereof and similar words and expressions are intended to identify such forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements contained in this press release are based on our current expectations and beliefs concerning future developments, as well as a number of assumptions concerning future events, and their potential effects on our business. These forward-looking statements are not guarantees of performance, and there can be no assurance that future developments affecting our business will be those that we have anticipated. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond our control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements, which include, but are not limited to, failure to achieve the anticipated benefits of the Systems Test Lab, and other factors set forth under Part I, Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended September 30, 2021, filed with the Securities and Exchange Commission ("SEC") on December 14, 2021 and in other filings we make with the SEC from time to time. New risks and uncertainties emerge from time to time and it is not

possible for us to predict all such risk factors, nor can we assess the effect of all such risk factors on our business or the extent to which any factor or combination of factors may cause actual results to differ materially from those contained in any forward-looking statements. Should one or more of these risks or uncertainties materialize, or should any of the assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. You are cautioned not to place undue reliance on any forward-looking statements made in this press release. Each forward-looking statement speaks only as of the date of the particular statement, and we undertake no obligation to publicly update or revise any forward-looking statements to reflect events or circumstances that occur, or which we become aware of, after the date hereof, except as otherwise may be required by law.

**Media Contact**
Shayla Ebsen, Director of Communications
Email: media.na@fluenceenergy.com
Phone: +1 (605) 645-7486

**Analyst Contact**
Lexington May, Vice President of Investor Relations
Email: investorrelations@fluenceenergy.com
Phone: +1 (713) 909-5629