UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re Fluence Energy, Inc. Securities Litigation | No. 1:25-cv-00444-PTG-IDD<br>*Document Filed Electronically*<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

# THE AES CORPORATION AND AES GRID STABILITY LLC'S MOTION TO DISMISS

Defendants The AES Corporation and AES Grid Stability, LLC, by counsel, hereby move to dismiss this action pursuant to the Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b), as well as the Private Securities Litigation Reform Act of 1995, on the grounds that the Consolidated Complaint filed by Lead Plaintiff Erste Asset Management GmbH (Dkt. No. 58) fails to state a claim for violations of Sections 20(a) and 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder.

The grounds for this motion are more fully set forth in the Memorandum of Law in Support of The AES Corporation and AES Grid Stability, LLC's Motion to Dismiss Plaintiff's Consolidated Complaint, which is filed herewith.

2

        THE AES CORPORATION
        AES GRID STABILITY LLC

        */s/ Fiona R. Moran*
        Fiona R. Moran (VSB No. 84235)
        Mari Grace (*pro hac vice*)
        1050 17th Street, NW
        Washington, DC 20036
        (202) 962-7000
        fiona.moran@davispolk.com
        mari.grace@davispolk.com

        Edmund Polubinski (*pro hac vice*)
        Marie Killmond (*pro hac vice*)
        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000
        edmund.polubinski@davispolk.com
        marie.killmond@davispolk.com

        *Attorneys for The AES Corporation and*
        *AES Grid Stability, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, a true and correct copy of the foregoing **MOTION TO DISMISS** was served via the Court's ECF system on all counsel of record.

*/s/ Fiona R. Moran*
Fiona R. Moran