# Exhibit A

Case 1:25-cv-00444-PTG-IDD    Document 73-1    Filed 07/11/25    Page 2 of 3 PageID# 3577

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-259839

**31,000,000 SHARES**



A Siemens and AES Company

## Fluence Energy, Inc.

### CLASS A COMMON STOCK

This is an initial public offering of shares of Class A common stock of Fluence Energy, Inc. We are selling 31,000,000 shares of Class A common stock.

Prior to this offering, there has been no public market for the Class A common stock. Our Class A common stock has been approved for listing on the Nasdaq Global Select Market under the symbol "FLNC."

We will have three classes of common stock after this offering: Class A common stock, Class B-1 common stock and Class B-2 common stock. Each share of our Class A common stock entitles its holder to one vote per share, each share of our Class B-1 common stock entitles its holder to five votes per share and each share of our Class B-2 common stock entitles its holder to one vote per share on all matters presented to our stockholders generally. Immediately following the consummation of this offering, all of the outstanding shares of our Class B-1 common stock will be held by the Founders (as defined below), which will represent in the aggregate approximately 92.2% of the voting power of our outstanding common stock after this offering (or approximately 91.5% if the underwriters exercise in full their option to purchase additional shares).

This offering is being conducted through what is commonly referred to as an "Up-C" structure, which is often used by partnerships and limited liability companies undertaking an initial public offering. The Up-C approach provides the existing owners with the tax treatment of continuing to own interests in a pass-through structure and provides potential future tax benefits for both the public company and the existing owners when they ultimately redeem their pass-through interests for shares of Class A common stock or cash from the sale of newly issued shares of Class A common stock. We will be a holding company, and upon consummation of this offering and the application of the proceeds therefrom, our principal asset will consist of LLC Interests (as defined below) we purchase directly from Fluence Energy, LLC with the net proceeds from this offering and acquire indirectly from the Blocker Shareholder (as defined below), collectively representing an aggregate 29.7% economic interest in Fluence Energy, LLC. Of the remaining 70.3% economic interest in Fluence Energy, LLC, 70.3% will be owned by the Founders through their ownership of LLC Interests. Fluence Energy, LLC intends to use the net proceeds from the sale of LLC Interests to Fluence Energy, Inc. to repay all outstanding borrowings under our existing Line of Credit and the Promissory Notes (as defined below), and the remainder for working capital and other general corporate purposes.

Fluence Energy, Inc. will be the sole managing member of Fluence Energy, LLC. We will operate and control all the business and affairs of Fluence Energy, LLC and its direct and indirect subsidiaries and, through Fluence Energy, LLC and its direct and indirect subsidiaries, conduct our business.

Following this offering, we will be a "controlled company" within the meaning of the Nasdaq rules. See "Our Organizational Structure" and "Management—Controlled Company Exception."

We are an "emerging growth company," as defined in Section 2(a) of the Securities Act of 1933, as amended, or the Securities Act, and will be subject to reduced disclosure and public reporting requirements. This prospectus complies with the requirements that apply to an issuer that is an emerging growth company.

**See "Risk Factors" beginning on page 25 to read about factors you should consider before buying shares of our Class A common stock.**

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per Share | Total |
|---|---|---|
| Initial public offering price | $28.00 | $868,000,000 |
| Underwriting discount[(1)] | $ 1.54 | $ 47,740,000 |
| Proceeds, before expenses, to Fluence Energy, Inc. | $26.46 | $820,260,000 |

[(1)]    We have agreed to reimburse the underwriters for certain expenses in connection with this offering. See "Underwriting."

At our request, the underwriters have reserved for sale at the initial public offering price per share up to 5% of the shares of Class A common stock offered by this prospectus for sale at the initial public offering price through a directed share program to certain individuals identified by management. See the section titled "Underwriting—Directed Share Program."

BNP Paribas Energy Transition Fund ("BNPP ET") has indicated an interest in purchasing an aggregate of up to a maximum of $70 million in shares of Class A common stock in this offering at the initial public offering price. Because this indication of interest is not a binding agreement or a commitment to purchase, BNPP ET could determine to purchase more, fewer or no shares of Class A common stock in this offering, or the underwriters could determine to sell more, fewer or no shares to BNPP ET. The underwriters will receive the same discount on any of the shares of Class A common stock purchased by BNPP ET as they will on any other shares of Class A common stock sold to the public in this offering.

