# Exhibit B

Case 1:25-cv-00444-PTG-IDD     Document 73-2     Filed 07/11/25     Page 1 of 3 PageID# 3579

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
## FORM 10-K

x     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended September 30, 2021**
**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**
**Commission file number 001-40978**

## Fluence Energy, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **87-1304612** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **4601 Fairfax Drive, Suite 600**<br>**Arlington, Virginia** | **22203** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(833)358-3623**
Registrant's telephone number, including area code

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.00001 par value | FLNC | The Nasdaq Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No x

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No x

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days.   Yes o   No x

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes x   No o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | o | Accelerated filer | | o |
| Non-accelerated filer | x | Smaller reporting company | | o |
| | | Emerging growth company | | x |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes o   No x

As of March 31, 2021, the last business day of the registrant's most recently completed second fiscal quarter, the registrant did not have a public float because there was no established public market for the registrant's common stock.

As of December 13, 2021, the registrant had 54,143,275 shares of Class A common stock outstanding and 117,173,390 shares of Class B-1 common stock outstanding.

**SIGNATURES**

Pursuant to the requirements of the Section 13 or 15 (d) of the Securities Exchange Act of 1934, the registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: December 14, 2021

Fluence Energy, Inc.

By:    /s/ Manuel Perez Dubuc
       _____
       Manuel Perez Dubuc
       *Chief Executive Officer*

Pursuant to the requirements of the Securities Act of 1934, this Annual report on Form 10-K has been signed by the following persons on behalf of the registrant in the capacities set forth opposite their names and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Manuel Perez Dubuc<br>Manuel Perez Dubuc | Chief Executive Officer and Director<br>(Principal Executive Officer) | December 14, 2021 |
| /s/ Dennis Fehr<br>Dennis Fehr | Chief Financial Officer<br>(Principal Financial Officer) | December 14, 2021 |
| /s/ Amrita Chatterjee<br>Amrita Chatterjee | Corporate Controller<br>(Principal Accounting Officer) | December 14, 2021 |
| /s/ Julian Nebreda<br>Julian Nebreda | Director | December 14, 2021 |
| /s/ Lisa Krueger<br>Lisa Krueger | Director | December 14, 2021 |
| /s/ Barbara Humpton<br>Barbara Humpton | Director | December 14, 2021 |
| /s/ Emma Falck<br>Emma Falck | Director | December 14, 2021 |
| /s/ Axel Meier<br>Axel Meier | Director | December 14, 2021 |
| /s/ Chris Shelton<br>Chris Shelton | Director | December 14, 2021 |
| /s/ Simon Smith<br>Simon Smith | Director | December 14, 2021 |
| /s/ Elizabeth Fessenden<br>Elizabeth Fessenden | Director | December 14, 2021 |
| /s/ Cynthia Arnold<br>Cynthia Arnold | Director | December 14, 2021 |
| /s/ Herman Bulls<br>Herman Bulls | Director | December 14, 2021 |
| /s/ Harald von Heynitz<br>Harald von Heynitz | Director | December 14, 2021 |