**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re Fluence Energy, Inc. Securities Litigation

No. 1:25-cv-00444-PTG-IDD

*Document Filed Electronically*

CLASS ACTION

**PROPOSED ORDER**

**THIS MATTER**, having been opened to the Court on the Motion of Defendants The AES Corporation and AES Grid Stability, LLC (collectively, "AES"), seeking entry of an Order dismissing Plaintiff's Consolidated Complaint; and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED, on this ___ day of _____ 2025, that AES's Motion is granted and all claims against AES in the above-captioned matter are dismissed with prejudice.

_____
Hon. Patricia Tolliver Giles, U.S.D.J.