UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| In re FLUENCE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 1:25-cv-00444-PTG-IDD |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | |
| ALL ACTIONS. | | |

**DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF
LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
THE AES CORPORATION AND AES GRID STABILITY LLC'S MOTION TO DISMISS**

I, Christopher F. Moriarty, hereby declare as follows:

1. I am a member of the law firm Motley Rice LLC, Court-appointed lead counsel for Lead Plaintiff Erste Asset Management GmbH. I am admitted to practice *pro hac vice* in this Action. I submit this Declaration in Support of Lead Plaintiff's Memorandum of Law in Opposition to The AES Corporation and AES Grid Stability LLC's Motion to Dismiss. If called upon, I could and would testify competently to the following:

2. Attached as **Exhibit A** is a true and correct copy of excerpts of Fluence Energy, Inc.'s Form S-1 filed on September 28, 2021.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of Fluence Energy, Inc.'s Form S-3ASR filed on August 11, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of July 2025, in Bramhall, Cheshire, England.

*/s/Christopher F. Moriarty*
Christopher F. Moriarty