# Exhibit B

As filed with the Securities and Exchange Commission on August 11, 2023

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM S-3

**REGISTRATION STATEMENT**
*UNDER*
*THE SECURITIES ACT OF 1933*

# FLUENCE ENERGY, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **87-1304612** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**4601 Fairfax Drive, Suite 600**
**Arlington, Virginia 22203**
**Telephone: (833) 358-3623**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Francis A. Fuselier**
**Senior Vice President, General Counsel and Secretary**
**4601 Fairfax Drive, Suite 600**
**Arlington, Virginia 22203**
**Telephone: (833) 358-3623**

(Address, including zip code, and telephone number, including area code, of agent for service)

*Copy to:*
**Senet S. Bischoff**
**Alison A. Haggerty**
**Latham & Watkins LLP**
**1271 Avenue of the Americas**
**New York, New York 10020**
**Telephone: (212) 906-1200**
**Fax: (212) 751-4864**

**Approximate date of commencement of proposed sale to the public**: From time to time after the effective date of this registration statement.

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☒

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☐ |
| Emerging growth company ☒ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☒

- our ability to maintain customer contracts due to events and incidents relating to storage, delivery, installation, operation and shutdowns of our energy storage products and solutions, including events and incidents outside of our control;

- our ability to prevent defects, errors, or bugs in hardware or software of our products and technology as well as any defects that may give rise to claims of product liability or other potential legal claims;

- our ability to manage information technology related risks;

- the impact of compliance with any existing and future applicable laws, regulations, sanctions, or tariffs on our business and operations;

- the potential implementation, reduction, elimination or expiration of government and/or economic incentives related to energy storage products and solutions and/or services and their related impact;

- our assessment and expectations regarding our global growth;

- our ability to maintain, protect, and enhance our intellectual property;

- our ability to recognize anticipated synergies from strategic initiatives and/or acquisitions by the Company;

- the increased expenses associated with being a public company;

- the continued listing of our securities on Nasdaq;

- the significant influence that Siemens AG and AES Grid Stability, LLC have over us, including control over decisions that require the approval of stockholders; and

- other factors described under the heading "Risk Factors" in our most recent Annual Report on Form 10-K and in our subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K, in each case, filed with the SEC.

The foregoing factors should not be construed as exhaustive and should be read together with the other cautionary statements included or incorporated herein. If one or more events related to these or other risks or uncertainties materialize, or if our underlying assumptions prove to be incorrect, actual results may differ materially from what we anticipate. Many of the important factors that will determine these results are beyond our ability to control or predict. Accordingly, you should not place undue reliance on any such forward-looking statements. We qualify all forward-looking statements contained in this prospectus by these cautionary statements. Any forward-looking statement speaks only as of the date on which it is made, and, except as otherwise required by law, we do not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise. New factors emerge from time to time, and it is not possible for us to predict which will arise. In addition, we cannot assess the impact of each factor on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements.

election (determined solely by our independent directors (within the meaning of Nasdaq rules) who are disinterested), cash or newly-issued shares of our Class A common stock.

Holders of shares of our Class B-1 and Class B-2 common stock vote together with holders of our Class A common stock as a single class on all matters presented to our stockholders for their vote or approval, except for certain amendments to our certificate described below or as otherwise required by applicable law or our certificate.

Holders of our Class B-1 and Class B-2 common stock do not have any right to receive dividends or to receive a distribution upon dissolution or liquidation. Additionally, holders of shares of our Class B-1 and Class B-2 common stock do not have preemptive, subscription, redemption or conversion rights. There are no redemption or sinking fund provisions applicable to the Class B-1 or Class B-2 common stock. Any amendment of our certificate that gives holders of our Class B-1 or Class B-2 common stock (1) any rights to receive dividends or any other kind of distribution, (2) any right to convert into or be exchanged for Class A common stock or (3) any other economic rights will require, in addition to stockholder approval, the affirmative vote of holders of our Class A common stock voting separately as a class.

Each outstanding share of Class B-1 common stock will automatically convert into one share of Class B-2 common stock upon the earliest of (1) any transfer by a Founder of such shares of Class B-1 common stock other than to an affiliate of such Founder, (2) with respect to each Founder and its affiliates, 5:00 p.m. (New York City time) on a date fixed by our board of directors that is not less than 60 days nor more than 180 days following the date that such Founder, together with its affiliates, ceases to hold an aggregate number of shares of all classes of our common stock representing at least 20% of the aggregate number of all outstanding shares of all classes of our common stock, and (3) 5:00 p.m. (New York City time) on the date that is seven years following the closing of our initial public offering of Class A common stock. In addition, upon the filing of the certificate on December 22, 2022, holders of our Class B-1 common stock are permitted to convert shares of Class B-1 common stock into shares of Class B-2 common stock at a one-to-one ratio at any time at the option of such holder.

