# Exhibit H

**As filed with the Securities and Exchange Commission on September 28, 2021.**

Registration No. 333-

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

### FORM S-1
### REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Fluence Energy, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **3690** | **87-1304612** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**4601 Fairfax Drive, Suite 600**
**Arlington, Virginia 22203**
**Telephone: (833) 358-3623**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Manuel Perez Dubuc**
**Chief Executive Officer**
**4601 Fairfax Drive, Suite 600**
**Arlington, Virginia 22203**
**Telephone: (833) 358-3623**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| | | |
|---|---|---|
| **Senet S. Bischoff** | **Dennis Fehr** | **Alexander D. Lynch** |
| **Alison A. Haggerty** | **Chief Financial Officer** | **Michael B. Hickey** |
| **Latham & Watkins LLP** | **Francis A. Fuselier** | **Weil, Gotshal & Manges LLP** |
| **1271 Avenue of the Americas** | **General Counsel** | **767 Fifth Avenue** |
| **New York, New York 10020** | **4601 Fairfax Drive, Suite 600** | **New York, New York 10153** |
| **Telephone: (212) 906-1200** | **Arlington, Virginia 22203** | **Telephone: (212) 310-8000** |
| **Fax: (212) 751-4864** | **Telephone: (833) 358-3623** | **Fax: (212) 310-8007** |

**APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC: AS SOON AS PRACTICABLE AFTER THIS REGISTRATION STATEMENT IS DECLARED EFFECTIVE.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price[(1)(2)] | Amount of Registration Fee |
|---|---|---|
| Class A common stock, $0.01 par value per share | $100,000,000 | $10,910.00 |

(1) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

(2) Includes the offering price of shares of Class A common stock that may be sold if the option to purchase additional shares of Class A common stock granted by the Registrant to the underwriters is executed.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, as amended, Fluence Energy, Inc. has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the city of Arlington, state of Virginia, on this 28th day of September, 2021.

Fluence Energy, Inc.

By:    /s/ Manuel Perez Dubuc

Manuel Perez Dubuc
*Chief Executive Officer*

**POWER OF ATTORNEY**

Each of the undersigned officers and directors of Fluence Energy, Inc. hereby constitutes and appoints Manuel Perez Dubuc, Dennis Fehr and Francis A. Fuselier, and each of them any of whom may act without joinder of the other, the individual's true and lawful attorneys-in-fact and agents, each with full power of substitution and resubstitution, for the person and in his or her name, place and stead, in any and all capacities, to sign this registration statement of Fluence Energy, Inc. on Form S-1, and any other registration statement relating to the same offering (including any registration statement, or amendment thereto, that is to become effective upon filing pursuant to Rule 462(b) under the Securities Act of 1933, as amended), and any and all amendments thereto (including post-effective amendments to the registration statement), and to file the same, with all exhibits thereto, and all other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities set forth opposite their names and on the date indicated above.

| Signature | Title | Date |
|---|---|---|
| /s/ Manuel Perez Dubuc<br>Manuel Perez Dubuc | Chief Executive Officer and Director (Principal Executive Officer) | September 28, 2021 |
| /s/ Dennis Fehr<br>Dennis Fehr | Chief Financial Officer (Principal Financial Officer) | September 28, 2021 |
| /s/ Amrita Chatterjee<br>Amrita Chatterjee | Corporate Controller (Principal Corporate Controller) | September 28, 2021 |
| /s/ Julian Nebreda<br>Julian Nebreda | Director | September 28, 2021 |
| /s/ Lisa Krueger<br>Lisa Krueger | Director | September 28, 2021 |
| /s/ Barbara Humpton<br>Barbara Humpton | Director | September 28, 2021 |

II-6

| Signature | Title | Date |
|---|---|---|
| /s/ Emma Falck<br>Emma Falck | Director | September 28, 2021 |
| /s/ Axel Meier<br>Axel Meier | Director | September 28, 2021 |
| /s/ Chris Shelton<br>Chris Shelton | Director | September 28, 2021 |
| /s/ Simon Smith<br>Simon Smith | Director | September 28, 2021 |

II-7