IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re Fluence Energy, Inc. Securities Litigation | ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-444 (PTG/IDD) |

## ORDER

This matter is before the Court on Douglas R. Kay's Motion for Withdrawal of Appearance Pursuant to Local Civil Rule 83.1(H) [Dkt. No. 84] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Mr. Douglas R. Kay, of Offit Kurman P.C., is hereby **WITHDRAWN** as counsel for of record for movant Jim Harrison.

ENTERED this 12th day of August 2025.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia