**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| IN RE FLUENCE ENERGY, INC. SECURITIES LITIGATION | ) | 1:25-cv-444 (PTG/IDD) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll's Motion to Dismiss (Dkt. 68) and Request for Judicial Notice (Dkt. 70) and Defendants AES Corporation and AES Grid Stability, LLC's Motion to Dismiss (Dkt. 72). The parties set the hearing for September 4, 2025 at 10:00 a.m. The Court will be in trial on September 4, 2025 and unable to hear the parties' arguments. Due to the Court's schedule, and in the interests of fairness, efficiency, and justice, it is hereby

**ORDERED** that the hearing for September 4, 2025 at 10:00 a.m. is **TERMINATED**; it is further

**ORDERED** that the parties meet and confer in order to attempt to resolve these Motions within ten (10) days of this Order; and it is further

1

**ORDERED** that the parties provide the Court with a status report within two (2) weeks of this Order on the outcome of the meet-and-confer. Should the parties fail to reach a resolution, the Court will then determine whether to set a hearing or decide the matter on the papers.

Entered this /5 day of August, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

2