**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **In re Fluence Energy, Inc. Securities Litigation** | **Case No. 1:25-cv-00444-PTG-IDD** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll, by counsel, hereby submit the attached recent authority in further support of Defendants' Motion to Dismiss. (ECF No. 68). Attached as **Exhibit A** is a Memorandum Opinion in *In re Indivior PLC Securities Litigation*, Case No. 3:24-cv-554–HEH (E.D. Va. Aug. 6, 2023), dismissing Section 10(b) claims and addressing several points of controlling Supreme Court and Fourth Circuit law related to Defendants' Motion.

Dated: August 21, 2025

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word VA Bar 46008
Laura E. Bladow VA Bar 93395
Sarah Tomkowiak (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
Henry Zaytoun (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004
Tel: (202)-637-2200
Fax: (202)-637-2201
christian.word@lw.com
laura.bladow@lw.com
sarah.tomkowiak@lw.com
matthew.peters@lw.com
henry.zaytoun@lw.com

Colleen C. Smith (*pro hac vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
colleen.smith@lw.com

*Attorneys for Defendants Fluence Energy, Inc.,*
*Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda,*
*Manavendra Sial, Ahmed Pasha, and Rebecca Boll*

2