UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re FLUENCE ENERGY, INC. SECURITIES LITIGATION | ) ) | Civil Action No. 1:25-cv-00444-PTG-IDD |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

**LEAD PLAINTIFF'S RESPONSE TO THE FLUENCE DEFENDANTS'**
<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Lead Plaintiff respectfully responds to the Fluence Defendants' Notice of Supplemental Authority filed on August 21, 2025 (ECF No. 87), attaching a recent decision in *In re Indivior PLC Securities Litigation*, Case No. 3:24-cv-554–HEH, 2025 WL 2242758 (E.D. Va. Aug. 6, 2025) (ECF No. 87-1).[1] The Notice should be stricken for either of two reasons, or both:

First, in violation of Local Civil Rule 7(F)(1), the Fluence Defendants did not seek leave to file their Notice. Therefore, the Court should disregard it. *See Fernaays v. Isle of Wight Cnty.*, 2023 WL 12117992, at *4 (E.D. Va. Nov. 27, 2023) (granting motion to strike notice of supplemental authority because "Local Rule 7(F) is clear that, after the filing of the reply, '[n]o further briefs or written communications may be filed without first obtaining leave of Court'" (citing E.D. Va. Local Civ. R. 7(F)(1)). The Fluence Defendants should not be rewarded for flouting the Local Rules.

Second, a proposed supplemental authority must "potentially assist the Court in resolving the pending" motions to dismiss. *Carroll v. 1st Advantage Fed. Credit Union*, 2018 WL 2933411,

---

[1] The Notice of Supplemental Authority was filed by Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll (collectively, the "Fluence Defendants") only. Defendants AES Corporation and AES Grid Stability, LLC did not join in the Fluence Defendants' Notice.

at *1 n.1 (E.D. Va. Apr. 9, 2018).  Here, the *Indivior* decision merely applies the applicable law to the detailed allegations *of that case*—which are readily distinguishable from the allegations pled in this action.  Thus, *Indivior* provides no assistance in resolving the pending motions to dismiss in this action.  Indeed, although the Fluence Defendants assert that *Indivior* "address[es] several points of controlling Supreme Court and Fourth Circuit law related to Defendants' Motion [to Dismiss]," they do not identify a single "point[] of controlling Supreme Court and Fourth Circuit law" that would assist the Court.

Accordingly, the Court should disregard the Fluence Defendants' Notice of Supplemental Authority because it was filed in violation of Local Civil Rule 7(F)(1) and provides no assistance.  However, if the Court considers the *Indivior* decision, Lead Plaintiff respectfully requests the opportunity to file a short brief in opposition distinguishing that case.

Dated: August 28, 2025.                    Respectfully submitted,


                                           /s/ Craig C. Reilly
                                           CRAIG C. REILLY
                                           VSB #20942
                                           THE OFFICE OF CRAIG C. REILLY, ESQ.
                                           209 Madison Street, Suite 501
                                           Alexandria, VA  22314
                                           Telephone:  703/549-5354
                                           703/549-5355 (fax)
                                           craig.reilly@ccreillylaw.com

                                           *Liaison Counsel for Lead Plaintiff*

                                           DOUGLAS R. BRITTON
                                           LUCAS F. OLTS
                                           JOSEPH J. TULL
                                           ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)
                                           dougb@rgrdlaw.com
                                           lolts@rgrdlaw.com

2

jtull@rgrdlaw.com

GREGG S. LEVIN
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
CAMERAN M. GILLIAM
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com
cgilliam@motleyrice.com

*Co-Lead Counsel for Lead Plaintiff*

3