UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re FLUENCE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 1:25-cv-00444-PTG-IDD<br><br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 15, 2025 Order (ECF No. 86), Lead Plaintiff Erste Asset Management GmbH and Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, Rebecca Boll ("Fluence Defendants"), The AES Corporation, and AES Grid Stability, LLC ("AES Defendants," and together with the Fluence Defendants, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, respectfully file this Joint Status Report.

In accordance with the Court's August 15, 2025 Order, the Parties conferred on August 22, 2025 to attempt to resolve the Fluence Defendants' Motion to Dismiss (ECF No. 68) and Request for Judicial Notice (ECF No. 70) and the AES Defendants' Motion to Dismiss (ECF No. 72). Following the meet and confer and subsequent discussions via e-mail, the Parties report that they were unable to resolve the pending Motions.

DATED:  August 29, 2025

*/s/ Craig C. Reilly*
CRAIG C. REILLY
VSB #20942
THE OFFICE OF CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA  22314
Telephone:  703/549-5354
703/549-5355 (fax)
craig.reilly@ccreillylaw.com

Liaison Counsel

1

        DOUGLAS R. BRITTON
        LUCAS F. OLTS
        JOSEPH J. TULL
        ROBBINS GELLER RUDMAN
          & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        dougb@rgrdlaw.com
        lolts@rgrdlaw.com
        jtull@rgrdlaw.com

        GREGG S. LEVIN
        WILLIAM S. NORTON
        CHRISTOPHER F. MORIARTY
        CAMERAN M. GILLIAM
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC  29464
        Telephone:  843/216-9000
        843/216-9450 (fax)
        glevin@motleyrice.com
        bnorton@motleyrice.com
        cmoriarty@motleyrice.com
        cgilliam@motleyrice.com

        Lead Counsel for Lead Plaintiff

DATED:  August 29, 2025        */s/ J. Christian Word*
        J. Christian Word VA Bar 46008
        Sarah Tomkowiak (*pro hac vice*)
        Matthew J. Peters (*pro hac vice*)
        Henry Zaytoun (*pro hac vice*)
        Latham & Watkins LLP
        555 Eleventh Street, NW Suite 1000
        Washington, DC 20004
        Tel: (202)-637-2200
        Fax: (202)-637-2201
        christian.word@lw.com
        sarah.tomkowiak@lw.com
        matthew.peters@lw.com
        henry.zaytoun@lw.com

|  |  |
|---|---|
|  | Colleen C. Smith (*pro hac vice*)<br>Latham & Watkins LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Tel.: (858) 523-5400<br>Fax: (858) 523-5450<br>colleen.smith@lw.com<br><br>*Attorneys for Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll* |
| DATED:  August 29, 2025 | /s/ Fiona R. Moran<br>Fiona R. Moran (VSB No. 84235)<br>Mari Grace (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street, NW<br>Washington, DC 20036<br>(202) 962-7000<br>fiona.moran@davispolk.com<br>mari.grace@davispolk.com<br><br>Edmund Polubinski (*pro hac vice*)<br>Marie Killmond (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br>edmund.polubinski@davispolk.com<br>marie.killmond@davispolk.com<br><br>*Counsel for The AES Corporation and AES Grid Stability, LLC* |