# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| IN RE FLUENCE ENERGY, INC. SECURITIES LITIGATION | 1:25-cv-444 (PTG/IDD) |

## ORDER

This matter comes before the Court on its own initiative. On August 15, 2025, the Court terminated the hearing on Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll's Motion to Dismiss (Dkt. 68) and Request for Judicial Notice (Dkt. 70) and Defendants AES Corporation and AES Grid Stability, LLC's Motion to Dismiss (Dkt. 72). Dkt. 86. The Court directed the parties to meet and confer in an attempt to resolve the pending motions. *Id.* On August 29, 2025, the parties filed a joint status report in which they indicated that they could not resolve the pending motions. Dkt. 90 at 1. Accordingly, it is hereby

**ORDERED** that the hearing on the pending motions (Dkts. 68, 70, 72) is **RESET** to

_November 6, 2025_____ at 10:00 a.m.

Entered this _2nd_ day of September, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge

1