**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| IN RE FLUENCE ENERGY, INC. SECURITIES | ) | 1:25-cv-444 (PTG/IDD) |
| LITIGATION | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

This matter comes before the Court on Defendants' Unopposed Motion to Continue

Hearing on Defendants' Motion to Dismiss (Dkt. 68). Dkt. 92. A hearing on the Motion to Dismiss

is currently scheduled for November 6, 2025, at 10:00 a.m. The parties asked the Court to advance

the hearing to October 30, 2025, at 10:00 a.m. The Court is not available that date. Accordingly,

it is hereby

**ORDERED** that the Motion to Continue (Dkt. 92) is **GRANTED** in-part and **DENIED**

in-part; and it is further

**ORDERED** that the hearing on November 6, 2025, at 10:00 a.m. is **TERMINATED**. The

Court will reset the hearing at a later date.

Entered this 7ᵗʰ day of October, 2025.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge