IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re FLUENCE ENERGY, INC. SECURITIES LITIGATION <br><br><br><br><br>This Document Relates To:<br>    ALL ACTIONS.<br>_____ | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-00444 (PTG/IDD)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Lead Plaintiff's Motion to Allow Douglas R. Britton to Withdraw as Pro Hac Vice Counsel of Record [Dkt. No. 94] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause show, it is hereby

ORDERED that the Motion is **GRANTED**. Douglas R. Britton is hereby **WITHDRAWN** as *pro hac vice* counsel for Lead Plaintiff, Erste Asset Management GmbH ("Lead Plaintiff"). Lead Plaintiff and the proposed class will continue to be represented by Lead Counsel, Motley Rice LLC and Robbins Geller Rudman & Dowd LLP, and Liaison Counsel, The Office of Craig C. Reilly, Esq.

ENTERED this 19th day of December 2025.

Alexandria, Virginia

_____/s/_____
Ivan D. Davis
United States Magistrate Judge