IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DANIEL ABRAMOV, individually and on )
behalf of all others similarly situated, )
                                            )
                                            )
             Plaintiff, )
                                            )
v. )    Civil Action No. 1:25-cv-444 (PTG/IDD)
                                            )
FLUENCE ENERGY, INC, *et al.*, )
                                            )
                                            )
           Defendants. )
_____ )

## ORDER

This matter is before the Court on Motion to Withdraw as Counsel [Dkt. No. 96] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Henry Zaytoun is hereby **WITHDRAWN** as pro hac vice counsel for Defendants Fluence Energy, Inc., Manuel Pérez Dubuc, Dennis Fehr, Julian Nebreda, Manavendra Sial, Ahmed Pasha, and Rebecca Boll.

ENTERED this 24th day of March 2026.

                                           _____/s/_____
                                           Ivan D. Davis
                                           United States Magistrate Judge

Alexandria, Virginia