The underwriters have the option to purchase up to an additional 4,650,000 shares of Class A common stock from us at the initial price to public less the underwriting discount within 30 days of the date of this prospectus.

The underwriters expect to deliver the shares of Class A common stock against payment in New York, New York on November 1, 2021.

*(Lead bookrunners listed in alphabetical order by row)*

| | |
|---|---|
| **J.P. Morgan** | **Morgan Stanley** |
| **Barclays** | **BofA Securities** |

| | | |
|---|---|---|
| **Citigroup** | **Credit Suisse** | **UBS Investment Bank** |
| **Evercore ISI** | **HSBC** | **RBC Capital Markets** |

*Co-Managers*

| | | |
|---|---|---|
| **Nomura** | **Baird** | **Raymond James** |
| **Seaport Global Securities** | **Penserra Securities LLC** | **Siebert Williams Shank** |

**Prospectus dated October 27, 2021.**

| Name of beneficial owner | Class A Common Stock Beneficially Owned(1) | | | | | | Class B-1 Common Stock Beneficially Owned | | | | | | Combined Voting Power(2) | |
| | After Giving Effect to the Transactions and Before this Offering | | After Giving Effect to the Transactions and this Offering (No Exercise Option) | | After Giving Effect to the Transactions and this Offering (With Full Exercise Option) | | After Giving Effect to the Transactions and Before this Offering | | After Giving Effect to the Transactions and this Offering (No Exercise Option) | | After Giving Effect to the Transactions and this Offering (With Full Exercise Option) | | After Giving Effect to the Transactions and this Offering (No Exercise Option) | After Giving Effect to the Transactions and this Offering (With Full Exercise Option) |
| | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | % | % |
| *5% Stockholders* | | | | | | | | | | | | | | |
| AES Grid Stability | — | — | — | — | — | — | 58,586,696 | 43.2 | 58,586,695 | 35.2 | 58,586,695 | 34.2 | 46.1 | 45.8 |
| Siemens Industry | — | — | — | — | — | — | 58,586,696 | 43.2 | 58,586,695 | 35.2 | 58,586,695 | 34.2 | 46.1 | 45.8 |
| The Blocker Shareholder | 18,493,275 | 13.6 | 18,493,275 | 11.1 | 18,493,275 | 10.8 | — | — | — | — | — | — | 2.9 | 2.9 |
| *Named Executive Officers and Directors* | | | | | | | | | | | | | | |
| Manuel Perez Dubuc | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Dennis Fehr | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Rebecca Boll | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Julian Nebreda | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Lisa Krueger | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Barbara Humpton | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Emma Falck | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Axel Meier | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Chris Shelton | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Simon Smith | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Cynthia Arnold | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Herman Bulls | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Elizabeth Fessenden | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Harald von Heynitz | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| All directors and executive officers as a group (16 persons) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |

---

\*    Represents beneficial ownership of less than 1%.

(1)    Each common unit is redeemable from time to time at each holder's option for, at our election (determined solely by our independent directors (within the meaning of the rules of the Nasdaq) who are disinterested), newly-issued shares of our Class A common stock on a one-for-one basis or a cash payment equal to a volume weighted average market price of one share of Class A common stock for each LLC Interest so redeemed, in each case, in accordance with the terms of the Fluence Energy LLC Agreement; provided that, at our election (determined solely by our independent directors (within the meaning of the rules of the Nasdaq) who are disinterested), we may effect a direct exchange by Fluence Energy, Inc. of such Class A common stock or such cash, as applicable, for such LLC Interests. The Founders may, subject to certain exceptions, exercise such redemption right for as long as their LLC Interests remain outstanding. See "Certain Relationships and Related Party Transactions—Fluence Energy LLC Agreement." In these tables, beneficial ownership of LLC Interests has been reflected as beneficial ownership of shares of our Class A common stock for which such LLC Interests may be exchanged.

(2)    Represents the percentage of voting power of our Class A common stock and Class B-1 common stock voting as a single class. Each share of Class A common stock entitles the registered holder to one vote per share and each share of Class B-1 common stock entitles the registered holder thereof to five votes per share on all matters presented to stockholders for a vote generally, including the election of directors. The Class A common stock and Class B-1 common stock will vote as a single class on all matters except as required by law or our amended and restated certificate of incorporation.