Following exercise of its redemption rights by Siemens Industry of its LLC Interests on June 30, 2022, together with the corresponding cancellation of an equivalent number of shares of our Class B-1 common stock, and our election to settle the redemption through issuance of shares of Class A common stock to Siemens Industry on July 7, 2022 (the "Redemption"), AES Grid Stability, LLC currently holds 100% of the outstanding shares of our Class B-1 common stock.

No shares of our Class B-2 common stock are outstanding.

### *Preferred Stock*

The total of our authorized shares of preferred stock is 10,000,000 shares. We have no shares of preferred stock outstanding.

Our board of directors is authorized to direct us to issue shares of preferred stock in one or more series without stockholder approval. Our board of directors has the discretion to determine the rights, preferences, privileges, and restrictions, including voting rights, dividend rights, conversion rights, redemption privileges, and liquidation preferences, of each series of preferred stock.

The purpose of authorizing our board of directors to issue preferred stock and determine its rights and preferences is to eliminate delays associated with a stockholder vote on specific issuances. The issuance of preferred stock, while providing flexibility in connection with possible acquisitions, future financings, and other corporate purposes, could have the effect of making it more difficult for a third party to acquire, or could discourage a third party from seeking to acquire, a majority of our outstanding voting stock. Additionally, the issuance of preferred stock may adversely affect the holders of our Class A common stock by restricting dividends on the Class A common stock, diluting the voting power of the Class A common stock or subordinating the liquidation rights of the Class A common stock. As a result of these or other factors, the issuance of preferred stock could have an adverse impact on the market price of our Class A common stock.

10

## SIGNATURES

Pursuant to the requirements of the Securities Act, the registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Arlington, State of Virginia, on August 11, 2023.

**Fluence Energy, Inc.**

By:    /s/ Julian Nebreda
_____
Name: Julian Nebreda
Title: Chief Executive Officer and President

## POWER OF ATTORNEY

Each of the undersigned officers and directors of the registrant hereby severally constitutes and appoints Julian Nebreda, Manavendra Sial and Francis Fuselier, and each of them singly (with full power to each of them to act alone), as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution in each of them, for him or her and in his or her name, place and stead, and in any and all capacities, to file and sign any and all amendments, including post-effective amendments, to this registration statement and any other registration statement for the same offering that is to be effective under Rule 462(b) of the Securities Act of 1933, as amended, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith and about the premises as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof. This power of attorney shall be governed by and construed with the laws of the State of Delaware and applicable federal securities laws.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Julian Nebreda<br>**Julian Nebreda** | President, Chief Executive Officer and Director<br>*(Principal Executive Officer)* | August 11, 2023 |
| /s/ Manavendra Sial<br>**Manavendra Sial** | Senior Vice President and Chief Financial Officer<br>*(Principal Financial Officer)* | August 11, 2023 |
| /s/ Amrita Chatterjee<br>**Amrita Chatterjee** | Chief Accounting Officer<br>*(Principal Accounting Officer)* | August 11, 2023 |
| /s/ Cynthia Arnold<br>**Cynthia Arnold** | Director | August 11, 2023 |
| /s/ Herman Bulls<br>**Herman Bulls** | Director | August 11, 2023 |
| /s/ Ricardo Falu<br>**Ricardo Falu** | Director | August 11, 2023 |

II-6

TABLE OF CONTENTS

| Signature | Title | Date |
|---|---|---|
| /s/ Emma Falck<br>**Emma Falck** | Director | August 11, 2023 |
| /s/ Elizabeth Fessenden<br>**Elizabeth Fessenden** | Director | August 11, 2023 |
| /s/ Harald von Heynitz<br>**Harald von Heynitz** | Director | August 11, 2023 |
| /s/ Barbara Humpton<br>**Barbara Humpton** | Director | August 11, 2023 |
| /s/ Axel Meier<br>**Axel Meier** | Director | August 11, 2023 |
| /s/ Tish Mendoza<br>**Tish Mendoza** | Director | August 11, 2023 |
| /s/ John Christopher Shelton<br>**John Christopher Shelton** | Director | August 11, 2023 |
| /s/ Simon James Smith<br>**Simon James Smith** | Director | August 11, 2023 |

II-7

**Exhibit 4.3**

**Fluence Energy, Inc.**

**INDENTURE**